1  MANATT, PHELPS & PHILLIPS, LLP
   HENRY C. WANG (Bar No. CA 196537)
2  hwang@manatt.com
   CHARLES G. GOMEZ (Bar No. CA 236663)
3  cgomez@manatt.com
4  11355 West Olympic Boulevard
   Los Angeles, CA  90064-1614
5  Telephone:  (310) 312-4000
   Facsimile:   (310) 312-4224
6

7  *Attorneys for Plaintiff*
   OM FINANCIAL LIFE INSURANCE
8  COMPANY, formerly known as Fidelity and
   Guaranty Life Insurance Company
9
   ROSA RIVERA KEEL
10 beastar_66@yahoo.com
   291 Guerrero Street
11 San Francisco, CA 94103
12 Telephone:  (415) 863-1745

13 *Defendant pro se*

14

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18 OM FINANCIAL LIFE INSURANCE         | Case No.  C07-04723 MHP
   COMPANY,                            |
19                                     |
          Plaintiff,                   | STIPULATION EXTENDING
20                                     | TIME FOR DEFENDANT ROSA
       vs.                             | RIVERA KEEL TO RESPOND TO
21                                     | PLAINTIFF'S COMPLAINT
   ROSA RIVERA KEEL, and DOES 1        |
22 through 10, inclusive                | Case Filed: September 13, 2007
                                       | Trial Date: TBD
23        Defendants.

24

25 / / /

26 / / /

27 / / /

28 / / /

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION EXTENDING TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT

1  **IT IS HEREBY STIPULATED AND AGREED** by and between defendant
2  Rosa Rivera Keel and plaintiff OM Financial Life Insurance Company ("Plaintiff"),
3  by and through its counsel of record, that Rosa Rivera Keel may answer Plaintiff's
4  complaint by December 3, 2007.

6  Dated: ~~October __, 2007~~                MANATT, PHELPS & PHILLIPS, LLP
7                                             HENRY C. WANG
       *November 19, 2007*                    CHARLES G. GOMEZ
8

9                                             By: _____
10                                                 Charles G. Gomez
                                                   *Attorneys for Plaintiff*
11                                                 OM FINANCIAL LIFE INSURANCE
12                                                 COMPANY, formerly known as
                                                   Fidelity and Guaranty Life Insurance
13                                                 Company

14

15  Dated: October __, 2007                   By: _____
                                                   Rosa Rivera Keel
16    *November 18, 2007*                          *Defendant pro se*
17

18  *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding*
19  *signatures, Charles G. Gomez hereby attests that concurrence in the filing of this*
    *document has been obtained.*
20

21  41178683.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

STIPULATION EXTENDING TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT

## PROOF OF SERVICE

I, Betty Lee, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On November 19, 2007, I served a copy of the within document(s): **STIPULATION EXTENDING TIME FOR DEFENDANT ROSA RIVERA KEEL TO RESPOND TO PLAINTIFF'S COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Rosa Rivera Keel
291 Guerrero Street
San Francisco, CA 94103

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 19, 2007, at Los Angeles, California.

_____
Betty Lee

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES