UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OM FINANCIAL LIFE INSURANCE
COMPANY,
             Plaintiff(s),

v.

ROSA RIVERA KEEL, ET AL.,
             Defendant(s).
_____/

Case No. C 07-04723 MHP

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.


Dated: December 3, 2007

                                                          [Party]
                                                          Cynthia L. Maskol
                                                          AVP, Associate General
                                                          Counsel

Dated: December 3, 2007

                                                          [Counsel]
                                                          Charles G. Gomez
                                                          Attorneys for Plaintiff
                                                          OM FINANCIAL LIFE INSURANCE
                                                          COMPANY

American LegalNet, Inc.
www.USCourtForms.com

**PROOF OF SERVICE**

I, Robert Norvell, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On December 3, 2007, I served a copy of the within document(s):

(1) **ADR CERTIFICATION BY PARTIES AND COUNSEL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with First Class postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐ by placing the document(s) listed above in a sealed GOLDEN STATE OVERNIGHT envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a GOLDEN STATE OVERNIGHT agent for delivery to the person(s) as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Rosa Rivera-Keel                            *In Propria Persona*
291 Guerrero Street
San Francisco, California 94103

Phone:  (415) 863-1745
Fax:    n/a
Email:  n/a

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with First Class postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 3, 2007, at Los Angeles, California.

ROBERT NORVELL

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41182698.1                          Page 1 of 1