UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OM FINANCIAL LIFE INSURANCE
COMPANY,
              Plaintiff(s),

    v.

ROSA RIVERA KEEL, ET AL.,
              Defendant(s).
_____/

CASE NO. C 07-04723 MHP

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☒   have not yet reached an agreement to an ADR process
☐   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference December 24, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Henry C. Wang | Plaintiff | (310) 312-4000 | hwang@manatt.com |
| Frank S. Moore | Defendant | (415) 292-6091 | fsmoore@pacbell.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: December 4, 2007

                            Attorney for Plaintiff
                            Charles G. Gomez

Dated: December 4, 2007

                            Attorney for Defendant
                            Frank S. Moore

American LegalNet, Inc.
www.USCourtForms.com

Rev 12.05

**PROOF OF SERVICE**

I, Robert Norvell, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On December 4, 2007, I served a copy of the within document(s):

(1)  **NOTICE OF NEED FOR ADR PHONE CONFERENCE**

[X] by placing the document(s) listed above in a sealed envelope with First Class postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed GOLDEN STATE OVERNIGHT envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a GOLDEN STATE OVERNIGHT agent for delivery to the person(s) as set forth below.

---

Frank S. Moore, Esq.            *Attorneys for Defendant*
Law Offices of Frank S. Moore, APC     ROSA RIVERA-KEEL
Suzy C. Moore, Esq.
Law Offices of Suzy C. Moore
1374 Pacific Avenue
San Francisco, California 94109

Phone:  (415) 292-6091
Fax:    (415) 292-6694
Email:  fsmoore@pacbell.net

---

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with First Class postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 4, 2007, at Los Angeles, California.

ROBERT NORVELL

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41182698.1                           Page 1 of 1