United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OM FINANCIAL LIFE INSURANCE COMPANY, | No. C 07-04723 MHP |
| Plaintiff(s), | **CLERK'S NOTICE** **(Rescheduling Case Management Conference)** |
| v. | |
| ROSA RIVERA KEEL, ET AL., | |
| Defendant(s). | |

    Due to the unavailability of court, the case management conference in this matter currently set for December 24, 2007, is hereby rescheduled to **January 10, 2008, at 3:00 p.m.**  The Joint Case Management Statement is due ten days prior to the conference.  Plaintiff shall serve this notice on all defendants NOT appearing on the service list.

Richard W. Wieking
Clerk, U.S. District Court

Dated:  December 5, 2007

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140