| | |
|---|---|
| 1 | Manatt, Phelps & Phillips, LLP |
| | HENRY C. WANG (Bar No. CA 196537) |
| 2 | hwang@manatt.com |
| | CHARLES G. GOMEZ (Bar No. CA 236663) |
| 3 | cgomez@manatt.com |
| | 11355 West Olympic Boulevard |
| 4 | Los Angeles, CA  90064-1614 |
| | Telephone:    (310) 312-4000 |
| 5 | Facsimile:    (310) 312-4224 |

*Attorneys for Plaintiff*
OM FINANCIAL LIFE INSURANCE COMPANY,
formerly known as Fidelity and Guaranty Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OM FINANCIAL LIFE INSURANCE COMPANY, | Case No.  C07-04723 MHP |
| Plaintiff, | Hon. Marilyn Hall Patel |
| vs. | **DECLARATION OF HENRY C. WANG IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE** |
| ROSA RIVERA KEEL, and DOES 1 through 10, inclusive | |
| Defendants. | [Filed Concurrently Herewith: |
| | 1. Opposition to Defendant's Motion to Strike; |
| | 2. Objection to Declaration of Rosa Rivera Keel; |
| | 3. Objection to Declaration of Counsel; |
| | 4. Objection to Request to Take Judicial Notice; and |
| | 5. Declaration of Russell Laws.] |
| | Date:    January 14, 2008 |
| | Time:    2:00 p.m. a.m. |
| | Dept.:   15 |

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

41189655.1

Case No.  C07-04723 MHP
Declaration of Henry C. Wang

## DECLARATION OF HENRY C. WANG

I, Henry C. Wang, declare:

1. I am an attorney at law duly licensed to practice law before all state and federal courts in California and am a partner for Manatt, Phelps and Phillips, LLP, attorneys of record herein for OM Financial Life Insurance Company ("OM Life"). The facts set forth herein, unless stated on information and belief, are within my personal knowledge, and if called to testify, I could and would testify thereto. I make this declaration in support of OM Life's Opposition to Defendant's Motion to Strike (the "Motion").

2. On December 19, 2007, I contacted Defendant's counsel Frank Moore to discuss the substance of the Motion and the purpose of filing same. During this conversation, Mr. Moore told me that he filed the Motion as a way to circumvent this Court's Order Setting Conference that prohibits the filing of FRCP 12(b) motions to dismiss prior to the Case Management Conference without leave of court.

3. As lead counsel in this matter for OM Life, I did not commence the instant action to frustrate or stifle Defendant's First Amendment rights. Rather, this action was filed and arose from a genuine dispute over the parties' rights under the life insurance policy at issue, and a declaratory relief action was the most expeditious and efficient procedure to resolve the dispute. Defendant's state court action and Department of Insurance consumer complaint are incidental events that also stem from the underlying contract dispute over the life insurance policy.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on December 24, 2007 at Los Angeles, CA.

      /s/ Henry C. Wang
      Henry C. Wang

# **PROOF OF SERVICE**

I, Charles G. Gomez, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On December 24, 2007, I served a copy of the within document(s):

(1) **DECLARATION OF HENRY C. WANG IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE**

[x] by placing the document(s) listed above in a sealed envelope with First Class postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed GOLDEN STATE OVERNIGHT envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a GOLDEN STATE OVERNIGHT agent for delivery to the person(s) as set forth below.

---

Frank S. Moore, Esq.                *Attorneys for Defendant*
Law Offices of Frank S. Moore, APC   ROSA RIVERA-KEEL
Suzy C. Moore, Esq.
Law Offices of Suzy C. Moore
1374 Pacific Avenue
San Francisco, California 94109

---

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with First Class postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 24, 2007, at Los Angeles, California.

/s/ Charles G. Gomez
Charles G. Gomez