**EXHIBIT A**

# Life Insurance Application (page 1 of 8)

FAMILY DIRECT INSURANCE SERVICES

## INSURER

● Fidelity & Guaranty Life Insurance Company    ○ Americom Life & Annu

L0531119

## PRIMARY INSURED

**Name (First, M.I., Last)**
Sean K. Keel

**Home Address**
1450 Oakdale Avenue    San Francisco, CA 94124

| Social Security No. | Sex | Marital Status | Date of Birth | Place of Birth | Height (ft., in.) | Weight (lbs.) |
|---|---|---|---|---|---|---|
| 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 | M | Married | 06-14-71 | CA | 5' 10" | 200 |

**Currently Employed?** ● Yes ○ No
**Occupation and Duties:** Construction
**Place of Employment:** Pacific Erectors
**Years w/ Current Employer:** 5

**Earned Annual Income (from last year's W-2):** 60000
**Drivers License Number and Issue State:** A6215539    CA

| Daytime Phone | Evening Phone | Best Time to Call | Email Address |
|---|---|---|---|
| 415 671-0162 | 415 368-8034 | 2:00 pm | |

## OTHER INSURED

**Name (First, M.I., Last):**    **Relationship to Primary Insured:**

**Home Address:**

Social Security No. | Sex | Marital Status | Date of Birth | Place of Birth | Height (ft., in.) | Weight (lbs.)

**Currently Employed?** ○ Yes ○ No
**Occupation and Duties:**
**Place of Employment:**    **Years w/ Current Employer:**

**Earned Annual Income (from last year's W-2):**
**Drivers License Number and Issue State:**

Daytime Phone | Evening Phone | Best Time to Call | Email Address

## OWNER(S)
(UNLESS OTHERWISE NOTED, THE OWNER WILL BE THE PRIMARY INSURED.)

**Name (First, M.I., Last):**    **Relationship to Primary Insured:**

**Home Address:**

**Home Phone:**    **Email Address:**

**Birth Date:**    **Social Security No. or Tax I.D. No.:**

## BENEFICIARY DESIGNATION - Primary Insured Coverage
FOR EACH BENEFICIARY, LIST FULL NAME, RELATIONSHIP TO PRIMARY INSURED AND % SHARE.

| Primary Beneficiary(ies) | % | Contingent Beneficiary(ies) | % |
|---|---|---|---|
| Rosa Rivera-Keel, Spouse | | All surviving children of Insured equal shares | |

## BENEFICIARY DESIGNATION - Other Insured Coverage
Unless otherwise noted in the Additional Information section, the beneficiary of other persons proposed for coverage will be the Primary Insured.

FIDELITY & GUARANTY LIFE INSURANCE COMPANY, Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY, Houston, Texas

ADMIN 4952 (04-2003) **FDIS Reg# 05-898-04847**

# Life Insurance Application (page 2 of 8)

## POLICY/CERTIFICATE INFORMATION

**Product Name:** Sav Select Term 20/20 ROP
**Amount of Insurance:** $ 620,000
**Initial Premium:** $
● Nontobacco
○ Tobacco

**TERM:** ● Level   ○ Decreasing
**Term Period (Number of Years):** 20
**Premium Guarantee Period:** 20

**UNIVERSAL LIFE:** ○ Level   ○ Increasing
**Planned Premium:** $
**Initial Allocation Percentage (for equity-indexed UL products only)**
Equity Indexed Interest Option _____ %   Fixed Interest Option _____ %

**Mode of Payment** (For bank draft, complete Bank Draft Plan authorization, and initial payment required.)
○ Annual   ☒ Quarterly   ○ Bi-Weekly Bank Draft
○ Semi-Annual   ○ Monthly Bank Draft   ○ Other _____

**Payment in Exchange for Conditional Receipt:** $ ∅

**Credit Card** (See Instructions Page for current company practice)
Account Number _____   Expiration Date _____   Signature to Authorize Credit Card Charge
○ Visa   ○ Mastercard

