**EXHIBIT B**

SEAN K KEEL
1450 OAKDALE AVE
SAN FRANCISCO, CA  94124

Dear Fidelity & Guaranty Life Policy Owner,

It is a pleasure to welcome you to our growing family of life insurance policy owners.  Your recent purchase shows you recognize the importance of life insurance in building financial security and peace of mind.  We are grateful that F&G Life will be providing you with this valuable protection.

Furthermore, we want to assure you that we are prepared to serve you promptly and efficiently in all matters relating to your new policy.  Should you wish to change your address, beneficiary, method of payment, or other information, please notify us as noted below.

Fidelity & Guaranty Life Insurance Company - headquartered in Baltimore, Maryland - offers a diverse portfolio of annuities and life insurance products to help families and businesses achieve secure financial futures.

Incorporated in 1959, we are licensed in 49 states and in the District of Columbia.  In New York, products are available through a wholly owned subsidiary.

F&G Life is a member of the Old Mutual plc group of companies.  Founded in 1845, the London based Old Mutual is active in life insurance, asset management, banking, and property and casualty insurance.  Old Mutual maintains its primary listing on the London Stock Exchange (LSE: OML) and ranks as a FTSE 100 financial services group.

You'll also be glad to know that F&G Life is a proud supporter of the Life and Health Insurance Foundation for Education (L.I.F.E.).  And, as one of the first members of the Insurance Marketplace Standards Association, we subscribe to a strict set of standards that confirms our commitment to honesty, fairness, and integrity in every aspect of the sales and service of life and annuity products.

If you have any questions or need customer service, please contact your agent or our F&G Life Service Center.  Our Service Center can be reached at 1-888-513-8797, on the Internet at www.fglife.com, or by e-mail at service@fglife.com.  Again, thank you for your expression of confidence in our Company.  We appreciate your business.

Sincerely,

Bruce A. Parker

Bruce Parker
President

## Life Insurance Buyer's Guide

This guide can help you when you shop for life insurance. It discusses how to:

- Find a Policy That Meets Your Needs and Fits Your Budget
- Decide How Much Insurance You Need
- Make Informed Decisions When You Buy a Policy

*Prepared by the National Association of Insurance Commissioners*

The National Association of Insurance Commissioners is an association of state insurance regulatory officials. This association helps the various insurance departments to coordinate insurance laws for the benefit of all consumers.

This guide does not endorse any company or policy.

Reprinted by...

**Fidelity and Guaranty Life Insurance Company
Americom Life and Annuity Insurance Company
Fidelity and Guaranty Life of New York**

---

### IMPORTANT THINGS TO CONSIDER

1. Review your own insurance needs and circumstances. Choose the kind of policy that has benefits that most closely fit your needs. Ask an agent or company to help you.

2. Be sure that you can handle premium payments. Can you afford the initial premium? If the premium increases later and you still need insurance, can you still afford it?

3. Don't sign an insurance application until you review it carefully to be sure all the answers are complete and accurate.

4. Don't buy life insurance unless you intend to stick with your plan. It may be very costly if you quit during the early years of the policy.

5. Don't drop one policy and buy another without a thorough study of the new policy and the one you have now. Replacing your insurance **may be costly**.

6. Read your policy carefully. Ask your agent or company about anything that is not clear to you.

7. Review your life insurance program with your agent or company every few years to keep up with changes in your income and your needs.

---

**Buying Life Insurance**

When you buy life insurance, you want coverage that fits your needs.

> **First**, decide how much you need - and for how long - and what you can afford to pay. Keep in mind the major reason you buy life insurance is to cover the financial effects of unexpected or untimely death. Life insurance can also be one of many ways you plan for the future.

> **Next**, learn what kinds of policies will meet your needs and pick the one that best suits you.

> **Then**, choose the combination of policy premium and benefits that emphasizes protection in case of early death, or benefits in case of long life, or a combination of both.

It makes good sense to ask a life insurance agent or company to help you. An agent can help you review your insurance needs and give you information about the available policies. If one kind of policy doesn't seem to fit your needs, ask about others.

This guide provides only basic information. You can get more facts from a life insurance agent or company or from your public library.

**What About the Policy You Have Now?**

If you are thinking about dropping a life insurance policy, here are some things you should consider:

- If you decide to replace your policy, don't cancel your old policy until you have received the new one. You then have a minimum period to review your new policy and decide if it is what you wanted.

- It may be costly to replace a policy. Much of what you paid in the early years of the policy you have now, paid for the company's cost of selling and issuing the policy. You may pay this type of cost again if you buy a new policy.

- Ask your tax advisor if dropping your policy could affect your income taxes.

- If you are older or your health has changed, premiums for the new policy will often be higher. You will not be able to buy a new policy if you are not insurable.

- You may have valuable rights and benefits in the policy you now have that are not in the new one.

- If the policy you have now no longer meets your needs, you may not have to replace it. You might be able to change your policy or add to it to get the coverage or benefits you now want.

- At least in the beginning, a policy may pay no benefits for some causes of death covered in the policy you have now.

In all cases, if you are thinking of buying a new policy, check with the agent or company that issued you the one you have now. When you bought your old policy, you may have seen an illustration of the benefits of your policy. Before replacing your policy, ask your agent or company for an updated illustration. Check to see how the policy has performed and what you might expect in the future, based on the amounts the company is paying now.

**How Much Do You Need?**

Here are some questions to ask yourself:

- How much of the family income do I provide? If I were to die early, how would my survivors, especially my children, get by? Does anyone else depend on me financially, such as a parent, grandparent, brother or sister?

- Do I have children for whom I'd like to set aside money to finish their education in the event of my death?

- How will my family pay final expenses and repay debts after my death?

- Do I have family members or organizations to whom I would like to leave money?

- Will there be estate taxes to pay after my death?

- How will inflation affect future needs?

As you figure out what you have to meet these needs, count the life insurance you have now, including any group insurance where you work or veteran's insurance. Don't forget Social Security and pension plan survivor's benefits. Add other assets you have: savings, investments, real estate and personal property. Which assets would your family sell or cash in to pay expenses after your death?

**What Is the Right Kind of Life Insurance?**

All policies are not the same. Some give coverage for your lifetime and others cover you for a specific number of years. Some build up cash values and others do not. Some policies combine different kinds of insurance, and others let you change from one kind of insurance to another. Some policies may offer other benefits while you are still living. Your choice should be based on your needs and what you can afford.

There are two basic types of life insurance: **term insurance** and **cash value insurance.** Term insurance generally has lower premiums in the early years, but does not build up cash values that you can use in the future. You may combine cash value life insurance with term insurance for the period of your greatest need for life insurance to replace income.

**Term Insurance** covers you for a term of one or more years. It pays a death benefit only if you die in that term. Term insurance generally offers the largest insurance protection for your premium dollar. It generally does not build up cash value.

You can renew most term insurance policies for one or more terms even if your health has changed. Each time you renew the policy for a new term, premiums may be higher. Ask what the premiums will be if you continue to renew the policy. Also ask if you will lose the right to renew the policy at some age. For a higher premium, some companies will give you the right to keep the policy in force for a guaranteed period at the same price each year. At the end of that time you may need to pass a physical examination to continue coverage, and premiums may increase.

© NAIC 1996
FGLI 4899 (10-2002)

3

You may be able to trade many term insurance policies for a cash value policy during a conversion period - even if you are not in good health. Premiums for the new policy will be higher than you have been paying for the term insurance.

**Cash Value Life Insurance** is a type of insurance where the premiums charged are higher at the beginning than they would be for the same amount of term insurance. The part of the premium that is not used for the cost of insurance is invested by the company and builds up a cash value that may be used in a variety of ways. You may borrow against a policy's cash value by taking a policy loan. If you don't pay back the loan and the interest on it, the amount you owe will be subtracted from the benefits when you die, or from the cash value if you stop paying premiums and take out the remaining cash value. You can also use your cash value to keep insurance protection for a limited time or to buy a reduced amount without having to pay more premiums. You also can use the cash value to increase your income in retirement or to help pay for needs such as a child's tuition without canceling the policy. However, to build up this cash value, you must pay higher premiums in the earlier years of the policy. Cash value life insurance may be one of several types; whole life, universal life and variable life are all types of cash value insurance.

*Whole Life Insurance* covers you for as long as you live if your premiums are paid. You generally pay the same amount in premiums for as long as you live. When you first take out the policy, premiums can be several times higher than you would pay initially for the same amount of term insurance. But they are smaller than the premiums you would eventually pay if you were to keep renewing a term policy until your later years.

Some whole life policies let you pay premiums for a shorter period such as 20 years, or until age 65. Premiums for these policies are higher since the premium payments are made during a shorter period.

*Universal Life Insurance* is a kind of flexible policy that lets you vary your premium payments. You can also adjust the face amount of your coverage. Increases may require proof that you qualify for the new death benefit. The premiums you pay (less expense charges) go into a policy account that earns interest. Charges are deducted from the account. If your yearly premium payment plus the interest your account earns is less than the charges, your account value will become lower. If it keeps dropping, eventually your coverage will end. To prevent that, you may need to start making premium payments, or increase your premium payments, or lower your death benefits. Even if there is enough in your account to pay the premiums, continuing to pay premiums yourself means that you build up more cash value.

*Variable Life Insurance* is a kind of insurance where the death benefits and cash values depend on the investment performance of one or more separate accounts, which may be invested in mutual funds or other investments allowed under the policy. Be sure to get the prospectus from the company when buying this kind of policy and STUDY IT CAREFULLY. You will have higher death benefits and cash value if the underlying investments do well. Your benefits and cash value will be lower or may disappear if the investments you chose didn't do as well as you expected. You may pay an extra premium for a guaranteed death benefit.

### Life Insurance Illustrations

You may be thinking of buying a policy where cash values, death benefits, dividends or premiums may vary based on events or situations the company does not guarantee (such as interest rates). If so, you may get an illustration from the agent or company that helps explain how the policy works. The illustration will show how the benefits that are not guaranteed will change as interest rates and other factors change. The illustration will show you what the company guarantees. It will also show you what *could* happen in the future. Remember that nobody knows what will happen in the future. You should be ready to adjust

your financial plans if the cash value doesn't increase as quickly as shown in the illustration. You will be asked to sign a statement that says you understand that some of the numbers in the illustration are not guaranteed.

### Finding a Good Value in Life Insurance

After you have decided which kind of life insurance is best for you, compare similar policies from different companies to find which one is likely to give you the best value for your money. A simple comparison of the premiums is not enough. There are other things to consider. For example:

- Do premiums or benefits vary from year to year?

- How much do the benefits build up in the policy?

- What part of the premiums or benefits is not guaranteed?

- What is the effect of interest on money paid and received at different times on the policy?

