**EXHIBIT C**

# Fidelity & Guaranty Life Insurance Company
# Service Center

P.O. Box 81497
Lincoln, NE 68501-1497

## DELIVERY REQUIREMENT(S)
October 12, 2005

Policy Number: L0531119. Sean K Keel, the following requirements must be met within 30 days to activate your policy. If you have any questions feel free to call our Service Center at 1-888-513-8797.

**Policy is being issued with a quarterly premium of $378.30.**

**Need initial premium in the amount of $378.30.**