**EXHIBIT D**

**FIDELITY AND GUARANTY LIFE INSURANCE COMPANY**
P.O. Box 81497
Lincoln, NE 68501-1497
1 - 888 - 513 - 8797

November 3, 2005

Patrice Pfitzer
PO Box 127

Folsom CA 95763

**INTENT TO CLOSE NOTIFICATION**

Dear Patrice Pfitzer

This letter is to inform you that the following policy is in danger of closing as incomplete. We have conducted a thorough follow-up and to date find that the following requirement(s) are still unsatisfied:

Insured: Sean K Keel
File Number: L0531119
Agent: Patrice Pfitzer
Agent Number: 000204836
Requirements: Initial premium of $378.30

If the requirement(s) are not received within fifteen (15) days from the date of this notification, we will be forced to close our files as incomplete. Please note in addition, if this policy has a Mode of Payment as Monthly Bank Draft and the Draft Date is within the fifteen (15) days an additional premium will be required.

This information can be faxed to 1-402-328-4021 or mailed to:

Old Mutual Financial Network
PO Box 81497
Lincoln, NE 68501-81497.

**To ensure that our staff can utilize information promptly, please write the Policy Number and Insured's Social Security Number on all of the documentation faxed or mailed.** Should you have any questions concerning this case please contact us at the Lincoln Service Center at 1-888-513-8797, option 2.

Sincerely,
Policy Holder Services
Old Mutual Financial Network