**EXHIBIT E**

12/19/2005

SEAN K KEEL
1450 OAKDALE AVE
SAN FRANCISCO, CA 94124

Re:   Policy Number: L0531119
      Insured: SEAN K KEEL

Dear SEAN K KEEL:

We have been advised of your decision not to accept the life insurance policy recently issued to you. Accordingly, your policy has been cancelled.

We wish to thank you for your application and regret that the opportunity to serve your insurance needs did not present itself. If we can be of service to you in the future, please do not hesitate to contact us.

Sincerely,


BEL ALEMU
Customer Service

FGL332