**EXHIBIT F**

Account: L0531119

KEEL, SEAN K.
1450 OAKDALE AVE
SAN FRANCISCO, CA 94124-2726

MEMO: life insurance

Pay: THREE HUNDRED SEVENTY EIGHT AND 30/100 ......................

To
The
Order
Of

FIDELITY & GUARANTY LIFE INS
PO BOX 81497
ATTN: SERVICE CENTER
LINCOLN, NE 68501-1497

Please Direct Any Questions
To: (800) 275-5262
      Payment Processing Center
      P.O. Box 2994
      Phoenix, AZ 85062-2994

JPMORGAN CHASE BANK, N.A. 1031
DELAWARE, OH 43015

$378.30

56-1551/441                    0094848547

January 20, 2006

DOLLARS

$ ******378.30

REMITANCE VOID IF NOT CASHED WITHIN  90 DAYS

AUTHORIZED SIGNATURE

⑆0094848547⑆ ⑆044155441⑆ 10000103⑈