**EXHIBIT G**

**FIDELITY AND GUARANTY LIFE INSURANCE COMPANY SERVICE CENTER**
P.O. Box 81497
Lincoln, NE 68501-1497
1.888.513.8797

01/27/2006

SEAN K KEEL
1450 OAKDALE AVE
SAN FRANCISCO, CA 94124

Re:   Policy Number: L0531119

Dear SEAN K KEEL:

We are in receipt of your recent request to reopen the above referenced policy. We regret to inform you that your policy has been closed as incomplete due to outstanding requirements.

If it is your intent to reapply for coverage, please contact your agent so that a new application can be submitted on your behalf. If applicable, a refund will be mailed under separate cover.

If you have any questions, or require further assistance, please do not hesitate to contact our Policyholder Services Department at .

Sincerely,

KATHLEEN MCCOY
Retransaction Department

| DATE | ACCT. NO. | DESCRIPTION | DR. | CR. |
|---|---|---|---|---|
| 02/07/2006 | 220010 | POLICY SUSPENSE   L0531119 | 378.30 | |

No.   7465843   PD02

Please retain this portion for your records

Fidelity & Guaranty Life Insurance Company   PO Box 81497   Lincoln, NE  68501

🔒 THE FACE OF THIS DOCUMENT HAS A GREEN BACKGROUND-NOT A WHITE BACKGROUND, A TRUE WATERMARK AND VISIBLE FIBERS 🔒

**FIDELITY AND GUARANTY LIFE INSURANCE COMPANY**
P.O. Box 1137 Baltimore, MD 21203-1137

Bank of America
Northbrook, IL

No.   **7465843**

70-2328
719 CA

Void if Not Cashed Within 60 Days

Date:  February 07, 2006

$********378.30

Pay   Three Hundred Seventy-Eight and 30/100 ------------------------------------------------------------- Dollars

To The
Order Of    SEAN K KEEL
1450 OAKDALE AVE
SAN FRANCISCO, CA  94124

*John M. Vou[signature]*
Authorized Signature

⑈7465843⑈ ⑆071923284⑆   8765015791⑈