**EXHIBIT I**

STATE OF CALIFORNIA
DEPARTMENT OF INSURANCE
CONSUMER SERVICES AND MARKET CONDUCT BRANCH
RATING AND UNDERWRITING SERVICES BUREAU
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
www.insurance.ca.gov

STEVE POIZNER, *Insurance Commissioner*



June 11, 2007

RUSSELL LAWS
OM FINANCIAL LIFE INSURANCE COMPANY
421 S. 9TH STREET, SUITE 101
LINCOLN, NE 68501

**Received JUN 1 3 2007 Claims Dept**

Our File Number: RUS-6260995
Regarding: ROSA RIVERA-KEEL
           291 GUERRERO ST
           SAN FRANCISCO, CA 94103
Policy Number: L05311119
Type of Coverage: Individual Life
Insured: Sean Kenneth Keel

Dear MR. LAWS:

Your client/insured has requested our assistance. Here is the information we have been given: Mrs. Rivera-Keel contacted us regarding the issue of whether her husband's policy was in force on the date of his death, January 21, 2006.

Please confirm for the insured and for the Department whether the contract went into effect. If not, why not. If it did go into effect, when did it cancel and why?

The following information is needed:

1) complete narrative explanation of this insurance transaction
2) complete file documentation including copies of:
      -lapse notice
3) complete accounting breakdown
4) Mrs. Keel states that the agent advised her that the policy was in force when her husband died. Please obtain a written statement from the agent, advising what she advised the insured, when and under what circumstances.

The Department of Insurance is acting on the complainant's behalf and, therefore, per CCR 2694(a)(5), this complaint may be considered justified if you do not respond completely to this inquiry within 15 days. A complete response is defined as one that addresses all issues raised and includes copies of any documentation needed to support your position. We ask that you respond to the complainant and provide us a copy of that letter along with all requested documentation.

Once you have responded to this request, you may not hear from us again unless we need further information, we make a determination that the consumer's complaint is justified or we otherwise determine that there has been a violation of applicable law.

RUSSELL LAWS
June 11, 2007
Page 2 of 2

Information on this complaint may be made public as required by the California Insurance Code Section 12921.1(a)(5). Please verify for accuracy the type of coverage and the insuring company. Unless you advise us otherwise, this complaint will be coded to the insuring company and the type of coverage listed above. Thank you for your cooperation.

Sincerely,

Elizabeth Saenz
Senior Insurance Compliance Officer
Phone: 213-346-6531
Fax: 213-897-6971
Email: saenze@insurance.ca.gov

Please refer to our file number when corresponding with us.