**EXHIBIT J**

**OM FINANCIAL LIFE INSURANCE COMPANY SERVICE CENTER**
P.O. Box 81497
Lincoln, NE 68501-1497
1.888.513.8797

June 25, 2007

Ms. Elizabeth Saenz
State of California
Department of Insurance
Consumer Services and Market Conduct Branch
300 South Spring Street
Los Angeles CA 90013

RE: Your File Number: RUS-6260995
   Regarding: Rosa Rivera-Keel
      291 Guerrero St
      San Francisco CA 94103
   Policy Number: L0531119
   Type of Coverage: Individual Life
   Insured: Sean Kenneth Keel

Dear Ms. Saenz:

Your June 11, 2007 letter to Russell Laws of OM Financial Life Insurance Company regarding the status of Mr. Keel's policy has been referred to me for reply.

Our records indicate Mr. Keel applied for a $620,000 Twenty Year Level Term Life Insurance policy with an Accelerated Death Benefit rider and Return of Premium rider. The initial quarterly premium of $378.30 was due upon issuance of the policy. Enclosed is a copy of the Policy Delivery Requirement page which states that the following requirements must be met within 30 days to activate your policy. The policy was issued on October 10, 2005.

A telephone analysis was conducted with Mr. Keel due to his occupation as a construction worker. A motor vehicle report was also requested, due to information provided on his application. Enclosed are copies of the telephone analysis and the motor vehicle report.

A letter dated November 3, 2005 was sent to Ms. Patrice Pfitzer, indicating an Intent to Close notification. According to this notification, if the required initial premium of $378.30 was not received within 15 days the policy would close. Enclosed are copies of this notification letter sent to Mr. Keel and Ms. Pfitzer.

The required initial premium was not received from Mr. Keel and a letter was sent to him on December 19, 2005, indicating that the policy had been cancelled. A copy of this cancellation notification letter is enclosed.

The enclosed check in the amount of $378.30 was received in our Customer Service Department on January 25, 2006. Letters were sent to Mr. Keel and Ms. Pfitzer on January 27, 2006, stating that the policy had been closed due to outstanding premium requirements. A refund check was issued on February 7, 2006 in the amount of $378.30. A copy of this check is enclosed.

w w w . o m f n . c o m

Page Two

We attempted to contact the writing agent, Ms. Pfitzer, regarding your request for her statement. Enclosed is a letter sent from Mr. John Immodino, General Counsel at Family Direct, with whom Ms. Pfitzer worked. Mr. Immodino stated that Ms. Pfitzer no longer works for Family Direct. Mr. Immodino claimed that Ms. Rivera-Keel had already attempted to bring forth a lawsuit regarding Mr. Keel's life insurance policy. Mr. Immodino confirmed that the suit was voluntarily dismissed by Ms. Keel and her attorney. Enclosed is a copy of the court's dismissal.

A letter to our company from Ms. Rivera-Keel dated February 9, 2006 is enclosed. Ms. Rivera-Keel indicated that Mr. Keel's death occurred during the policy grace period. Enclosed is policy page 9, which indicates the following information about premium payments and the grace period:

"Premium payments: All premium payments must be paid on or before their due date; Must be made at our Home Office or any administrative office that we maintain; Must be in the currency of the United States of America; May be made by a currently dated check or money order made payable to Fidelity and Guaranty Life Insurance Company.

Before any insurance becomes effective, the first premium for each term must be paid while the insured is alive. We will issue a receipt upon request.

Grace Period: We will allow a 31 day grace period after the premium due date to pay each premium after the first. This certificate remains in effect during any grace period. If a premium is not paid by the end of that period, this certificate will terminate as of the premium due date This policy was cancelled effective December 19, 2005. The outstanding initial premium was received on January 25, 2006, after the policy was cancelled for non- payment. Therefore, there was no policy in effect at the time of Mr. Keel's death on January 21, 2006.

I trust this information and explanation is fully responsive to your inquiry. Please direct follow-up questions or correspondence to me at 421 S. 9th Street Suite 233 Lincoln, NE 68508. My fax number is 402-479-0154.

Sincerely,

*Christine Smith*

Christine Smith
Compliance

Enc.