**EXHIBIT K**

STATE OF CALIFORNIA                                                STEVE POIZNER, *Insurance Commissioner*
DEPARTMENT OF INSURANCE
CONSUMER SERVICES AND MARKET CONDUCT BRANCH
RATING AND UNDERWRITING SERVICES BUREAU
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
www.insurance.ca.gov



September 27, 2007

**Received**

OCT 0 2 2007

**Claims Dept**

RUSSELL LAWS
OM FINANCIAL LIFE INSURANCE COMPANY
421 S. 9TH STREET, SUITE 101
LINCOLN, NE 68501


Our File Number: RUS-6260995
Regarding: ROSA RIVERA-KEEL
           291 GUERRERO ST
           SAN FRANCISCO, CA 94103
Insured: Sean Kenneth Keel
Policy Number: L05311119
Type of Coverage: Individual Life


Dear MR. LAWS:

You and I have had a number of discussions on the telephone regarding this file. The insured had intended to set up the policy o automatic premium draft, and your company had all the information necessary to set up the drafts.

Because of an additional issue which I advised you of, and which you were not aware, concerning Mr. Keel's history, you had indicated that you were turning the entire issue of whether the policy was in force and whether it was voidable to your outside legal counsel.

To date, neither Mrs. Rivera-Keel nor I have heard from your legal counsel, advising what actions your company was taken. Could you provide a written update for us so that we will w=know where your company is on resolving this situation?

Sincerely,

Elizabeth Saenz
Senior Insurance Compliance Officer
Phone: 213-346-6531
Fax: 213-897-6971
Email: saenze@insurance.ca.gov

Please refer to our file number when corresponding with us.