**EXHIBIT L**



**OLD MUTUAL**
Financial Network

Old Mutual Financial Network
421 S. 9th Street
Lincoln, Nebraska 68501
PH   1.866.702.2194
FX   402.479.0198

OM FINANCIAL LIFE INSURANCE COMPANY
OM FINANCIAL LIFE INSURANCE COMPANY OF NEW YORK

October 16, 2007

Elizabeth Saenz
California Dept. of Insurance
300 South Spring Street
Los Angeles, CA 90013


File #      RUS-6260995
Policy:     L0531119
Insured:    Sean Keel

Dear Ms. Saenz:

I am writing in response to your letter dated September 27, 2007.

We have filed for court intervention in this matter. The case is OM Financial Life Insurance Company v. Rosa Rivera Keel, et al. The case number is 3:07-cv-04723-MHP.

If you should have any questions, feel free to contact our office at 1-866-702-2194.

Sincerely,



Russell H. Laws
Assistant Vice-President, Claims & Compliance
OM Financial Life Insurance Company




www.omfn.com

Old Mutual Financial Network is the marketing name for OM Financial Life Insurance Company (Home Office, Baltimore, MD);
and OM Financial Life Insurance Company of New York (Home Office, Purchase, NY).