FRANK S. MOORE, SBN 158029
Law Offices of Frank S. Moore, APC
SUZY C. MOORE, SBN 151502
Law Offices of Suzy C. Moore
1374 Pacific Avenue
San Francisco, California 94109
Telephone:   (415) 292-6091
Facsimile:    (415) 292-6694

Attorneys for Defendant
ROSA RIVERA KEEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| OM FINANCIAL SERVICES COMPANY, | ) | No. C07-04723 MHP |
|---|---|---|
| Plaintiff, | ) ) ) | **DECLARATION OF ROSA RIVERA KEEL IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE** |
| vs. | ) ) | |
| ROSA RIVERA KEEL AND DOES 1 through 10, INCLUSIVE, | ) ) ) | [Cal. Code of Civ.Proc., 425.16] |
| Defendant. | ) ) / | Date: January 14, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 15, 18th Floor |

Honorable Marilyn Hall Patel

---

*OM FINANCIAL SERVICES COMPANY v. ROSA RIVERA KEEL, et al.*                                                                 Case No. C07-04723 MHP
DECLARATION OF ROSA RIVERA KEEL IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO
SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE                                                                                              1

I, ROSA RIVERA KEEL, hereby declare:

1. I am the defendant named in this action. I have personal knowledge of the matters stated herein. If called as a witness, I could testify truthfully to the matters stated herein. I make this declaration in support of my Reply to Plaintiff's Opposition to the Special Motion to Strike the Complaint Pursuant to California's Anti-SLAPP Statute.

2. The check attached as Exhibit "F" to the Declaration of Russell Laws filed in support of plaintiff's opposition to the special motion to strike does not bear my signature nor my deceased husband, Sean Keel. The signature appears to be that of a bank officer who had the authority to issue the check after I arranged for electronic payment of the $378.30 initial premium.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge. Executed at San Francisco, California on December 26, 2007.

*[signature]*
Rosa Rivera Keel

**PROOF OF SERVICE**

I, the undersigned, declare as follows:

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 135 Belvedere Street, San Francisco, California 94117.

On the date set forth below, I served the document(s) entitled:

**DECLARATION OF ROSA RIVERA KEEL IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE**

on the parties in this action as follows:

MANATT, PHELPS & PHILLIPS, LLP
HENRY C. WANG
CHARLES GOMEZ
11355 West Olympic Boulevard
Los Angeles, CA 9006-1614

__X__ [BY MAIL] I placed the above document(s) in an envelope which was sealed, with postage thereon fully prepaid, and placed in the United States mail in San Francisco, California. I am "readily familiar" with the practice of The Law Offices of Frank S. Moore for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

____ [VIA FACSIMILE] I transmitted the above-named documents (without attachments) at approximately __:__ _.m. on _____, via facsimile number (415) 292-6091 to (310) 312-4224. The facsimile machine I used conveyed no error in the transmission. The transmission report was properly issued by the transmitting facsimile machine.

____ [VIA FEDERAL EXPRESS] I am "readily familiar" with the practice of The Law Offices of William L. Osterhoudt for collection and processing of correspondence for deposit with Federal Express for overnight delivery service. Correspondence for collection and processing is either delivered to a courier or driver authorized by Federal Express to receive documents or deposited by an employee or agent of this firm in a box or facility regularly maintained by Federal Express that same day in the ordinary course of business.

____ [VIA HAND DELIVERY BY EXPRESS COURIER] I am "readily familiar" with the practice of The Law Offices of William L. Osterhoudt for collection and processing of documents that are hand delivered via courier (Silver Bullet Delivery) and I cause the above document(s) to be delivered to Silver Bullet Delivery which in turn hand delivered the above document(s) to counsel at the address listed above on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: December 28, 2007     /s/ signature on file
                              Frank S. Moore