UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

Date: January 14,2008

Case No.   C 07-4723  MHP              Judge: MARILYN H. PATEL

Title: OM FINANCIAL SERVICES COMPANY -v- ROSE RIVERA KEEL

Attorneys:  Plf: Henry Wang
            Dft: Frank Moore

Deputy Clerk:  Anthony Bowser   Court Reporter: Margo Gurule

**PROCEEDINGS**

1)   Defendant's Motion to Strike

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Court to issue order.