1 | FRANK S. MOORE (Bar No. CA 158029)
Law Offices of Frank S. Moore, APC
2 | SUZY C. MOORE (Bar No. CA 151502)
Law Offices of Suzy C. Moore
3 | 1374 Pacific Avenue
San Francisco, California 94109
4 | Telephone:    (415) 292-6091
Facsimile:    (415) 292-6694
5 |
*Attorneys for Defendant*
6 | ROSA RIVERA KEEL

7 | REED SMITH LLP
HENRY C. WANG (Bar No. CA 196537)
8 | hwang@reedsmith.com
MARK J. WAKIM (Bar No. CA 253408)
9 | mwakim@reedsmith.com
355 South Grand Avenue, Suite 2900
10 | Los Angeles, CA 90071
Telephone: (213) 457-8000
11 | Facsimile: (213) 457-8080

12 | *Attorneys for Plaintiff*
OM FINANCIAL LIFE INSURANCE
13 | COMPANY, formerly known as Fidelity and
Guaranty Life Insurance Company
14 |

15 | IN THE UNITED STATES DISTRICT COURT

16 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

17 | OM FINANCIAL SERVICES COMPANY,    )    No. C07-04723 MHP
                                    )
18 |                                 )    **STIPULATION EXTENDING TIME FOR**
         Plaintiff,                  )    **DEFENDANT ROSA RIVERA KEEL TO**
19 |                                 )    **FILE RESPONSIVE PLEADINGS TO**
         vs.                         )    **PLAINTIFF'S COMPLAINT**
20 |                                 )
ROSA RIVERA KEEL AND DOES 1 through  )    Case Filed: September 13, 2007
21 | 10, INCLUSIVE,                  )    Trial Date: TBD
                                    )
22 |                                 )
         Defendant.                  )
23 | _____/

24
25
26
27
28

---

*OM FINANCIAL SERVICES COMPANY v. ROSA RIVERA KEEL, et al.*    Case No. C07-04723 MHP
STIPULATION EXTENDING TIME FOR DEFENDANT ROSA RIVERA KEEL TO FILE
RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT    1

1  IT IS HEREBY STIPULATED AND AGREED by and between defendant Rosa Rivera Keel
by and through her counsel of record, and plaintiff OM Financial Life Insurance Company
("Plaintiff'), by and through its counsel of record, that Rosa Rivera Keel may file responsive
pleadings to Plaintiff's complaint by February 29, 2008.

Dated: February 14, 2008                Respectfully submitted,


                                By:   /s/ signature on file
                                      Frank S. Moore
                                      Attorney for defendant Rosa Rivera Keel


Dated: February 19, 2008                Respectfully submitted,



                                By:   /s/ signature on file
                                      Henry C. Wang
                                      Attorney for Plaintiff OM FINANCIAL LIFE
                                      INSURANCE COMPANY, formerly known as
                                      Fidelity and Guaranty Life Insurance Company



*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Frank S. Moore hereby attests that concurrence in the filing of this document has been obtained.*

**PROOF OF SERVICE**

I, the undersigned, declare as follows:

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 1374 Pacific Avenue, San Francisco, California 94109.

On the date set forth below, I served the document(s) entitled:

**STIPULATION EXTENDING TIME FOR DEFENDANT ROSA RIVERA KEEL TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT**

on the parties in this action as follows:

REED SMITH LLP
HENRY C. WANG
MARK J. WAKIM
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

__X__ [BY MAIL] I placed the above document(s) in an envelope which was sealed, with postage thereon fully prepaid, and placed in the United States mail in San Francisco, California. I am "readily familiar" with the practice of The Law Offices of Frank S. Moore for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

_____ [VIA FACSIMILE] I transmitted the above-named documents (without attachments) at approximately __:__ _.m. on _____, via facsimile number (415) 292-6091 to (310) 312-4224. The facsimile machine I used conveyed no error in the transmission. The transmission report was properly issued by the transmitting facsimile machine.

_____ [VIA FEDERAL EXPRESS] I am "readily familiar" with the practice of The Law Offices of William L. Osterhoudt for collection and processing of correspondence for deposit with Federal Express for overnight delivery service. Correspondence for collection and processing is either delivered to a courier or driver authorized by Federal Express to receive documents or deposited by an employee or agent of this firm in a box or facility regularly maintained by Federal Express that same day in the ordinary course of business.

_____ [VIA HAND DELIVERY BY EXPRESS COURIER] I am "readily familiar" with the practice of The Law Offices of William L. Osterhoudt for collection and processing of documents that are hand delivered via courier (Silver Bullet Delivery) and I cause the above document(s) to be delivered to Silver Bullet Delivery which in turn hand delivered the above document(s) to counsel at the address listed above on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: February 19, 2008           /s/ signature on file
                                   Frank S. Moore

---

*OM FINANCIAL SERVICES COMPANY v. ROSA RIVERA KEEL, et al.*                    Case No. C07-04723 MHP
STIPULATION EXTENDING TIME FOR DEFENDANT ROSA RIVERA KEEL TO FILE
RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT                                                    3