*(No coverage will be effective except in accordance with the terms of the Receipt and unless full initial modal premium payment is submitted.)*

## ADDITIONAL BENEFITS - Primary Insured
*(Not all riders are available with all products or in all states)*

○ Accelerated Benefit Rider

○ Accidental Death Benefit Rider   Amount: $ _____

○ Critical Illness Rider   Amount: $ _____   *Supplemental questionnaire required.*

○ Disability Income Rider
Class: _____
Monthly Payout: $ _____
○ 3 month elimination, 2 year benefit
○ 6 month elimination, 5 year benefit

● Return of Premium Rider

○ Ultimate Income Option Rider
Initial Lump Sum: $ _____
Monthly Income of: $ _____
for _____ years.
Final Lump Sum: $ _____
*Illustration required.*

○ Waiver of Monthly Deduction Rider (UL only)

○ Waiver of Premium Rider (Term only)

○ Child Rider   Amount: $ _____   *Supplemental questionnaire required.*

○ Other: _____

FIDELITY & GUARANTY LIFE INSURANCE COMPANY, Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY, Houston, Texas

# Life Insurance Application (page 3 of 8)

## OTHER INSURED BENEFITS

(Not all riders are available with all products or in all states)

○ Other Insured/Dependent Rider  Amount: $ _____
Term Period: _____ yrs.

*For term products, term period must match base policy term period.*

○ Disability Income Rider  Class: _____
Monthly Payout: $ _____
○ 3 month elimination, 2 year benefit
○ 6 month elimination, 5 year benefit

○ Other: _____

## EXISTING INSURANCE

*List existing, personal and business life insurance, disability income, annuity, and long term care coverage. Write NONE if there is no coverage.*

| Insurance Company | Policy Type | Policy # | Life Insurance or Disability Income Amount | ADB Amount | Year Issued |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

|   | Primary Insured | Other Insured |
|---|---|---|
| 1. Will this policy/certificate, if issued, replace, or change any existing life insurance or annuity? If "Yes", circle which policy/certificate(s) listed above are to be replaced or changed. Amount being replaced $ _____ | ○ Y ● N | ○ Y ○ N |
| 2. Is any other insurance application pending? (If yes, provide details): | ○ Y ● N | ○ Y ○ N |
| 3. Have you had any insurance application declined, postponed, rated, modified, or refused for reinstatement? (If yes, provide details): | ○ Y ● N | ○ Y ○ N |

FIDELITY & GUARANTY LIFE INSURANCE COMPANY, Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY, Houston, Texas

# Life Insurance Application (page 4 of 8)

## PERSONAL HISTORY QUESTIONS

| | Primary Insured | Other Insured |
|---|---|---|
| 1. Are you a citizen of the United States? If "No", what is your citizenship? Immigration status? Type of visa? | ●Y ○N | ○Y ○N |
| 2. Have you traveled or resided outside the United States or Canada within the past 2 years or plan to do so within the next 2 years? | ○Y ●N | ○Y ○N |
| 3. Have you been convicted of a felony or are currently on parole for any offense? | ○Y ●N | ○Y ○N |
| 4. In the past 10 years have you been convicted of DWI/DUI? In the past 5 years have you had any speeding tickets or other driving violations? | ○Y ●N | ○Y ○N |
| 5. In the past 5 years have you participated in ballooning, bungee jumping, cliff diving, hang gliding, motorized racing, parachuting, mountain or rock climbing, skin or scuba diving, or any similar avocation? | ○Y ●N | ○Y ○N |
| 6. In the past 5 years have you flown as a pilot, student pilot, or crew member of an aircraft? | ○Y ●N | ○Y ○N |
| 7. In the past 10 years have you ever sought or received treatment, advice, or counseling for the use of alcohol? | ○Y ●N | ○Y ○N |
| 8. Have you ever sought or received treatment, advice, or counseling for the use of any narcotic, barbiturate, stimulant, amphetamine, hallucinogenic, street, or prescription drugs? Have you ever been arrested for the use or possession of such drug or are you currently using these drugs? | ○Y ●N | ○Y ○N |
| 9. Within the past 10 years have you made a claim or received benefits for disability or worker's compensation as a result of a sickness or injury? | ○Y ●N | ○Y ○N |
| 10. Within the past 7 years, have you filed for bankruptcy? | ○Y ●N | ○Y ○N |
| 11. (Only required when applying for HomeCertain term insurance) In the past 13 months have you contracted for a home mortgage, or refinanced an existing mortgage? If the answer is yes, please list the amount of the mortgage or refinancing, and the name and address of the lending institution. | ○Y ○N | ○Y ○N |