Once you have decided which type of policy to buy, you can use a cost comparison index to help you compare similar policies. Life insurance agents or companies can give you information about several different kinds of indexes that each work a little differently. One type helps you compare the costs between two policies if you give up the policy and take out the cash value. Another helps you compare your costs if you don't give up your policy before its coverage ends. Some help you decide what kind of questions to ask the agent about the numbers used in an illustration. Each index is useful in some ways, but they all have shortcomings. Ask your agent which will be most helpful to you. Regardless of which index you use, compare index numbers only for similar policies - those that offer basically the same benefits, with premiums payable for the same length of time.

Remember that no one company offers the lowest cost at **all** ages for **all** kinds and amounts of insurance. You should also consider other factors:

- How quickly does the cash value grow? Some policies have low cash values in the early years that build quickly later on. Other policies have a more level cash value build-up. A year-by-year display of values and benefits can be very helpful. (The agent or company will give you a policy summary or an illustration that will show benefits and premiums for selected years.)

- Are there special policy features that particularly suit your needs?

- How are nonguaranteed values calculated? For example, interest rates are important in determining policy returns. In some companies increases reflect the average interest earnings on all of that company's policies regardless of when issued. In others, the return for policies issued in a recent year, or a group of years, reflects the interest earnings on that group of policies; in this case, amounts paid are likely to change more rapidly when interest rates change.

# California Life and Health Insurance
# Guaranty Association Act
# Summary Document and Disclosure

| INSURER |
|---|
| ○ Fidelity and Guaranty Life Insurance Company   ○ Americom Life and Annuity Insurance Company |

Residents of California who purchase life and health insurance and annuities should know that the insurance companies licensed in this state to write these types of insurance are members of the California Life and Health Insurance Guarantee Association ("CLHIGA"). The purpose of this Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guarantee Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided through the Association is not unlimited, as noted in the box below, and is not a substitute for consumers' care in selecting insurers.

---

The California Life and Health Insurance Guarantee Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in California. You should not rely on coverage by the Association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their agents are required by law to giver send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Guarantee Association to induce you to purchase any kind of insurance policy.
Policyholders with additional questions should first contact their insurer or agent or may then contact:

| California Life and or Health Insurance | or | Consumer Service Division |
|---|---|---|
| Guarantee Association | | California Department of Insurance |
| PO Box 17319 | | 300 South Spring Street |
| Beverly Hills, CA  90209-3319 | | Los Angeles, CA  90013 |

---

Below is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the Association.

## COVERAGE

Generally, individuals will be protected by the California Life and Health Insurance Guarantee Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued bay member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

*- continued on reverse -*

ADMIN 3791 (10-2003)

**EXCLUSIONS FROM COVERAGE**

However, persons holding such policies are not protected by this Guarantee Association if:

- Their insurer was not authorized to do business in this state when it issued the policy or contract;
- Their policy was issued by a health care service plan (HMO), Blue Cross, Blue Shield, a charitable organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, or a grants and annuities society;
- They are eligible for protection under the laws of another state. This may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state.
- The Guarantee Association also does not provide coverage for:
- Unallocated annuity contracts; that is, contracts which are not issued to and owned by an individual and which guarantee rights to group contract holders, not individuals;
- Employer and association plans, to the extent they are self-funded or uninsured;
- Synthetic guaranteed interest contracts;
- Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- Any policy of reinsurance unless an assumption certificate was issued;
- Interest rate yields that exceed an average rate;
- Any portion of a contact that provides dividends or experience rating

**LIMITS ON AMOUNTS OF COVERAGE**

The Act limits the Association to pay benefits as follows:

**Life and Annuity Benefits:**

- 80% of what the life insurance company would owe under a life policy or annuity contract up to:
  - $100,000 in cash surrender values,
  - $100,000 in present value of annuities, or
  - $250,000 in life insurance death benefits.
- A maximum of $250,000 for any one insured life no matter how many policies and contracts there were with the same company, even if the policies provided different types of coverages.

**Health Benefits:**

- A maximum of $200,000 of the contractual obligations that the heath insurance company would owe were it not insolvent. The maximum may increase or decrease annually based upon changes in the health care cost component of the consumer price index.

**PREMIUM SURCHARGE**

Member insurers are required to recoup assessments paid to the Association by way of a surcharge on premiums charged for health insurance policies to which the Act applies.

**FIDELITY AND GUARANTY LIFE INSURANCE COMPANY**

**A STOCK COMPANY**

**Home Office:  Baltimore, Maryland**

This certificate is issued to the Owner named on the Certificate Information page and evidences the Insured's coverage under the Group Policy.  You may examine the Group Policy at the office of the policyholder.  This certificate is issued in consideration of the application and payment of premiums.

While this certificate is in effect, we will pay the death benefit if the Insured dies before the Expiration Date of any term.  Any payment will be made subject to this certificate's provisions.

READ YOUR CERTIFICATE CAREFULLY.  This certificate of life insurance is part of a legal contract between the policyholder and the Company.  This certificate contains terms and provisions that are applicable to all Owners under the Group Policy.

Signed for the Company.

President

AGENT NAME AND ADDRESS:
PATRICE PFITZER
P.O. BOX 127
FOLSOM, CA  95763

*(If applicable)*
Countersigned at:
City: _____   State: _____   Date: _____
By Agent: _____

**RIGHT TO CANCEL.  If you decide not to keep this certificate, return it within 20 days after you receive it.  It may be returned to any of our agents or it may be mailed to us. The return of this certificate will void it from the beginning.  Any premium paid will be refunded.  We will make any refund within 10 days of our receipt of this certificate.**

**GROUP LEVEL TERM LIFE INSURANCE CERTIFICATE**

**TERM LIFE**

<u>NOTICE TO OWNER:</u>  If you have questions or need information about this certificate or if you need assistance in resolving a complaint, please call us at 1-888-513-8797.

**Premiums are payable in advance while the Insured is alive and until the Expiration Date of each term.  After the Premium Guarantee Period, each renewal premium will not be more than the Guaranteed Maximum Total Premium shown in the TABLE OF ANNUAL RENEWAL PREMIUMS.  Renewable to age 95.  Death benefit is payable if Insured dies before the Expiration Date and while this certificate is in effect. Nonparticipating:  dividends are not payable**

FGL RTRC-C (12-99)

# INDEX

Page

**BENEFICIARY** .................................................................... 8
    Change of Beneficiary(ies) ............................................ 8
    Irrevocable Beneficiary(ies) .......................................... 8
    Payment to Beneficiary(ies) .......................................... 8

**CERTIFICATE INFORMATION** ...................................... 3-4
    Certificate Data ............................................................ 3
    Certificate, Premium, and Rider Information ................. 3
    Table of Annual Renewal Premiums .............................. 4

**CONVERSION** ................................................................ 12
    New Individual Policy .................................................. 12
    Suicide and Incontestability ........................................ 12

**DEATH BENEFIT** ........................................................... 13
    Interest Paid on Death Benefit .................................... 13
    Payment of Death Benefit ........................................... 13
    Suicide Exclusion ........................................................ 13

**DEFINITIONS** .................................................................. 5

**GENERAL PROVISIONS** .............................................. 6-7
    Arbitration .................................................................... 7
    Assignment .................................................................. 7
    Certificate Changes ..................................................... 7
    Claims of Creditors ..................................................... 7
    Effective Date .............................................................. 7
    Entire Contract ............................................................ 6
    Incontestability ............................................................ 6
    Misstatement of Birth Date or Sex ................................ 6
    Nonparticipating .......................................................... 7
    Representations ........................................................... 6
    Termination of Certificate ............................................. 7

Page

**METHODS OF SETTLEMENT** .................................... 14-16
    Amount of Payment ..................................................... 15
    Election of Option ........................................................ 14
    Interest Paid on Proceeds ........................................... 14
    Options .................................................................. 14-15
    Payee .......................................................................... 14
    Payment ...................................................................... 15
    Payment of Proceeds .................................................. 14
    Table of Guaranteed Monthly Payments ...................... 16

**OWNERSHIP** .................................................................. 8
    Change of Owner and Contingent Owner ..................... 8
    Ownership Rights ......................................................... 8
    Ownership Succession ................................................. 8

**PREMIUMS** .................................................................... 9
    Adjustment of Renewal Premiums ................................ 9
    Grace Period ............................................................... 9
    Premium Payments ...................................................... 9
    Renewal ...................................................................... 9

**REENTRY OPTION** ....................................................... 11
    New Certificate ........................................................... 11
    Suicide and Incontestability ........................................ 11

**REINSTATEMENT** .......................................................... 10
    Effective Date of Reinstatement .................................. 10
    Reinstatement Requirements ....................................... 10

Any endorsements, restrictions, riders, or additional benefits follow Page 16.

FGL RTRC-C (12-99)

# CERTIFICATE INFORMATION

## CERTIFICATE DATA

| | | |
|---|---|---|
| INSURED<br>SEAN K KEEL | DATE OF ISSUE<br>OCTOBER 10, 2005 | EXPIRATION DATE<br>OCTOBER 10, 2025 |
| CERTIFICATE NUMBER<br>L0531119 | CERTIFICATE DATE<br>OCTOBER 10, 2005 | POLICYHOLDER<br>TRUSTEE FOR FIDELITY AND GUARANTY<br>GROUP INSURANCE TRUST |
| PREMIUM CLASS<br>NON-TOBACCO | AGE/SEX AT ISSUE<br>34   MALE | FINAL REENTRY DATE<br>OCTOBER 10, 2026 |
| OWNER<br>SEAN K KEEL | FACE AMOUNT<br>$620,000 | PREMIUM GUARANTEE PERIOD<br>20 YEARS FROM POLICY DATE |

*(OWNER INFORMATION IS SUBJECT TO ANY CHANGE SUBMITTED AND ON RECORD.)*

## CERTIFICATE, PREMIUM, AND RIDER INFORMATION

| | FIRST<br>ANNUAL*<br>PREMIUM | COVERAGE CAN<br>CONTINUE<br>THROUGH |
|---|---|---|
| LEVEL TERM LIFE INSURANCE<br>    INITIAL TERM - 20 YEARS<br>    NON-TOBACCO PREMIUM | $ 762.60 | OCTOBER 10, 2066 |
| ACCELERATED BENEFIT RIDER<br>    EFFECTIVE - OCTOBER 10, 2005 | | |
| RETURN OF PREMIUM RIDER<br>    NON-TOBACCO PREMIUM | $632.40 | |
| ANNUAL CERTIFICATE FEE: | $60.00 | |
| TOTAL FIRST ANNUAL PREMIUM: | $1,455.00 | |

*FOR OTHER PREMIUM PAYMENT INTERVALS, MULTIPLY THE FIRST ANNUAL PREMIUM BY:
  - .51 FOR SEMI-ANNUAL;
  - .26 FOR QUARTERLY;
  - .09 FOR MONTHLY.