Detail all Yes answers below (additional information may be required).
In addition, complete questionnaires for YES answers to Questions 2, 5, and 6.

**Primary Insured** _____

Client earns 60,000 & wife earns $65,000 combined income $122,000

**Other Insured** _____

FIDELITY & GUARANTY LIFE INSURANCE COMPANY, Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY, Houston, Texas

# Life Insurance Application (page 5 of 8)

**PERSONAL PHYSICIAN INFORMATION – Primary Insured**

*(Provide full name, address, and phone number of personal physician. Please write "NONE" if primary insured does not have a personal physician.)*

Name: Judith Welch M.D.

Date Last Seen:

Address:

Phone:

Reason for Last Visit:

Result of Last Visit:

**PERSONAL PHYSICIAN INFORMATION – Other Insured**

*(Provide full name, address, and phone number of personal physician. Please write "NONE" if primary insured does not have a personal physician.)*

Name:

Date Last Seen:

Address:

Phone:

Reason for Last Visit:

Result of Last Visit:

# Life Insurance Application (page 6 of 8)

## MEDICAL HISTORY QUESTIONS

| | Primary Insured | Other Insured |
|---|---|---|
| 1. Have you ever been treated for or diagnosed with: | | |
| a) Any heart disease, heart attack, chest pain, high blood pressure, high cholesterol, murmur, palpitations, or any other disorder of the heart or blood vessels? | ○ Y ● N | ○ Y ○ N |
| b) Any circulatory disease, stroke, TIA, aneurysm, or any other disorder of the veins or arteries? | ○ Y ● N | ○ Y ○ N |
| c) Any breathing or lung disorders, COPD, asthma, bronchitis, sleep apnea, or emphysema? | ○ Y ● N | ○ Y ○ N |
| d) Diabetes, disorder of the immune system, blood disorder, or disorder of the glands? | ○ Y ● N | ○ Y ○ N |
| e) Cancer, tumor, or cyst? | ○ Y ● N | ○ Y ○ N |
| f) Depression, anxiety, dementia, Alzheimer's, or any other mental or nervous disease or disorder? | ○ Y ● N | ○ Y ○ N |
| g) Hepatitis, gastritis, colitis, or any disease or disorder of the liver, stomach, pancreas, or intestines? | ○ Y ● N | ○ Y ○ N |
| h) Any disease or disorder of the kidneys, bladder, prostate, urinary, or reproductive systems? | ○ Y ● N | ○ Y ○ N |
| i) Arthritis or any disease or disorder of the muscles (to include strains or sprains), tendons, bones, spine, back, or joints? | ○ Y ● N | ○ Y ○ N |
| j) Any disease or disorder of the skin, eyes, or ears? | ○ Y ● N | ○ Y ○ N |
| k) Acquired Immune Deficiency Syndrome (AIDS), AIDS Related Complex (ARC), or positive test results indicating the presence of the AIDS virus? | ○ Y ● N | ○ Y ○ N |
| 2. Are you currently prescribed any medication? | ○ Y ● N | ○ Y ○ N |
| 3. Have you been prescribed medication in the past 5 years not previously mentioned? | ○ Y ● N | ○ Y ○ N |
| 4. In the past 10 years, have you: | | |
| a) Been hospitalized or had surgery? | ○ Y ● N | ○ Y ○ N |
| b) Had any electrocardiograms, x-rays, laboratory tests, treatments, or procedures? | ○ Y ● N | ○ Y ○ N |
| c) Been recommended to have any test, treatment, or surgery which has not been performed? | ○ Y ● N | ○ Y ○ N |
| d) Had any illness, disease, or injury that is not included in other answers? | ○ Y ● N | ○ Y ○ N |
| 5. Has any parent, brother, or sister died from or had any occurrence of cancer, heart disease, diabetes, or any hereditary disease prior to age 60? | ○ Y ● N | ○ Y ○ N |
| 6. Have you smoked cigarettes, pipes, or cigars, used snuff, chewed tobacco, or used any nicotine based product such as patch or gum? If yes, please detail the type(s) of tobacco product used and date of last use below. | ○ Y ● N | ○ Y ○ N |