RENEWAL PREMIUMS ARE SHOWN IN THE TABLE OF ANNUAL RENEWAL PREMIUMS WHICH FOLLOWS.

FGL RTRC-C (12-99)

## CERTIFICATE INFORMATION *(Cont'd)*

## TABLE OF ANNUAL RENEWAL PREMIUMS

CERTIFICATE NUMBER: L0531119

| CERTIFICATE YEAR BEGINNING OCT 10 | CURRENT LEVEL TERM LIFE INSURANCE** | CURRENT TOTAL PREMIUM*** | GUARANTEED MAXIMUM TOTAL PREMIUM*** | CERTIFICATE YEAR BEGINNING OCT 10 | CURRENT LEVEL TERM LIFE INSURANCE** | CURRENT TOTAL PREMIUM*** | GUARANTEED MAXIMUM TOTAL PREMIUM*** |
|---|---|---|---|---|---|---|---|
| 2006 | 822.60* | 1,455.00* | 1,455.00 | 2036 | 26,515.40 | 26,515.40 | 32,188.40 |
| 2007 | 822.60* | 1,455.00* | 1,455.00 | 2037 | 28,952.00 | 28,952.00 | 35,710.00 |
| 2008 | 822.60* | 1,455.00* | 1,455.00 | 2038 | 31,314.20 | 31,314.20 | 39,523.00 |
| 2009 | 822.60* | 1,455.00* | 1,455.00 | 2039 | 33,856.20 | 33,856.20 | 43,615.00 |
| 2010 | 822.60* | 1,455.00* | 1,455.00 | 2040 | 36,807.40 | 36,807.40 | 48,079.00 |
| 2011 | 822.60* | 1,455.00* | 1,455.00 | 2041 | 40,422.00 | 40,422.00 | 53,119.60 |
| 2012 | 822.60* | 1,455.00* | 1,455.00 | 2042 | 44,768.20 | 44,768.20 | 59,753.60 |
| 2013 | 822.60* | 1,455.00* | 1,455.00 | 2043 | 49,691.00 | 49,691.00 | 65,408.00 |
| 2014 | 822.60* | 1,455.00* | 1,455.00 | 2044 | 55,066.40 | 55,066.40 | 72,972.00 |
| 2015 | 822.60* | 1,455.00* | 1,455.00 | 2045 | 60,795.20 | 60,795.20 | 81,466.00 |
| 2016 | 822.60* | 1,455.00* | 1,455.00 | 2046 | 66,759.60 | 66,759.60 | 90,580.00 |
| 2017 | 822.60* | 1,455.00* | 1,455.00 | 2047 | 73,003.00 | 73,003.00 | 100,283.00 |
| 2018 | 822.60* | 1,455.00* | 1,455.00 | 2048 | 79,599.80 | 79,599.80 | 110,482.00 |
| 2019 | 822.60* | 1,455.00* | 1,455.00 | 2049 | 86,488.00 | 86,488.00 | 121,071.60 |
| 2020 | 822.60* | 1,455.00* | 1,455.00 | 2050 | 93,599.40 | 93,599.40 | 132,306.00 |
| 2021 | 822.60* | 1,455.00* | 1,455.00 | 2051 | 100,859.60 | 100,859.60 | 144,625.40 |
| 2022 | 822.60* | 1,455.00* | 1,455.00 | 2052 | 107,295.20 | 107,295.20 | 158,346.00 |
| 2023 | 822.60* | 1,455.00* | 1,455.00 | 2053 | 112,943.40 | 112,943.40 | 173,846.00 |
| 2024 | 822.60* | 1,455.00* | 1,455.00 | 2054 | 119,279.80 | 119,279.80 | 191,317.60 |
| 2025 | 7,338.80 | 7,338.80 | 10,432.60 | 2055 | 127,780.00 | 127,780.00 | 210,413.60 |
| 2026 | 8,182.00 | 8,182.00 | 11,561.00 | 2056 | 139,919.60 | 139,919.60 | 230,700.00 |
| 2027 | 9,198.80 | 9,198.80 | 12,819.60 | 2057 | 155,692.40 | 155,692.40 | 251,780.00 |
| 2028 | 10,352.00 | 10,352.00 | 14,152.60 | 2058 | 174,118.80 | 174,118.80 | 273,461.40 |
| 2029 | 11,666.40 | 11,666.40 | 15,591.00 | 2059 | 195,198.80 | 195,198.80 | 295,316.40 |
| 2030 | 13,173.00 | 13,173.00 | 17,221.60 | 2060 | 218,932.40 | 218,932.40 | 317,636.40 |
| 2031 | 14,890.40 | 14,890.40 | 19,032.00 | 2061 | 234,792.00 | 234,792.00 | 340,737.60 |
| 2032 | 16,862.00 | 16,862.00 | 21,047.00 | 2062 | 251,451.40 | 251,451.40 | 364,992.00 |
| 2033 | 19,075.40 | 19,075.40 | 23,341.00 | 2063 | 269,450.00 | 269,450.00 | 391,205.60 |
| 2034 | 21,462.40 | 21,462.40 | 25,963.60 | 2064 | 289,544.20 | 289,544.20 | 420,469.60 |
| 2035 | 23,967.20 | 23,967.20 | 28,921.00 | 2065 | 315,113.00 | 315,113.00 | 457,694.40 |

*(TABLE CONTINUED ON NEXT PAGE)*

FGL RTRC-C (12-99)

# CERTIFICATE INFORMATION *(Cont'd)*

## TABLE OF ANNUAL RENEWAL PREMIUMS *(Cont'd)*

FOR OTHER PREMIUM PAYMENT INTERVALS, MULTIPLY THE FIRST ANNUAL PREMIUM BY:
- .51 FOR SEMI-ANNUAL;
- .26 FOR QUARTERLY;
- .09 FOR MONTHLY.


\* THESE PREMIUMS ARE PAID DURING THE PREMIUM GUARANTEE PERIOD AND WILL NOT CHANGE.  WE RESERVE THE RIGHT TO CHANGE THE CURRENT LIFE INSURANCE PREMIUM FOR EACH CERTIFICATE YEAR AFTER THE PREMIUM GUARANTEE PERIOD SHOWN UNDER CERTIFICATE DATA IN THE CERTIFICATE INFORMATION SECTION.  IT MAY BE MORE OR LESS THAN THAT SHOWN, BUT THE CURRENT TOTAL PREMIUM WILL NEVER BE MORE THAN THE GUARANTEED MAXIMUM TOTAL PREMIUM.  SEE PREMIUMS SECTION.

\*\* $60.00 CERTIFICATE FEE INCLUDED

\*\*\* IF APPLICABLE, THESE PREMIUMS INCLUDE THE ANNUAL RIDER PREMIUMS AS SHOWN IN THE TABLE WHICH FOLLOWS, TABLE OF ANNUAL RENEWAL PREMIUMS - RIDERS.

FGL RTRC-C (12-99)

## CERTIFICATE INFORMATION *(Cont'd)*

### TABLE OF ANNUAL RENEWAL PREMIUMS - RIDERS

CERTIFICATE NUMBER: L0531119

| CERTIFICATE YEAR BEGINNING OCT 10 | RETURN OF PREMIUM |
|---|---|
| 2006 | 632.40 |
| 2007 | 632.40 |
| 2008 | 632.40 |
| 2009 | 632.40 |
| 2010 | 632.40 |
| 2011 | 632.40 |
| 2012 | 632.40 |
| 2013 | 632.40 |
| 2014 | 632.40 |
| 2015 | 632.40 |
| 2016 | 632.40 |
| 2017 | 632.40 |
| 2018 | 632.40 |
| 2019 | 632.40 |
| 2020 | 632.40 |
| 2021 | 632.40 |
| 2022 | 632.40 |
| 2023 | 632.40 |
| 2024 | 632.40 |
| 2025 | 0.00 |
| 2026 | 0.00 |
| 2027 | 0.00 |
| 2028 | 0.00 |
| 2029 | 0.00 |
| 2030 | 0.00 |
| 2031 | 0.00 |
| 2032 | 0.00 |
| 2033 | 0.00 |
| 2034 | 0.00 |
| 2035 | 0.00 |
| 2036 | 0.00 |
| 2037 | 0.00 |
| 2038 | 0.00 |
| 2039 | 0.00 |
| 2040 | 0.00 |
| 2041 | 0.00 |
| 2042 | 0.00 |
| 2043 | 0.00 |
| 2044 | 0.00 |
| 2045 | 0.00 |
| 2046 | 0.00 |
| 2047 | 0.00 |
| 2048 | 0.00 |
| 2049 | 0.00 |
| 2050 | 0.00 |

FGL RTRC-C (12-99)

(TABLE CONTINUED ON NEXT PAGE)

## CERTIFICATE INFORMATION *(Cont'd)*

### TABLE OF ANNUAL RENEWAL PREMIUMS - RIDERS *(Cont'd)*

| CERTIFICATE YEAR BEGINNING OCT 10 | RETURN OF PREMIUM |
|---|---|
| 2051 | 0.00 |
| 2052 | 0.00 |
| 2053 | 0.00 |
| 2054 | 0.00 |
| 2055 | 0.00 |
| 2056 | 0.00 |
| 2057 | 0.00 |
| 2058 | 0.00 |
| 2059 | 0.00 |
| 2060 | 0.00 |
| 2061 | 0.00 |
| 2062 | 0.00 |
| 2063 | 0.00 |
| 2064 | 0.00 |
| 2065 | 0.00 |

FOR OTHER PREMIUM PAYMENT INTERVALS, MULTIPLY THE FIRST ANNUAL PREMIUM BY:
- .51 FOR SEMI-ANNUAL;
- .26 FOR QUARTERLY;
- .09 FOR MONTHLY.

FGL RTRC-C (12-99)

# DEFINITIONS

**Age**                    Insured's Age on his or her nearest or last birthday.

**Beneficiary**            The person(s) named in the application or in the most recent change on record to receive the death benefit.

**Certificate Date**       The date on which the initial premium is due and on which coverage starts. Premium due dates, certificate months, years, and anniversaries are measured from this date.

**Contingent Beneficiary** The person(s) named in the application or in the most recent change on record to receive the death benefit if the Beneficiary is not alive at the Insured's death.

**Contingent Owner**       The person(s) named in the application or in the most recent change on record to become the Owner of this certificate if the Owner dies before the Insured.

**Expiration Date**        The date on which coverage is no longer in effect. The initial Expiration Date is shown under CERTIFICATE DATA in the CERTIFICATE INFORMATION section. The Expiration Date for any renewal term is one year after the preceding Expiration Date.

**Face Amount**            The amount of term life insurance coverage in effect and which is shown under CERTIFICATE DATA in the CERTIFICATE INFORMATION section.