*Detail all Yes answers (Include name of treating physician, diagnosis, date of diagnosis, and location of medical records)*

**Primary Insured**

_____
_____
_____
_____

**Other Insured**

_____
_____
_____
_____

FIDELITY & GUARANTY LIFE INSURANCE COMPANY, Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY, Houston, Texas

# Life Insurance Application (page 7 of 8)

## AUTHORIZATION

I have read the questions and answers on this application. The statements made in this application are: complete; true; and correctly recorded. I agree that: a copy of this application will form a part of any certificate/policy issued; and that no agent can pass on insurability or modify any certificate issued by the Insurer. I also agree that, except as provided in this application's Receipt, if issued, no insurance will take effect unless and until both of the following conditions are satisfied during each proposed insured's lifetime and while each proposed insured's health is as stated in this application: (1) this certificate/policy is delivered to and accepted by the Owner; and (2) the full initial premium for the mode of payment chosen is paid at our Home Office. I acknowledge that I have received, read and understand the notices required by: the Medical Information Bureau, Inc.; and the Federal Fair Credit Reporting Act regarding investigative consumer reports.

I authorize any licensed physician, medical practitioner, hospital, clinic, the Veterans Administration, laboratory or other medical or medically-related facility, the Medical Information Bureau, Inc., insurance companies, a consumer reporting agency, prescription records, Pharmacy Benefit Manager, and my employer to give to the Insurer, its reinsurers, or other designee, medical and other information which may be pertinent to the evaluation regarding me or any member of my family who is applying for life insurance.

I also authorize the Insurer to obtain an investigative consumer report on me or on any member of my family who is also applying for life insurance. I understand that I am entitled to be interviewed by any consumer reporting agency which may be requested to prepare such a report as long as I can reasonably be contacted during normal business hours. Check if interview requested: ○

I understand that if my coverage includes the Accelerated Benefit Rider and I am later diagnosed with a terminal illness as defined in the rider, I may receive up to 50% of the certificate or policy's death benefit. Since I would receive a portion of my benefits early, the amount payable at the time of my death will be reduced. There is no premium charged for this rider. I understand that receipt of benefits may be taxable, and that the Insurer recommends consultation of a tax advisor prior to exercising this benefit.

I further understand that if I am purchasing a HomeCertain term life product, the mortgage information I supplied will be relied upon to determine my insurability for that product, in conjunction with my health information. As such, inaccurate information about my mortgage may result in a denial, rating, or rescission of my insurance coverage.

I authorize the Insurer and/or its reinsurer(s) to release information in my file to other insurance companies to which I may apply for life or health insurance coverage or to which a claim may be submitted.

This Authorization will be valid from the date signed for a period of 30 months; a photographic copy of this Authorization will be as valid as the original; I, or any of our representatives are entitled to receive a copy of this Authorization.

I understand that the information obtained by use of this authorization will be used to determine eligibility for insurance and/or benefits.

**Certification:** Under the penalties of perjury, I certify that my Social Security or Tax Identification Numbers provided on this form are true, correct and complete.