**Group Policy**           The Group Term Life Insurance Policy under which this certificate is issued.

**Insured**                The person named under CERTIFICATE DATA in the CERTIFICATE INFORMATION section whose life is insured under this certificate.

**Owner**                  The person(s) named as Owner in the application, or in the most recent change on record, who is entitled to the ownership rights stated in this certificate.

**Policyholder**           The owner of the Group Policy as shown under CERTIFICATE INFORMATION section.

**We, Our, Us, Company**   Fidelity and Guaranty Life Insurance Company.

**Written Request**        A request written to us and received by us. That request must be signed, dated, and notarized (if required by the form) on a form satisfactory to us.

**You, Your**              The Owner.

FGL RTRC-C (12-99)

# GENERAL PROVISIONS

Any reference to Beneficiary, Contingent Beneficiary, irrevocable Beneficiary, Owner, Contingent Owner, and/or payee, may include multiple persons.

**Entire Contract**

The entire contract between the Contractholder and us consists of:
1. The Group contract;
2. The Contractholder's application, a copy of which is attached and made a part of the Contract;
3. All amendments, endorsements and riders, which are attached; and
4. The entire contract as to each participant.

The entire contract as to each participant consists of:
1. The Group contract;
2. This Certifiate;
3. The application, a copy of which is attached and made a part of this Certificate; and
4. All amendments, endorsements, riders or any CERTIFICATE INFORMATION page(s) which is attached to or mailed to your last known address.

Only the President, the Secretary, or a Vice President in our Home Office can agree to change or waive any provisions which are part of the entire contract. The change or waiver must be in writing.

**Representations**

We will rely on all statements made in an application. Those statements will be considered representations and not warranties. We will not use any statement in defense of a claim unless that statement is made in an application which is part of the entire contract.

**Incontestability**

We will not contest this certificate based on statements made in an application after this certificate has been in effect during the Insured's lifetime for 2 years from the Date of Issue. We can contest its validity for failure to pay premiums at any time.

A new period of contestability will apply if reinstatement occurs or additional coverage is added by rider. We will not contest this certificate based on statements made in the application for reinstatement or for additional coverage after this certificate has been in effect during the Insured's lifetime for 2 years from the effective date of reinstatement or from the effective date of the additional coverage. For any increase in coverage, only the additional coverage added by rider will be contestable.

This **Incontestability** provision applies to any rider unless that rider has its own **Incontestability** provision, in which case that rider's provision will apply.

If this certificate was issued as a result of a prior certificate's **REENTRY OPTION** being exercised, the amount of insurance that we may contest will be limited to:
- The Face Amount of this certificate; less
- The amount of insurance that the first year premium for this certificate would have purchased as the
- next annual premium under the prior certificate.

However, the above limitation will not apply if this certificate has been reinstated.

**Misstatement of Birth Date or Sex**

If there has been a misstatement as to the Insured's birth date or sex, this certificate's death benefit will be adjusted to what the premiums paid would have bought for the correct birth date or sex.

FGL RTRC-C (12-99)

# GENERAL PROVISIONS *(Cont'd)*

**Assignment**

We will not be responsible for the validity or sufficiency of any assignment. To be binding on us, an executed assignment must be by Written Request and consented to by any irrevocable Beneficiary. Your rights and any Beneficiary's interest will be subject to the assignment. Assignment of the certificate may subject you to income and gift tax.

**Effective Date**

The effective date for:
- Coverage provided in the original application will be the Certificate Date.
- Reinstatement will be as stated in the **Effective Date of Reinstatement** provision.

**Certificate Changes**

Any Written Request to change the Owner, Contingent Owner, or Beneficiary will take effect on the date the request was originally signed, even if the Owner who signed the request or the Insured has since died. However, the change will be subject to any payments made or actions taken by us before the request was received and recorded.

We may require the return of this certificate for endorsement or otherwise in the event of a change in the Owner, Contingent Owner, Beneficiary, settlement option, or other change.

**Claims of Creditors**

To the extent permitted by law and except to the extent you have assigned this certificate, no benefit paid, or to become payable, will be subject to any claim or process of law by any creditor.

**Arbitration**

Any controversy arising under this certificate, or any amendments to or breach of this certificate, will be determined and settled exclusively by final and binding arbitration held in your state of residence, in accordance with the arbitration rules and procedures of JAMS/Endispute or its successor. The arbitrators will be selected from JAMS/Endispute's panel of retired judges. Any award rendered through arbitration will be final and binding on each and all parties involved, and judgment may be entered thereon in any court of competent jurisdiction.

**Termination of Certificate**

This certificate will end at the earliest of the following events:
- The grace period ends without receipt of required payment.
- The certificate is exchanged for a new certificate.
- The Expiration Date of the current term unless the certificate is renewed for another term.
- The Insured dies.
- The Group Contract terminates.

Coverage is not in effect on the Expiration Date of any term unless this certificate is renewed for another term.

**Nonparticipating**

This certificate does not share in our profits or surplus. No dividends will be paid.

FGL RTRC-C (12-99)

## OWNERSHIP

**Ownership Succession**

If you die before the Insured, at your death, ownership of this certificate will pass to the person(s) then living in the order which follows:
- Any joint Owner(s).
- Any Contingent Owner.
- Estate of the last Owner to Die.

If more than one natural person succeeds to the ownership rights of this certificate, then such persons will own this certificate as joint Owners. Any instructions or designations of the prior Owner will continue unless changed in accordance with this certificate by the succeeding Owner.

**Ownership Rights**

While the Insured is alive, you may:
- Exercise any of the rights under this certificate.
- Assign this certificate.
- Subject to our agreement, change or amend this certificate.

The exercise of any ownership right is subject to the written consent of any joint Owner(s).

**Change of Owner and Contingent Owner**

While the Insured is alive, you may transfer ownership by Written Request . If you transfer ownership, any earlier choice of any Contingent Owner will be canceled. A change in ownership may subject you to income and gift tax.

## BENEFICIARY

**Irrevocable Beneficiary**

Any Beneficiary may be named an irrevocable Beneficiary. The consent of any irrevocable Beneficiary is needed to exercise any ownership right, including assigning the certificate, except the following:
- Change the frequency of premium payment.
- Reinstate this certificate.

**Change of Beneficiary**

While the Insured is alive, you may change the Beneficiary and any Contingent or irrevocable Beneficiary by Written Request. Irrevocable Beneficiary(ies) must give written consent to any such change.

**Payment to Beneficiary**

Before making any payment, we may require evidence as to the identity, age, and other facts about any person or class designated as the Beneficiary. We are entitled to make payments based on that evidence.

FGL RTRC-C (12-99)

# PREMIUMS

**Premium Payments**

All premium payments:
- Must be paid on or before their due date.
- Must be made at our Home Office or any administrative office that we maintain.
- Must be in the currency of the United States of America.
- May be made by a currently dated check or money order made payable to Fidelity and Guaranty Life Insurance Company.

Before any insurance becomes effective, the first premium for each term must be paid while the Insured is alive.

We will issue a receipt on request.

Premiums may be paid at annual, semi-annual, quarterly, or monthly intervals. The charge for different premium payment intervals is shown under CERTIFICATE, PREMIUM, AND RIDER INFORMATION in the CERTIFICATE INFORMATION section. You may change the premium payment interval on any certificate anniversary. Our consent is needed if any change results in a premium of less than $25.

**Renewal**

The first premium for each term is due on the Expiration Date of the preceding term.

The life insurance and rider coverage will automatically renew for a 1 year term if:
- Under CERTIFICATE, PREMIUM, AND RIDER INFORMATION in the CERTIFICATE INFORMATION section it indicates that the coverage may be continued.
- All premiums for the preceding expired term have been paid and the renewal premium for the new term has been paid.
- The Expiration Date of the new term is on or before the certificate anniversary on which the Insured is Age 95.

**Adjustment of Renewal Premiums**

Renewal premiums are shown in the TABLE OF ANNUAL RENEWAL PREMIUMS in the CERTIFICATE INFORMATION section. For each certificate year after the Premium Guarantee Period shown under CERTIFICATE DATA in the CERTIFICATE INFORMATION section, we reserve the right to change the Current Life Insurance Premium shown in the table. It may be more or less than that shown, but the Current Total Premium will never be more than the Guaranteed Maximum Total Premium shown in that table. Before each certificate year, we will send to you at your last known address written notice of the premium due for the next certificate year.

Any change in premium will be made on the same basis for all certificates in effect the same length of time, issued to Insureds of the same Premium Class and issue age. No change in Premium Class or premium will occur on renewal because the Insured's health has worsened or occupation has changed. Each change will be based on our expectations as to future mortality, investment earnings, expense, and persistency experience.

**Grace Period**

We will allow a 31 day grace period after the premium due date to pay each premium after the first. This certificate remains in effect during any grace period. If a premium is not paid by the end of that period, this certificate will terminate as of the premium due date. If the Insured dies during a grace period, the overdue premium from its due date to the end of that period will be deducted from the death benefit. As used here, "premium" means the premium actually billed in the premium notice.

FGL RTRC-C (12-99)

# REINSTATEMENT

**Reinstatement Requirements**

If this certificate terminates as provided in the **Grace Period** provision, it may be reinstated within 3 years from the due date of the first unpaid premium. "Reinstatement" means to put this certificate's coverage back into effect.

We will require for each life insured under this certificate and any attached rider:
- Written application for reinstatement;
- Evidence satisfactory to us that each Insured is insurable at the Premium Class shown under CERTIFICATE DATA and CERTIFICATE, PREMIUM, and RIDER INFORMATION sections in the CERTIFICATE INFORMATION section at the time the certificate terminated; and
- Payment of overdue premiums with interest from their due dates at 6% compounded annually.

**Effective Date of Reinstatement**

The effective date of reinstatement will be the date we approve the application for reinstatement. Once approved, we will mail to you at your last known address:
- A copy of the reinstatement application showing the effective date of reinstatement; and
- A copy of any supplemental application which may have been required as evidence of insurability

FGL RTRC-C (12-99)

# CONVERSION

**New Individual Policy**

1.  If the Insured's coverage or any portion of it ends for a reason other than non-payment of premium, the Insured's age, or those reasons described in number 2 below, you may have us issue a policy of individual life insurance on the life of the Insured.

    Any new policy:
    - Must be on a plan being offered by us for this purpose at the time of conversion.
    - May not be term insurance.
    - May not be an amount greater than the Insured's coverage under the group certificate.

    Evidence of insurability satisfactory to us will be required only if the new policy is to include:
    - Any rider providing additional benefits.
    - An option to apply dividends to purchase one year term insurance additions.

    The Insured must apply for the individual policy within 31 days after his/her coverage under the group policy ends and pay the required premium, based on our table of rates for such policies, the Insured's age and class of risk.