Signed at (City and State): San Francisco, CA    (Date): 8/27/05

Signature of Primary Insured age 15 or more — Sean K. Keel

Signature(s) of Additional Insured(s) age 15 or more

Signature of Owner(s) (if not the Primary Insured or if Primary Insured is less than age 18)

## AGENT CERTIFICATION

1) I have asked the questions contained in this application of the Insured(s) and Owner and duly recorded the answers; 2) to the best of my knowledge there is nothing affecting the insurability of any persons proposed for insurance as stated in this application; 3) if the initial premium was paid with the application, I have remitted it to the Insurer and delivered a Conditional Receipt to the Owner; 4) if Disclosure Statements are required by the state, I have given them to the applicant; 5) I have witnessed the signatures on this application.

To the best of my knowledge, this application ○ does replace  ● does not replace existing life insurance or annuities.

If so, will this replacement be considered a 1035 Exchange?   ○ Yes   ○ No

Signature of Agent: Patrice A. Pfitzer    Date: 9-19-05

Print Agent's Name: **Patrice Pfitzer**

Agent Number: 000204836

| Agent's Phone Number | Agent's Fax Number | Agent's Email Address |
|---|---|---|
| (916) 932-3210 | (916) 932-3269 | ppfitzer@familydirect.com |

If Bank Representative: Name of Financial Institution | Branch # | Employee #

FIDELITY & GUARANTY LIFE INSURANCE COMPANY, Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY, Houston, Texas

Check from Sean Keel, 1450 Oakdale Ave, San Francisco CA 94124, dated 9/10/2005, pay to the order of F&G 20/20 ROP, amount $97.47 (Ninety seven dollars 47/100), memo: Insurance. Drawn on Washington Mutual Bank. Marked "VOID". Check #0093. Routing 322271627, account 188317731.

 

## HIPAA Authorization for Release of Medical Information

L0531119

Sean K. Keel
Name of Proposed Insured (please print or type)

06-14-71
Date of Birth

I authorize any health plan, physician, health care professional, hospital, clinic, laboratory, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf within the past 10 years ("My Providers") to disclose my entire medical record, medications prescribed and any other protected health information concerning me to FIDELITY & GUARANTY LIFE INSURANCE COMPANY (F&G LIFE) & AMERICOM LIFE & ANNUITY (AMERICOM). This includes information on the diagnosis or treatment of Human Immunodeficiency Virus (HIV) infection and sexually transmitted diseases. This also includes information on the diagnosis and treatment of mental illness and the use of alcohol, drugs, and tobacco, but excludes psychotherapy notes.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this authorization and I instruct any physician, health care professional, hospital, clinic, medical facility, or other health care provider to release and disclose my entire medical records without restriction.

This protected health information is to be disclosed under this Authorization so that F&G LIFE & AMERICOM may: 1) underwrite my application for coverage, make eligibility, risk rating, policy issuance and enrollment determinations; 2) obtain reinsurance; 3) administer claims and determine or fulfill responsibility for coverage and provision of benefits; 4) administer coverage; and 5) conduct other legally permissible activities that relate to any coverage I have or have applied for with F&G LIFE & AMERICOM.

This authorization shall remain in force for 36 months following the date of my signature below, and a copy of this authorization is as valid as the original. I understand that I have the right to revoke this authorization in writing, at any time, by providing written notification to the entity identified above. I understand that a revocation is not effective to the extent that any of My Providers has already relied on this Authorization to disclose information about me or to the extent that F&G LIFE & AMERICOM has a legal right to contest a claim under an insurance policy or to contest the policy itself. I understand that any information that is disclosed pursuant to this authorization is no longer covered by federal rules governing privacy and confidentiality of health information, but it will not be re-disclosed by F&G LIFE & AMERICOM except as authorized by me or as required by law.

I understand that My Providers may not refuse to provide treatment or payment for health care services if I refuse to sign this authorization. I further understand that if I refuse to sign this authorization to release my complete medical records, F&G LIFE & AMERICOM may not be able to process my application, or if coverage has been issued, may not be able to make any benefit payments. I understand that any authorized representative or I will receive a copy of this authorization upon request.

Release all medical records to MID-AMERICA AGENCY SERVICES, INC. (MAAS), 1205 7TH STREET, HARLAN, IOWA 51537 (712-755-2700) authorized representative for F&G LIFE & AMERICOM.