    The individual policy will take effect at the end of the 31 day conversion period. If the Insured dies during this 31 day period, then we will pay under the Group Policy the amount of life insurance that you were entitled to convert. It does not matter whether the Insured applied for the individual policy. If such policy is issued, it will be in exchange for any further benefits under the Group Policy.

2.  If the Insured's coverage ends because the Group Policy is terminated, or is amended to terminate coverage for the Insured's class, and the Insured has been covered under the Group Policy for at least 5 years, we will issue a policy of individual life insurance subject to the same conditions and limitations listed above. The face amount of the individual policy will be equal to the face amount under the Group Policy, less any amount of group life insurance for which he/she is eligible on the date the Group Policy is terminated, or for which he/she becomes eligible within 31 days of such termination.

3.  During the first 10 certificate years, and while this certificate is in effect, the Insured may request us to convert his/her group coverage to an individual life insurance policy. We will issue that policy subject to the same conditions stated in number 1 above.

**Suicide and Incontestability**

Any new policy's provisions for suicide and incontestability will have the same effective dates as those provisions have in this certificate. However, if the new policy contains any new benefits provided by rider, any provisions for suicide and incontestability in such new rider will start on that rider's effective date.

FGL RTRC-C (02-2003)

# DEATH BENEFIT

**Payment of Death Benefit**

Payment of the death benefit will be made at our Home Office.

We will require:
- That death occur while this certificate is in effect and before the Expiration Date of any term;
- Return of this certificate or a certification (on a form we accept) stating that this certificate has been lost or destroyed;
- Proof of the Insured's death on a form we accept; and
- A Written Request for the death benefit.

The death benefit to be paid at the Insured's death will be:
- The Face Amount in effect; plus
- Any additional benefit provided by rider; plus
- The part of any premium paid beyond the Insured's month of death, unless the premium was waived; less
- The unpaid premium from its due date to the end of the grace period if death occurs within the grace period.

Subject to any assignment, any death benefit due will be paid to the person(s) living on the date of such death in the order which follows:
- The Beneficiary.
- Any Contingent Beneficiary.
- The Insured's estate.

If any Beneficiary or Contingent Beneficiary dies at the same time as the Insured or within 10 days after the death of the Insured, the death benefit will be paid as if the Insured had survived such Beneficiary or Contingent Beneficiary.

**Interest Paid on Death Benefit**

Interest will be paid on the death benefit as required by state law.

**Suicide Exclusion**

If the Insured dies by suicide, while sane or insane, within 2 years from the Date of Issue or from the effective date of the last reinstatement, if any, no death benefit will be paid. Instead, we will limit payment to:
- The premiums paid for benefits on the Insured's life; less
- The premiums paid for benefits on any person other than the Insured.

This certificate must be in effect on the date of the Insured's suicide.

However, the exclusion will not apply if:
- This certificate was issued as a result of a prior certificate's **REENTRY OPTION** being exercised; and
- More than 2 years have passed from the effective date of the last reinstatement, if any, under this certificate or the prior certificate.

This provision does not apply if this certificate was issued to a Missouri citizen unless it can be proven that the Insured intended suicide when this certificate was applied for.

FGL RTRC-C (12-99)

# METHODS OF SETTLEMENT

**Payment of Proceeds**

When the Insured dies, all or part of any proceeds payable may be paid under a settlement option rather than in a lump sum.

We may issue an annuity contract to provide payments under settlement options 1, 2, 3, or 4. If the payee(s) elect(s) to receive a lump sum, at our option, payment will be made into an interest-bearing checking account established in the name(s) of the payee(s). The payee(s) will be able to withdraw all or part of the proceeds in the account at any time.

**Interest Paid on Proceeds**

Interest will be paid on the proceeds as required by state law.

**Payee**

The payee(s) will be the recipient of the death benefit.

**Election of Option**

While the Insured is alive, you may, by Written Request, elect or change a settlement option to take effect at the Insured's death. The recipient of the death benefit may not change the election you make. If no option is in effect at the Insured's death, the recipient of the death benefit may elect one by Written Request.

An election to receive proceeds under options 1, 2, 3, or 4 cannot be changed after payments start.

After we record any option election or change, it will take effect on the date the request was signed. That election or change will be subject to any payment made or action taken by us before we receive the request and record the change.

Descriptions of the settlement options follow. A table showing the guaranteed monthly payments under each option follows the descriptions of settlement options. Additional settlement options may be offered at the time proceeds are payable.

**Option 1
Income for a
Fixed Period**

Payments are guaranteed for the number of years and months chosen, which may not be less than 5 years nor more than 25 years. If the payee dies before the end of the fixed period, a death benefit consisting of the remaining guaranteed annuity payments, as scheduled, will be paid.

**Option 2
Life Income With a
Guaranteed Period**

Payments are guaranteed for the number of years chosen, which may not be less than 5 years nor more than 25 years. If the payee is alive at the end of the guaranteed period, payments will continue for as long as the payee is alive. If the payee dies before the end of the guaranteed period, a death benefit, consisting of the remaining guaranteed annuity payments, as scheduled, will be paid.

**Option 3
Life Income**

Payments will be made for as long as the payee is alive. No payments will be made after the payee's death.

**Option 4
Joint and Survivor
Life Income**

Payments will be made for as long as either the payee or joint payee is alive. The payments will:
- Be paid in a joint life income amount while both the payee and joint payee are alive.
- Continue to be paid after the death of either payee at the rate requested and for as long as the remaining payee or joint payee survives.
- Cease at the death of both the payee and joint payee.

FGL RTRC-C (12-99)

# METHODS OF SETTLEMENT *(Cont'd)*

**Option 5**
**Interest**

We will hold the proceeds until withdrawn by the payee or we have made payment at the payee's death. Interest credited on those proceeds will be paid out as elected.  On request, we will hold the interest for up to 10 years without payment. Interest payments may be paid no more frequently than monthly.

The payee may withdraw all or part of the proceeds at any time.  Also, by request, we will stop payments under this option and the remaining proceeds and interest to date will be paid as described under Option 1.

If the payee dies, any amount not yet paid, plus any unpaid interest, will be paid in one sum to the Payee's estate.

**Amount of Payment**

The amount of payments received under a settlement option will depend on the:
- Amount of proceeds payable;
- Settlement option chosen;
- Payment frequency chosen; and
- Sex and age nearest birthday of the person over whose life payments are made if Options 2, 3, or 4 are chosen.

We will then compare the mortality and interest rate factors reflected in the **TABLE OF GUARANTEED MONTHLY PAYMENTS** to the factors reflected in the current rates for any single premium immediate annuities which we may then offer and which the payee would be eligible to purchase.  The payments will be based on whichever factors result in higher payments.

Any annuity contract sent to the payee will show the settlement option and amount and frequency of annuity payments, all of which will be fixed as of the date the annuity contract is issued.

**Payment**

Payments for an option will:
- Be made at the Home Office.
- Be paid by check or draft.

Before making any payment, we may require proof of existence and/or birth date of any payee or the Insured.

In all cases, our written consent for payment under any option will be required if:
- Any payee is a corporation, partnership, association, trustee, or assignee.
- The amount left with us is less than $2,000.
- Any annuity or interest payment is less than $20.

FGL RTRC-C (12-99)

## METHODS OF SETTLEMENT *(Cont'd)*

### TABLE OF GUARANTEED MONTHLY PAYMENTS
Minimum Amount for Each $1,000 Applied

The Guaranteed Monthly Payments are based on a 3% effective annual interest rate and the 1983 Table "a" for Individual Annuities.

**Option 1. Income For a Fixed Period**

| Period (Years) | Payment | Period (Years) | Payment | Period (Years) | Payment |
|---|---|---|---|---|---|
| 5 | $17.95 | 8 | $11.71 | 15 | $6.89 |
| 6 | 15.18 | 9 | 10.56 | 20 | 5.53 |
| 7 | 13.20 | 10 | 9.64 | 25 | 4.72 |

**Option 2. Life Income With a 10 Year Guaranteed Period**

| Age | Male | Female | Age | Male | Female | Age | Male | Female |
|---|---|---|---|---|---|---|---|---|
| 50 | $4.24 | $3.90 | 55 | $4.65 | $4.24 | 60 | $5.17 | $4.68 |
| 51 | 4.31 | 3.96 | 56 | 4.74 | 4.32 | 65 | 5.84 | 5.25 |
| 52 | 4.39 | 4.03 | 57 | 4.84 | 4.40 | 70 | 6.65 | 6.00 |
| 53 | 4.47 | 4.09 | 58 | 4.94 | 4.49 | 75 | 7.54 | 6.93 |
| 54 | 4.56 | 4.16 | 59 | 5.05 | 4.58 | | | |

**Option 3. Life Income**

| Age | Male | Female | Age | Male | Female | Age | Male | Female |
|---|---|---|---|---|---|---|---|---|
| 50 | $4.29 | $3.92 | 55 | $4.72 | $4.27 | 60 | $5.31 | $4.74 |
| 51 | 4.36 | 3.98 | 56 | 4.83 | 4.36 | 65 | 6.14 | 5.39 |
| 52 | 4.45 | 4.05 | 57 | 4.94 | 4.44 | 70 | 7.29 | 6.29 |
| 53 | 4.53 | 4.12 | 58 | 5.05 | 4.54 | 75 | 8.91 | 7.63 |
| 54 | 4.63 | 4.19 | 59 | 5.18 | 4.64 | | | |

**Option 4.  Joint and 50% Survivor Life Income**

| Male Payee Age | Female Joint Payee | | | | | |
|---|---|---|---|---|---|---|
| | 50 | 55 | 60 | 65 | 70 | 75 |
| 50 | $4.10 | $4.28 | $4.50 | $4.77 | $5.10 | $5.49 |
| 55 | 4.29 | 4.49 | 4.73 | 5.03 | 5.40 | 5.83 |
| 60 | 4.51 | 4.74 | 5.01 | 5.35 | 5.76 | 6.26 |
| 65 | 4.78 | 5.04 | 5.35 | 5.74 | 6.21 | 6.80 |
| 70 | 5.10 | 5.39 | 5.75 | 6.19 | 6.75 | 7.45 |
| 75 | 5.44 | 5.78 | 6.19 | 6.71 | 7.37 | 8.22 |

Payment amounts for other combinations of years, ages, sex, and rates will be furnished on request.

FGL RTRC-C (12-99)

# Accelerated Benefit Rider

*This rider is part of the certificate to which it is attached.*

THE DEATH BENEFIT WILL BE REDUCED WHEN THE ACCELERATED BENEFIT IS PAID.  ACCELERATED BENEFIT PAYMENTS MAY BE TAXABLE.  YOU SHOULD CONTACT A TAX ADVISOR FOR SPECIFIC ADVICE.

**Definitions**

<u>Insured</u>.  The Insured(s) as shown under CERTIFICATE DATA in the CERTIFICATE INFORMATION section of the certificate.

<u>You, Your</u>.  The Owner of the certificate.