_____   8/27/05
Signature of Proposed Insured or Personal Representative   Date

_____
Description of Personal Representative's Authority or Relationship to Patient

Fidelity and Guaranty Life Insurance Company, Baltimore, Maryland  •  Americom Life & Annuity Insurance Company, Houston, TX

ADMIN 4954 (04-2003)

# Notice and Consent Form for Blood Testing
# Which May Include AIDS Virus (HIV) Antibody/Antigen Testing

| INSURER |
|---|
| ● Fidelity and Guaranty Life Insurance Company   ○ Americom Life and Annuity Insurance Company |

To determine your insurability, the Insurer named above has requested that you provide a sample of your blood, urine or oral fluid for testing an analysis. All tests will be performed by a licensed laboratory.

Tests may be performed to determine the presence of antibodies or antigens to the Human Immunodeficiency Virus (HIV), also known as the AIDS virus. The HIV antibody test that we perform is actually a series of tests done by a medically accepted procedure. The HIV antigen test directly identifies AIDS viral particles. These tests are extremely reliable. Other tests which may be performed include determinations of blood cholesterol and related lipids (fats) and screening for liver or kidney disorder, diabetes, and immune disorders.

All test results will be treated confidentially. They will be reported by the laboratory to the Insurer. When necessary for business reasons in connection with insurance you have or have applied for with the Insurer, the Insurer may disclose test results to others involved solely in the underwriting process such as its affiliates, reinsurers, employees, or contractors. If the Insurer is a member of the Medical Information Bureau (MIB, Inc.), and if the test results for HIV antibodies/antigens are other than normal, the Insurer will report to the MIB, Inc. a generic code which signifies only a non-specific blood test abnormality. If you HIV test is normal, no report will be made about it to the MIB, Inc. Other test results may be reported to the MIB, Inc. in a more specific manner. The organizations described in this paragraph may maintain the test results in a file or data bank. There will be no other disclosure of test results or even that the tests have been done except as may be required or permitted by law or as authorized by you.

If your HIV test results are normal, no routine notification will be sent to you. If the HIV test results are other than normal, the Insurer will contact you. The Insurer may also contact you if there are other abnormal test results which, in the Insurer's opinion, are significant. The Insurer will ask you for the name of a physician or other health care provider to whom you may authorize disclosure and with whom you may wish to discuss the results.

Positive HIV antibody/antigen test results do not mean that you have AIDS, but that you are at significantly increased risk of developing AIDS or AIDS-related conditions. Federal authorities say that persons who are HIV antibody/antigen positive should be considered infected with the AIDS virus and capable of infecting others.

Positive HIV antibody or antigen test results or other significant blood abnormalities will adversely affect your application for insurance. This means that your application will be declined, that an increased premium may be charged, or that other policy changes may be necessary.

I have read and understood this Notice and Consent for Blood Testing Which May Include AIDS Virus (HIV) Antibody/Antigen Testing. I voluntarily consent to the withdrawal of blood from me by needle, the testing of that blood, and the disclosure of the test results as described above.

I understand that I have the right to request and receive a copy of this authorization. A photocopy of this form will be as valid as the original.

Name of Proposed Insured: __Sean K. Keel__                               Date of Birth: __06-14-71__

Name and Address of Designated Physician: _____

Signature of Proposed Insured or Parent/Guardian: __[signature]__     Date: __8/27/05__

Address: __1450 Oakdale Avenue   San Francisco, CA  94124__

Fidelity and Guaranty Life Insurance Company  Baltimore, MD  •  Americom Life and Annuity Insurance Company  Houston, TX

ADMIN 3302 (01-1997) CA                                                                       Rev. 03-2005

# Life Insurance Application

*Leave this page with applicant if cash is paid with application.*

**LIFE INSURANCE CONDITIONAL RECEIPT**

**PLEASE READ THIS CAREFULLY.** All premium checks must be made payable to:
- ● Fidelity and Guaranty Life Insurance Company (hereinafter "Insurer")
- ○ Americom Life and Annuity Insurance Company (hereinafter "Insurer").