<u>Accelerated Benefit</u>.  The amount payable to you under this rider if the Insured has a Terminal Illness.

<u>Eligible Amount</u>.  The amount payable under the certificate's Death Benefit on the date we approve your request for the Accelerated Benefit.

<u>Accelerated Amount</u>.  The portion of the Eligible Amount you request.  The Accelerated Amount may not exceed the lesser of:
- 50% of the Eligible Amount; or
- $250,000.

<u>Physician</u>.  A doctor of medicine who is:
- Duly qualified;
- Licensed in the United States of America; and
- Performing within the scope of his or her license.

A Physician must not be:  you, the Insured; the brother, sister, parent, spouse or child of either you or the Insured; or any spouse of any of the above.

<u>Terminal Illness</u>.  Illness or physical condition that results in the Insured having a life expectancy of 12 months or less.

**Effective Date**

This rider is effective on the date shown under CERTIFICATE, PREMIUM, AND RIDER INFORMATION in the CERTIFICATE INFORMATION section of the certificate.

**Written Request and Proof of Terminal Illness**

We will require a Written Request for the Accelerated Benefit.  Before we pay the Accelerated Benefit, we will require that you provide us with proof satisfactory to us that the Insured has a Terminal Illness.  This proof will include, but is not limited to, certification by a Physician who provides medical care to the Insured in connection with the Insured's Terminal Illness.  We reserve the right to obtain a second medical certification, at our expense, from a Physician selected by us.

**Benefit**

If we approve your request, we will pay the Accelerated Benefit to you in a lump sum.  No further benefit under this rider will be paid.  If the Insured dies before the Accelerated Benefit is paid, the entire death benefit will be paid in accordance with the certificate; no benefit will be paid under this rider.

# Accelerated Benefit Rider *(Cont'd)*

**Benefit *(Cont'd)***

The Accelerated Benefit is:
- The value of the Accelerated Amount discounted over a 12 month period; less
- An administrative fee of $350; less
- A portion of any unpaid loans and loan interest, if any, on the date we approve your request for the Accelerated Benefit. (That portion is determined by dividing the Accelerated Amount by the Eligible Amount, and then multiplying that percentage by the sum of unpaid loans and loan interest.)

We will consider the following when we discount the Accelerated Amount:
- The expected future monthly premiums for the certificate; and
- Interest at an annual rate declared by us which will not be higher than the greater of:
  - The current yield on 90-day United States Treasury bills; or
  - The current maximum statutory adjustable certificate loan interest rate.

**Adjustments to Certificate Values**

Payment of the Accelerated Benefit does not terminate the certificate. The following amounts under the certificate will be reduced in the same proportion that the Accelerated Amount bears to the Eligible Amount:
- The Face Amount;
- The account value or cash value, as applicable; and
- Any unpaid loans and load interest.

Premiums will be reduced to reflect the reduced Face Amount.

In addition, we will reduce the monthly amount payable under any rider which is a part of the certificate and which provides benefits for disability.

We will issue revised CERTIFICATE INFORMATION page(s) reflecting changes due to payment of the Accelerated Benefit.

**Conditions**

Payment of the Accelerated Benefit is subject to the following conditions:
- Any amount needed to keep the certificate from terminating must be paid before we approve your Written Request.
- We will require the written consent (on a form we accept) of any joint Owner or Irrevocable Beneficiary having an interest in the certificate.
- The certificate must not be assigned to any person, except to us, as security for a loan.

Payment of the Accelerated Benefit is not meant to allow third parties to cause you to involuntarily invade the death benefit ultimately payable to the named Beneficiary. Therefore, you are not eligible for this benefit:
- If you are required by law to use this benefit to meet the claims of creditors, whether in bankruptcy or otherwise; or
- You are required by a government agency to use this benefit in order to apply for, obtain, or keep a government benefit or entitlement.

# Accelerated Benefit Rider *(Cont'd)*

| | |
|---|---|
| **Nonparticipating** | Dividends are not payable. |
| **Rider Termination** | This rider will end at the earliest of the following events:<br>• The certificate terminates.<br>• The Accelerated Benefit is paid.<br>• Your Written Request. |
| **Confirmation of Changes** | We will mail to your last known address confirmation of any changes to this rider's benefits, including the effective date of any change. |

*Signed for the Company.*

## Fidelity and Guaranty Life Insurance Company

*[signature]*

President

# Return of Premium Rider

*This rider is part of the certificate to which it is attached. The premium is shown under CERTIFICATE, PREMIUM, AND RIDER INFORMATION in the CERTIFICATE INFORMATION section of the certificate. Except as stated in this rider, all other certificate provisions apply.*

**Additional Definitions**     <u>Covered Dependent</u>. The Covered Dependent(s) as shown under CERTIFICATE, PREMIUM, AND RIDER INFORMATION in the CERTIFICATE INFORMATION section of the certificate.

**Effective Date**     This rider is effective on the certificate's Date of Issue.

**Benefit**     While this rider is in effect, we will pay a Return of Premium benefit if the certificate ends after the fifth certificate year and on or before the initial Expiration Date. The amount of the Return of Premium benefit will be the total of premiums paid on the certificate (including any rider premiums) times the percentage shown below. The percentage differs depending upon the term period shown under CERTIFICATE, PREMIUM, AND RIDER INFORMATION in the CERTIFICATE INFORMATION section of the certificate. The Return of Premium benefit will be reduced by any amount paid under any rider attached to the certificate, such reduction not to exceed the Return of Premium benefit. However, no Return of Premium benefit is payable if any Insured or Covered Dependent dies while this rider is in effect.

If the Return of Premium benefit is greater than the amount of insurance in effect on the certificate, the amount of insurance will be increased to be 105% of the Return of Premium benefit.

| end of certificate year | 15-year certificate term | 20-year certificate term | 25-year certificate term | 30-year certificate term |
|---|---|---|---|---|
| 1-5 | 0% | 0% | 0% | 0% |
| 6 | 5% | 3% | 2% | 1% |
| 7 | 10% | 6% | 4% | 2% |
| 8 | 15% | 9% | 6% | 3% |
| 9 | 20% | 12% | 8% | 4% |
| 10 | 25% | 15% | 10% | 5% |
| 11 | 40% | 22% | 13% | 7% |
| 12 | 55% | 29% | 16% | 9% |
| 13 | 70% | 36% | 19% | 11% |
| 14 | 85% | 43% | 22% | 13% |
| 15 | 100% | 50% | 25% | 15% |
| 16 | | 60% | 30% | 17% |
| 17 | | 70% | 35% | 19% |
| 18 | | 80% | 40% | 21% |
| 19 | | 90% | 45% | 23% |
| 20 | | 100% | 50% | 25% |
| 21 | | | 60% | 30% |
| 22 | | | 70% | 35% |
| 23 | | | 80% | 40% |
| 24 | | | 90% | 45% |
| 25 | | | 100% | 50% |
| 26 | | | | 60% |
| 27 | | | | 70% |
| 28 | | | | 80% |
| 29 | | | | 90% |
| 30 | | | | 100% |

# Return of Premium Rider *(Cont'd)*

**New Certificate Benefit Option**

If you terminate this certificate, any benefit payable under the Return of Premium rider may be transferred to a new policy, provided the Return of Premium rider is part of the new policy. The new benefit will be the greater of:
- The sum of the premiums paid under this certificate and the new policy, multiplied by the percentage shown in the table (under this rider's **Benefit** provision) for the policy term and the then current number of years the new policy has been in effect; or
- The Return of Premium benefit payable under this certificate if a new policy is not purchased.

**Nonforfeiture Options**

After the 5th certificate year and if the certificate lapses as provided in the certificate's Grace Period provision, the certificate will have a cash value equal to the Return of Premium benefit. If not more than 60 days have passed since the unpaid premium's due date, one of two options will be available:
- Cash Surrender - The certificate may be surrendered for its cash value. The cash value is equal to the Return of Premium benefit. We will require your Written Request and return of the certificate or a certification (on a form we accept) stating that the certificate has been lost or destroyed.
- Extended Level Term Insurance - If no option is selected, this option will be automatic. Under this option, you may continue the certificate as nonparticipating extended level term insurance. The term period will start on the due date of the unpaid premium. That period will be determined by applying the cash value as a net single premium for such insurance. At the end of that period, the insurance will terminate and there will be no cash value remaining.

**Surrender of Insurance Under Extended Level Term Insurance Option**

Any insurance provided under the Extended Level Term Insurance Option may be surrendered for its cash value. The cash value will equal the net single premium for the insurance remaining. If such surrender occurs within 30 days after a certificate anniversary, the value will not be less than the cash value on that anniversary.

We will require:
- Your Written Request.
- Return of the certificate or a certification (on a form we accept) stating that the certificate has been lost or destroyed.

**Deferral of Cash Value Payment**

We reserve the right to defer payment of the cash value for up to 6 months after we receive your Written Request. We will pay interest at a rate not less than the minimum rate required by state law, if the deferral period is 30 days or more.

**Basis of Certificate Values**

Cash value amounts equal or exceed the values based on:
- 1980 CSO Nonsmoker and Smoker Tables;
- Age Last Birthday;
- Interest rate of 5.75% per year;
- Death occurring at the end of the certificate year

Extended Level Term Insurance Option is based on:
- 1980 CET Nonsmoker and Smoker Tables;
- Age Last Birthday;
- Interest rate of 5.75% per year;
- Death occurring at the end of the certificate year

Certificate values equal or exceed those required by the state in which this certificate is delivered. A detailed statement of the method used to compute those values has been filed with the insurance department of that state.

# Return of Premium Rider *(Cont'd)*

| | |
|---|---|
| **Nonparticipating** | Dividends are not payable. |
| **Rider Termination** | This rider will end at the earliest of the following events:<br>• Expiration Date of the initial term period.<br>• Any Nonforfeiture Option goes into effect.<br>• Your Written Request.<br>• The certificate terminates.<br>• Any Other Insured dies. |
| **Confirmation of Changes** | We will mail to your last known address confirmation of any changes to this rider's benefit, including the effective date of any change. |

*Signed for the Company.*

Fidelity and Guaranty Life Insurance Company

President

**GROUP LEVEL TERM LIFE INSURANCE CERTIFICATE**

**TERM LIFE**

Premiums are payable in advance while the Insured is alive and until the Expiration Date of each term. After the Premium Guarantee Period, each renewal premium will not be more than the Guaranteed Maximum Total Premium shown in the TABLE OF ANNUAL RENEWAL PREMIUMS. Renewable to age 95. Death benefit is payable if Insured dies before the Expiration Date and while this certificate is in effect. Nonparticipating: dividends are not payable.