Do not make check payable to agent/producer or leave payee blank.

Received from __Sean K. Keel__ a check in the amount of $__0__ paid with a life insurance Application to the Insurer. The Application bears the same date as this Receipt. I have advised each proposed insured of the terms, conditions, and limitations of this Conditional Receipt. No agent or broker is authorized to alter the terms of this Receipt, waive any terms or conditions, or pass on insurability.

No agent or broker is authorized to alter the terms of this Receipt, waive any requirements, or pass on insurability.

Dated at (City & State): __Folsom, CA__    On (Date): __9-19-05__    Agent's Signature: __Patrice A. Pfitzer__ / Patrice Pfitzer

The life insurance contract you have applied for will not provide insurance coverage unless and until a contract is delivered to you. However, subject to the terms, conditions, and limitations of this Receipt, conditional insurance as provided by the terms and conditions of the policy/certificate applied for will become effective prior to policy/certificate delivery under the following conditions.

This Receipt will provide life insurance starting at the Effective Date. The Effective Date is the <u>latest</u> date of the following events:

- Signing of all parts of the Application, including any supplement, addenda, or amendment to the Application, and completion of any medical examination portion of the Application;
- Date requested in the Application that is agreed to by the Insurer;
- The full initial premium for the mode of payment chosen is received at our Home Office; or
- Any additional information required by us, including attending physician statement/report, is received at our Home Office.

This Receipt will provide no life insurance unless and until each of the following Requirements are fulfilled during the lifetime of the person(s) proposed to be insured:

- As of the Effective Date hereinabove defined, each person proposed to be insured is found to be insurable exactly as applied for in the Application submitted to the Insurer and in accordance with the Insurer's underwriting rules and standards, without any modification as to life insurance product, amount of life insurance coverage, or premium rate;
- The payment taken with the Application is not less than the full initial premium for the mode of payment chosen in the Application and is honored immediately upon presentment;
- All medical examinations, tests, and other screenings required by the Insurer are completed, with results received at the Insurer's Home Office within 60 days from the date of the completion of the Application; and
- As of the Effective Date, the health and all factors affecting the insurability of each person proposed to be insured are as stated in the Application.

If all Requirements are not met, or the person(s) to be insured dies by suicide, the liability of the Insurer shall be limited to a full refund to the Applicant of the premium payment received by the Insurer.

This Receipt will terminate on the <u>earliest</u> date of:

- 60 days from the date this Receipt was executed;
- The date the Insurer mails notice to the Applicant of the rejection of the Application for insurance;
- The day before the date insurance goes into effect under the policy/certificate applied for; or
- The date the Insurer offers insurance other than as applied for.

The aggregate amount of life insurance provided on the life of any person proposed to be insured which may become effective under this Receipt and any other Conditional Receipt issued by the Insurer on the life of that person, shall be the lesser of the amount applied for or $500,000.

This Receipt provides no insurance for riders or additional benefits.

FIDELITY & GUARANTY LIFE INSURANCE COMPANY, Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY, Houston, Texas

FGLI 4953 (04-2003)

# Paramedical Supplement to Application

**Insurer**

☒ Fidelity and Guaranty Life Insurance Company        ○ Americom Life and Annuity Insurance Company