AUG-OCT. 3. 2005 ˸ 9:41AM    SAN FRANCISCO 923    NO. 3677    P. 2/6
TO:OFFICE NO. 8490    P. 2/6-6

# Paramedical Supplement to Application

| Insurer |
|---|

☒ Fidelity and Guaranty Life Insurance Company    ○ Americom Life and Annuity Insurance Company

| Insured |
|---|

| First Name | Middle Initial | Last Name |
|---|---|---|
| Sean | K | Keel |

| Birth Date | Birth Place |
|---|---|
| 06 - 14 - 71 | CA |

| Medical History Questions | | |
|---|---|---|
| 1. | Have you ever been treated for or diagnosed with: | |
| a) | Any heart disease, heart attack, chest pain, high blood pressure, high cholesterol, murmur, palpitations, or any other disorder of the heart or blood vessels? | ○Y ☒N |
| b) | Any circulatory disease, stroke, TIA, aneurysm, or any other disorder of the veins or arteries? | ○Y ☒N |
| c) | Any breathing or lung disorder, COPD, asthma, bronchitis, sleep apnea, or emphysema? | ○Y ☒N |
| d) | Diabetes, disorder of the immune system, blood disorder, or disorder of the glands? | ○Y ☒N |
| e) | Cancer, tumor, or cysts? | ○Y ☒N |
| f) | Depression, anxiety, dementia, Alzheimer's, or any other mental or nervous disease or disorder? | ○Y ☒N |
| g) | Hepatitis, gastritis, colitis, or any disease or disorder of the liver, stomach, pancreas, or intestines? | ○Y ☒N |
| h) | Any disease or disorder of the kidneys, bladder, prostate, urinary, or reproductive systems? | ○Y ☒N |
| i) | Arthritis or any disease or disorder of the muscles (to include strains or sprains), tendons, bones, spine, back, or joints? | ○Y ☒N |
| j) | Any disease or disorder of the skin, eyes, or ears? | ○Y ☒N |
| k) | Acquired Immune Deficiency Syndrome (AIDS), AIDS related Complex (ARC) or positive test results indicating the presence of the AIDS virus? | ○Y ☒N |
| 2. | Are you currently prescribed any medication? | ○Y ☒N |
| 3. | Have you been prescribed medication in the past 5 years not previously mentioned? | ○Y ☒N |
| 4. | In the past 10 years, have you: | |
| a) | Been hospitalized or had surgery? | ○Y ☒N |
| b) | Had any electrocardiograms, x-rays, laboratory tests, treatment, or surgery, or been advised to and not done so? | ○Y ☒N |
| c) | Been recommended to have any test, treatment, or surgery, which has not been performed? | ○Y ☒N |
| d) | Had any illness, disease, or injury that is not included in other answers? | ○Y ☒N |
| 5. | Has any parent, brother, or sister died from or had any occurrence of cancer, heart disease, diabetes, or any hereditary disease prior to age 60? | ○Y ☒N |
| 6. | Have you smoked cigarettes, pipes, or cigars, used snuff, chewed tobacco, or used any nicotine-based products such as the patch, or gum? If yes, please detail the type(s) of tobacco product used and date of last use below. | ○Y ☒N |
| 7. | In the past 10 years, have you sought or received treatment, advice, or counseling for the use of alcohol? | ○Y ☒N |
| 8. | Have you ever sought or received treatment, advice, or counseling for the use of any narcotic, barbiturate, stimulant, amphetamine, hallucinogenic, street, or prescription drugs? Have you ever been arrested for the use or possession of such drug or are you currently using these drugs? | ○Y ☒N |
| 9. | Within the past 10 years, have you made a claim or received benefits for disability or worker's compensation as a result of a sickness or injury? | ○Y ☒N |

CONTINUED

AUG-OCT. 3. 2005⊥ 9:41AM;    SAN FRANCISCO 923    NO. 3677  P. 4/6
TO:OFFICE NO. 0490    P. 4/0;/6

## Paramedical Supplement to Application - Continued

10. Personal Physician's Name and Address: _Judith Walsh_  _2355 Sutter_
_San Francisco, CA  94115_

Date and Reason Last Consulted: _about 1 yr ago — Routine_
_Check up_  _— well_

What treatment was given or medication prescribed? _None_

11. Give details of "Yes" answers.  State question number and include where appropriate:  diagnosis, date, duration, names and addresses of all attending physicians and medical facilities:

I have read the questions and answered on this Paramedical Supplement to Application.  The statements made herein are complete, true and correctly recorded.

I agree that  a copy of this Paramedical Supplement to Application will form a part of any policy or certificate issued, and that no agent or medical examiner can pass upon insurability or modify any policy or certificate issued by the Company.

_San Francisco, CA_        _8-27-05_

Signed at (City and State) on (Date)    _( Ileana Gutiérrez )_

Witness (Medical Examiner)

Signature of Proposed Insured age 15 or more; otherwise Parent or Legal Guardian of Proposed Insured

Fidelity and Guaranty Life Insurance Company, Baltimore MD   •   American Life and Annuity Insurance Company  Houston TX
ADMIN 2449 (05-2005)

FAMILY DIRECT
INSURANCE SERVICES

# Life Insurance Application (page 1 of 8)

## INSURER

● Fidelity & Guaranty Life Insurance Company    ○ Americom Life & Annu    L0531119

## PRIMARY INSURED

Name (First, M.I., Last)
**Sean K. Keel**

Home Address
**1450 Oakdale Avenue    San Francisco, CA 94124**

| Social Security No. | Sex | Marital Status | Date of Birth | Place of Birth | Height (ft., in.) | Weight (lbs.) |
|---|---|---|---|---|---|---|
| **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** | **M** | **Married** | **06-14-71** | **CA** | **5' 10"** | **200** |

| Currently Employed? | Occupation and Duties | Place of Employment | Years w/ Current Employer |
|---|---|---|---|
| ● Yes  ○ No | **Construction** | **Pacific Erectors** | **5** |

Earned Annual Income (from last year's W-2)        Drivers License Number and Issue State
**60000**                                           **A6215539          CA**

| Daytime Phone | Evening Phone | Best Time to Call | Email Address |
|---|---|---|---|
| **415   671-0162** | **415   368-8034** | **2:00 pm** | |

## OTHER INSURED

Name (First, M.I., Last)                     Relationship to Primary Insured

Home Address

| Social Security No. | Sex | Marital Status | Date of Birth | Place of Birth | Height (ft., in.) | Weight (lbs.) |
|---|---|---|---|---|---|---|
| | | | | | | |

| Currently Employed? | Occupation and Duties | Place of Employment | Years w/ Current Employer |
|---|---|---|---|
| ○ Yes  ○ No | | | |

Earned Annual Income (from last year's W-2)        Drivers License Number and Issue State

| Daytime Phone | Evening Phone | Best Time to Call | Email Address |
|---|---|---|---|
| | | | |

## OWNER(S)
### (UNLESS OTHERWISE NOTED, THE OWNER WILL BE THE PRIMARY INSURED.)

Name (First, M.I., Last)                     Relationship to Primary Insured

Home Address

Home Phone                          Email Address

Birth Date                          Social Security No. or Tax I.D. No.

## BENEFICIARY DESIGNATION - Primary Insured Coverage
### FOR EACH BENEFICIARY, LIST FULL NAME, RELATIONSHIP TO PRIMARY INSURED AND % SHARE.

Primary Beneficiary(ies)                    %          Contingent Beneficiary(ies)                    %
**Rosa Rivera-Keel, Spouse**                          **All surviving children of insured equal shares**

## BENEFICIARY DESIGNATION - Other Insured Coverage
### Unless otherwise noted in the Additional Information section, the beneficiary of other persons proposed for coverage will be the Primary Insured.

FIDELITY & GUARANTY LIFE INSURANCE COMPANY, Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY, Houston, Texas

ADMIN 4952 (04-2003)  FDIS Reg# 05-998-04847

# Life Insurance Application (page 2 of 8)

## POLICY/CERTIFICATE INFORMATION

| | | | |
|---|---|---|---|
| Product Name: | Amount of Insurance | Initial Premium | ● Nontobacco |
| **Sav Select Term 20/20 ROP** | $ 620,000 | $ | ○ Tobacco |

TERM:   ● Level   ○ Decreasing

Term Period (Number of Years)   **20**      Premium Guarantee Period   **20**

UNIVERSAL LIFE:   ○ Level   ○ Increasing

Planned Premium   $

Initial Allocation Percentage (for equity-indexed UL products only)

Equity Indexed Interest Option _____%   Fixed Interest Option _____%

Mode of Payment (For bank draft, complete Bank Draft Plan authorization, and initial payment required.)

○ Annual      ✗ Quarterly          ○ Bi-Weekly Bank Draft
○ Semi-Annual      ○ Monthly Bank Draft      ○ Other _____

Payment in Exchange for Conditional Receipt   $ _____

Credit Card   (See Instructions Page for current company practice)      Account Number _____   Expiration Date _____

Signature to Authorize Credit Card Charge _____

○ Visa   ○ Mastercard

*(No coverage will be effective except in accordance with the terms of the Receipt and unless full initial modal premium payment is submitted.)*

## ADDITIONAL BENEFITS – Primary Insured
### (Not all riders are available with all products or in all states)

○ Accelerated Benefit Rider

○ Accidental Death Benefit Rider    Amount: $ _____

○ Critical Illness Rider    Amount: $ _____    *Supplemental questionnaire required.*

○ Disability Income Rider    Class: _____
Monthly Payout: $ _____
○ 3 month elimination, 2 year benefit
○ 6 month elimination, 5 year benefit

● Return of Premium Rider

○ Ultimate Income Option Rider    Initial Lump Sum: $ _____    *Illustration required.*
Monthly Income of: $ _____
for _____ years.
Final Lump Sum: $ _____

○ Waiver of Monthly Deduction Rider
(UL only)

○ Waiver of Premium Rider
(Term only)

○ Child Rider    Amount: $ _____    *Supplemental questionnaire required.*

○ Other: _____

# Life Insurance Application (page 3 of 8)

## OTHER INSURED BENEFITS
(Not all riders are available with all products or in all states)

○ Other Insured/Dependent Rider

Amount: $ _____

Term Period: _____ yrs.