**Insured**

First Name: Sean    Middle Initial: K    Last Name: Keel

Birth Date: 06-14-71    Birth Place: CA

**Medical History Questions**

1. Have you ever been treated for or diagnosed with:

| | | Y | N |
|---|---|---|---|
| a) | Any heart disease, heart attack, chest pain, high blood pressure, high cholesterol, murmur, palpitations, or any other disorder of the heart or blood vessels? | ○ | ☒ |
| b) | Any circulatory disease, stroke, TIA, aneurysm, or any other disorder of the veins or arteries? | ○ | ☒ |
| c) | Any breathing or lung disorder, COPD, asthma, bronchitis, sleep apnea, or emphysema? | ○ | ☒ |
| d) | Diabetes, disorder of the immune system, blood disorder, or disorder of the glands? | ○ | ☒ |
| e) | Cancer, tumor, or cysts? | ○ | ☒ |
| f) | Depression, anxiety, dementia, Alzheimer's, or any other mental or nervous disease or disorder? | ○ | ☒ |
| g) | Hepatitis, gastritis, colitis, or any disease or disorder of the liver, stomach, pancreas, or intestines? | ○ | ☒ |
| h) | Any disease or disorder of the kidneys, bladder, prostate, urinary, or reproductive systems? | ○ | ☒ |
| i) | Arthritis or any disease or disorder of the muscles (to include strains or sprains), tendons, bones, spine, back, or joints? | ○ | ☒ |
| j) | Any disease or disorder of the skin, eyes, or ears? | ○ | ☒ |
| k) | Acquired Immune Deficiency Syndrome (AIDS), AIDS related Complex (ARC) or positive test results indicating the presence of the AIDS virus? | ○ | ☒ |

| | | Y | N |
|---|---|---|---|
| 2. | Are you currently prescribed any medication? | ○ | ☒ |
| 3. | Have you been prescribed medication in the past 5 years not previously mentioned? | ○ | ☒ |
| 4. | In the past 10 years, have you: | | |
| a) | Been hospitalized or had surgery? | ○ | ☒ |
| b) | Had any electrocardiograms, x-rays, laboratory tests, treatment, or surgery, or been advised to and not done so? | ○ | ☒ |
| c) | Been recommended to have any test, treatment, or surgery, which has not been performed? | ○ | ☒ |
| d) | Had any illness, disease, or injury that is not included in other answers? | ○ | ☒ |
| 5. | Has any parent, brother, or sister died from or had any occurrence of cancer, heart disease, diabetes, or any hereditary disease prior to age 60? | ○ | ☒ |
| 6. | Have you smoked cigarettes, pipes, or cigars, used snuff, chewed tobacco, or used any nicotine-based products such as the patch, or gum? If yes, please detail the type(s) of tobacco product used and date of last use below. | ○ | ☒ |
| 7. | In the past 10 years, have you sought or received treatment, advice, or counseling for the use of alcohol? | ○ | ☒ |
| 8. | Have you ever sought or received treatment, advice, or counseling for the use of any narcotic, barbiturate, stimulant, amphetamine, hallucinogenic, street, or prescription drugs? Have you ever been arrested for the use or possession of such drug or are you currently using these drugs? | ○ | ☒ |
| 9. | Within the past 10 years, have you made a claim or received benefits for disability or worker's compensation as a result of a sickness or injury? | ○ | ☒ |

CONTINUED

Fidelity and Guaranty Life Insurance Company  Baltimore, MD  •  Americom Life and Annuity Insurance Company  Houston, TX

ADMIN 2449 (05-2003)

**Paramedical Supplement to Application - Continued**

10. Personal Physician's Name and Address: _Judith Walsh    2357 Sutter_
    _San Francisco, CA 94115_

    Date and Reason Last Consulted: _about 1 yr ago - Routine_
    _Check up - well_

    What treatment was given or medication prescribed? _None_

11. Give details of "Yes" answers. State question number and include where appropriate: diagnosis, date, duration, names and addresses of all attending physicians and medical facilities: _____

I have read the questions and answered on this Paramedical Supplement to Application. The statements made herein are complete, true and correctly recorded.

I agree that: a copy of this Paramedical Supplement to Application will form a part of any policy or certificate issued, and that no agent or medical examiner can pass upon insurability or modify any policy or certificate issued by the Company.

_San Francisco, CA        8-27-05_
Signed at (City and State) on (Date)

_____ (Ileana Gutierrez)
Witness (Medical Examiner)

_____
Signature of Proposed Insured age 15 or more; otherwise Parent or Legal Guardian of Proposed Insured

Fidelity and Guaranty Life Insurance Company  Baltimore, MD  •  Americom Life and Annuity Insurance Company  Houston, TX
ADMIN 2449 (05-2003)