*For term products, term period must match base policy term period.*

○ Disability Income Rider

Class: _____

Monthly Payout: $ _____

○ 3 month elimination, 2 year benefit

○ 6 month elimination, 5 year benefit

○ Other: _____

## EXISTING INSURANCE
*List existing, personal and business life insurance, disability income, annuity, and long term care coverage. Write NONE if there is no coverage.*

| Insurance Company | Policy Type | Policy # | Life Insurance or Disability Income Amount | ADB Amount | Year Issued |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

|  | Primary Insured | Other Insured |
|---|---|---|
| 1. Will this policy/certificate, if issued, replace, or change any existing life insurance or annuity? If "Yes", circle which policy/certificate(s) listed above are to be replaced or changed. <br> Amount being replaced $ _____ | ○ Y ● N | ○ Y ○ N |
| 2. Is any other insurance application pending? (If yes, provide details): _____ | ○ Y ● N | ○ Y ○ N |
| 3. Have you had any insurance application declined, postponed, rated, modified, or refused for reinstatement? (If yes, provide details): | ○ Y ● N | ○ Y ○ N |

_____

_____

_____

_____

_____

# Life Insurance Application (page 4 of 8)

## PERSONAL HISTORY QUESTIONS

| | Primary Insured | Other Insured |
|---|---|---|
| 1. Are you a citizen of the United States? If "No", what is your citizenship? Immigration status? Type of visa? | ●Y ○N | ○Y ○N |
| 2. Have you traveled or resided outside the United States or Canada within the past 2 years or plan to do so within the next 2 years? | ○Y ●N | ○Y ○N |
| 3. Have you been convicted of a felony or are currently on parole for any offense? | ○Y ●N | ○Y ○N |
| 4. In the past 10 years have you been convicted of DWI/DUI? In the past 5 years have you had any speeding tickets or other driving violations? | ○Y ●N | ○Y ○N |
| 5. In the past 5 years have you participated in ballooning, bungee jumping, cliff diving, hang gliding, motorized racing, parachuting, mountain or rock climbing, skin or scuba diving, or any similar avocation? | ○Y ●N | ○Y ○N |
| 6. In the past 5 years have you flown as a pilot, student pilot, or crew member of an aircraft? | ○Y ●N | ○Y ○N |
| 7. In the past 10 years have you ever sought or received treatment, advice, or counseling for the use of alcohol? | ○Y ●N | ○Y ○N |
| 8. Have you ever sought or received treatment, advice, or counseling for the use of any narcotic, barbiturate, stimulant, amphetamine, hallucinogenic, street, or prescription drugs? Have you ever been arrested for the use or possession of such drug or are you currently using these drugs? | ○Y ●N | ○Y ○N |
| 9. Within the past 10 years have you made a claim or received benefits for disability or worker's compensation as a result of a sickness or injury? | ○Y ●N | ○Y ○N |
| 10. Within the past 7 years, have you filed for bankruptcy? | ○Y ●N | ○Y ○N |
| 11. (Only required when applying for HomeCertain term insurance) In the past 13 months have you contracted for a home mortgage, or refinanced an existing mortgage? If the answer is yes, please list the amount of the mortgage or refinancing, and the name and address of the lending institution. | ○Y ○N | ○Y ○N |

*Detail all Yes answers below (additional information may be required).*
*In addition, complete questionnaires for YES answers to Questions 2, 5, and 6.*

**Primary Insured**

Client earns 60,000 & wife earns $65,000 combined income $122,000

**Other Insured**

FIDELITY & GUARANTY LIFE INSURANCE COMPANY, Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY, Houston, Texas

# Life Insurance Application (page 5 of 8)

**PERSONAL PHYSICIAN INFORMATION – Primary Insured**

*(Provide full name, address, and phone number of personal physician. Please write "NONE" if primary insured does not have a personal physician.)*

Name                                                                    Date Last Seen

Judith Welch M.D.

Address

                                                                        Phone

Reason for Last Visit

Result of Last Visit

**PERSONAL PHYSICIAN INFORMATION – Other Insured**

*(Provide full name, address, and phone number of personal physician. Please write "NONE" if primary insured does not have a personal physician.)*

Name                                                                    Date Last Seen

Address

                                                                        Phone

Reason for Last Visit

Result of Last Visit

# Life Insurance Application (page 6 of 8)

## MEDICAL HISTORY QUESTIONS

| | Primary Insured | Other Insured |
|---|---|---|
| 1. Have you ever been treated for or diagnosed with: | | |
| a) Any heart disease, heart attack, chest pain, high blood pressure, high cholesterol, murmur, palpitations, or any other disorder of the heart or blood vessels? | ○ Y ● N | ○ Y ○ N |
| b) Any circulatory disease, stroke, TIA, aneurysm, or any other disorder of the veins or arteries? | ○ Y ● N | ○ Y ○ N |
| c) Any breathing or lung disorders, COPD, asthma, bronchitis, sleep apnea, or emphysema? | ○ Y ● N | ○ Y ○ N |
| d) Diabetes, disorder of the immune system, blood disorder, or disorder of the glands? | ○ Y ● N | ○ Y ○ N |
| e) Cancer, tumor, or cyst? | ○ Y ● N | ○ Y ○ N |
| f) Depression, anxiety, dementia, Alzheimer's, or any other mental or nervous disease or disorder? | ○ Y ● N | ○ Y ○ N |
| g) Hepatitis, gastritis, colitis, or any disease or disorder of the liver, stomach, pancreas, or intestines? | ○ Y ● N | ○ Y ○ N |
| h) Any disease or disorder of the kidneys, bladder, prostate, urinary, or reproductive systems? | ○ Y ● N | ○ Y ○ N |
| i) Arthritis or any disease or disorder of the muscles (to include strains or sprains), tendons, bones, spine, back, or joints? | ○ Y ● N | ○ Y ○ N |
| j) Any disease or disorder of the skin, eyes, or ears? | ○ Y ● N | ○ Y ○ N |
| k) Acquired Immune Deficiency Syndrome (AIDS), AIDS Related Complex (ARC), or positive test results indicating the presence of the AIDS virus? | ○ Y ● N | ○ Y ○ N |
| 2. Are you currently prescribed any medication? | ○ Y ● N | ○ Y ○ N |
| 3. Have you been prescribed medication in the past 5 years not previously mentioned? | ○ Y ● N | ○ Y ○ N |
| 4. In the past 10 years, have you: | | |
| a) Been hospitalized or had surgery? | ○ Y ● N | ○ Y ○ N |
| b) Had any electrocardiograms, x-rays, laboratory tests, treatments, or procedures? | ○ Y ● N | ○ Y ○ N |
| c) Been recommended to have any test, treatment, or surgery which has not been performed? | ○ Y ● N | ○ Y ○ N |
| d) Had any illness, disease, or injury that is not included in other answers? | ○ Y ● N | ○ Y ○ N |
| 5. Has any parent, brother, or sister died from or had any occurrence of cancer, heart disease, diabetes, or any hereditary disease prior to age 60? | ○ Y ● N | ○ Y ○ N |
| 6. Have you smoked cigarettes, pipes, or cigars, used snuff, chewed tobacco, or used any nicotine based product such as patch or gum? If yes, please detail the type(s) of tobacco product used and date of last use below. | ○ Y ● N | ○ Y ○ N |

*Detail all Yes answers (Include name of treating physician, diagnosis, date of diagnosis, and location of medical records)*

**Primary Insured**

_____

_____

_____

_____

_____

**Other Insured**

_____

_____

_____

_____

# Life Insurance Application (page 7 of 8)

## AUTHORIZATION

I have read the questions and answers on this application. The statements made in this application are: complete; true; and correctly recorded. I agree that: a copy of this application will form a part of any certificate/policy issued; and that no agent can pass on insurability or modify any certificate issued by the Insurer. I also agree that, except as provided in this application's Receipt, if issued, no insurance will take effect unless and until both of the following conditions are satisfied during each proposed insured's lifetime and while each proposed insured's health is as stated in this application: (1) this certificate/policy is delivered to and accepted by the Owner; and (2) the full initial premium for the mode of payment chosen is paid at our Home Office. I acknowledge that I have received, read and understand the notices required by: the Medical Information Bureau, Inc.; and the Federal Fair Credit Reporting Act regarding investigative consumer reports.

I authorize any licensed physician, medical practitioner, hospital, clinic, the Veterans Administration, laboratory or other medical or medically-related facility, the Medical Information Bureau, Inc., insurance companies, a consumer reporting agency, prescription records, Pharmacy Benefit Manager, and my employer to give to the Insurer, its reinsurers, or other designee, medical and other information which may be pertinent to the evaluation regarding me or any member of my family who is applying for life insurance.

I also authorize the Insurer to obtain an investigative consumer report on me or on any member of my family who is also applying for life insurance. I understand that I am entitled to be interviewed by any consumer reporting agency which may be requested to prepare such a report as long as I can reasonably be contacted during normal business hours. Check if interview requested: O

I understand that if my coverage includes the Accelerated Benefit Rider and I am later diagnosed with a terminal illness as defined in the rider, I may receive up to 50% of the certificate or policy's death benefit. Since I would receive a portion of my benefits early, the amount payable at the time of my death will be reduced. There is no premium charged for this rider. I understand that receipt of benefits may be taxable, and that the Insurer recommends consultation of a tax advisor prior to exercising this benefit.

I further understand that if I am purchasing a HomeCertain term life product, the mortgage information I supplied will be relied upon to determine my insurability for that product, in conjunction with my health information. As such, inaccurate information about my mortgage may result in a denial, rating, or rescission of my insurance coverage.

I authorize the Insurer and/or its reinsurer(s) to release information in my file to other insurance companies to which I may apply for life or health insurance coverage or to which a claim may be submitted.

This Authorization will be valid from the date signed for a period of 30 months; a photographic copy of this Authorization will be as valid as the original; I, or any of our representatives are entitled to receive a copy of this Authorization.

I understand that the information obtained by use of this authorization will be used to determine eligibility for insurance and/or benefits.

**Certification:** Under the penalties of perjury, I certify that my Social Security or Tax Identification Numbers provided on this form are true, correct and complete.

San Francisco, CA                    8/27/08                                    Sean K. Keel

Signed at (City and State) on (Date)

Signature of Primary Insured age 15 or more

Signature(s) of Additional Insured(s) age 15 or more

Signature of Owner(s) (if not the Primary Insured or if Primary Insured is less than age 18)

## AGENT CERTIFICATION

1) I have asked the questions contained in this application of the Insured(s) and Owner and duly recorded the answers; 2) to the best of my knowledge there is nothing affecting the insurability of any persons proposed for insurance as stated in this application; 3) if the initial premium was paid with the application, I have remitted it to the Insurer and delivered a Conditional Receipt to the Owner; 4) if Disclosure Statements are required by the state, I have given them to the applicant; 5) I have witnessed the signatures on this application.

**To the best of my knowledge, this application** O does replace ● does not replace existing life insurance or annuities.

If so, will this replacement be considered a 1035 Exchange?  O Yes  O No

Signature of Agent    Patrice A. Pfitzer                            Date  9-19-05

Print Agent's Name                              Agent Number

**Patrice Pfitzer**                                      000204836

Agent's Phone Number          Agent's Fax Number          Agent's Email Address

**(916) 932-3210**            **(916) 932-3269**          ppfitzer@familydirect.com

If Bank Representative:    Name of Financial Institution        Branch #        Employee #

FIDELITY & GUARANTY LIFE INSURANCE COMPANY, Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY, Houston, Texas