# Exhibit A

# Paramedical Supplement to Application

**Insurer**

☒ Fidelity and Guaranty Life Insurance Company    ○ Americom Life and Annuity Insurance Company

**Insured**

First Name: Sean    Middle Initial: R    Last Name: Keef

Birth Date: 06-14-71    Birth Place: CA

**Medical History Questions**

| | | Y | N |
|---|---|---|---|
| 1. | Have you ever been treated for or diagnosed with: | | |
| a) | Any heart disease, heart attack, chest pain, high blood pressure, high cholesterol, murmur, palpitations, or any other disorder of the heart or blood vessels? | ○ | ☒ |
| b) | Any circulatory disease, stroke, TIA, aneurysm, or any other disorder of the veins or arteries? | ○ | ☒ |
| c) | Any breathing or lung disorder, COPD, asthma, bronchitis, sleep apnea, or emphysema? | ○ | ☒ |
| d) | Diabetes, disorder of the immune system, blood disorder, or disorder of the glands? | ○ | ☒ |
| e) | Cancer, tumor, or cysts? | ○ | ☒ |
| f) | Depression, anxiety, dementia, Alzheimer's, or any other mental or nervous disease or disorder? | ○ | ☒ |
| g) | Hepatitis, gastritis, colitis, or any disease or disorder of the liver, stomach, pancreas, or intestines? | ○ | ☒ |
| h) | Any disease or disorder of the kidneys, bladder, prostate, urinary, or reproductive systems? | ○ | ☒ |
| i) | Arthritis or any disease or disorder of the muscles (to include strains or sprains), tendons, bones, spine, back, or joints? | ○ | ☒ |
| j) | Any disease or disorder of the skin, eyes, or ears? | ○ | ☒ |
| k) | Acquired Immune Deficiency Syndrome (AIDS), AIDS related Complex (ARC) or positive test results indicating the presence of the AIDS virus? | ○ | ☒ |
| 2. | Are you currently prescribed any medication? | ○ | ☒ |
| 3. | Have you been prescribed medication in the past 5 years not previously mentioned? | ○ | ☒ |
| 4. | In the past 10 years, have you: | | |
| a) | Been hospitalized or had surgery? | ○ | ☒ |
| b) | Had any electrocardiograms, x-rays, laboratory tests, treatment, or surgery, or been advised to and not done so? | ○ | ☒ |
| c) | Been recommended to have any test, treatment, or surgery, which has not been performed? | ○ | ☒ |
| d) | Had any illness, disease, or injury that is not included in other answers? | ○ | ☒ |
| 5. | Has any parent, brother, or sister died from or had any occurrence of cancer, heart disease, diabetes, or any hereditary disease prior to age 60? | ○ | ☒ |
| 6. | Have you smoked cigarettes, pipes, or cigars, used snuff, chewed tobacco, or used any nicotine-based products such as the patch, or gum? If yes, please detail the type(s) of tobacco product used and date of last use below. | ○ | ☒ |
| 7. | In the past 10 years, have you sought or received treatment, advice, or counselling for the use of alcohol? | ○ | ☒ |
| 8. | Have you ever sought or received treatment, advice, or counseling for the use of any narcotic, barbiturate, stimulant, amphetamine, hallucinogenic, street, or prescription drugs? Have you ever been arrested for the use or possession of such drug or are you currently using these drugs? | ○ | ☒ |
| 9. | Within the past 10 years, have you made a claim or received benefits for disability or worker's compensation as a result of a sickness or injury? | ○ | ☒ |

CONTINUED

Fidelity and Guaranty Life Insurance Company  Baltimore, MD  •  Americom Life and Annuity Insurance Company  Frankfort, IN

## Paramedical Supplement to Application - Continued

10. Personal Physician's Name and Address: Judith Walsh   2356 Sutter
    San Francisco, CA 94115

    Date and Reason Last Consulted: about 1 yr ago - Routine
    check up - well

    What treatment was given or medication prescribed? None

11. Give details of "Yes" answers. State question number and include where appropriate: diagnosis, date, duration, names and addresses of all attending physicians and medical facilities: ____

I have read the questions and answered on this Paramedical Supplement to Application. The statements made herein are complete, true and correctly recorded.

I agree that: a copy of this Paramedical Supplement to Application will form a part of any policy or certificate issued, and that no agent or medical examiner can pass upon insurability or modify any policy or certificate issued by the Company.

Signed at (City and State) on (Date): San Francisco, CA   2-27-05

Witness (Medical Examiner): (Ileana Gutierrez)

Signature of Proposed Insured age 15 or more; otherwise Parent or Legal Guardian of Proposed Insured

Fidelity and Guaranty Life Insurance Company, Baltimore, MD   American Life and Annuity Insurance Company, Houston, TX
ADMIN 2449 (05-2003)

# Life Insurance Application (page 1 of 8)

FAMILY DIRECT INSURANCE SERVICES

## INSURER

- ● Fidelity & Guaranty Life Insurance Company
- ○ Americom Life & Annu

L0531119

## PRIMARY INSURED

**Name (First, M.I., Last)**
Sean K. Keel

**Home Address**
1450 Oakdale Avenue   San Francisco, CA 94124

**Social Security No.** 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
**Sex:** M
**Marital Status:** Married
**Date of Birth:** 06-14-71
**Place of Birth:** CA
**Height (ft., in.):** 5' 10"
**Weight (lbs.):** 200

**Currently Employed?** ● Yes ○ No
**Occupation and Duties:** Construction
**Place of Employment:** Pacific Erectors
**Years w/ Current Employer:** 5

**Earned Annual Income (from last year's W-2):** 60000
**Drivers License Number and Issue State:** A6215539   CA

**Daytime Phone:** 415 671-0162
**Evening Phone:** 415 368-8034
**Best Time to Call:** 2:00 pm
**Email Address:**

## OTHER INSURED

**Name (First, M.I., Last):**
**Relationship to Primary Insured:**
**Home Address:**
**Social Security No.:**
**Sex:**
**Marital Status:**
**Date of Birth:**
**Place of Birth:**
**Height (ft., in.):**
**Weight (lbs.):**
**Currently Employed?** ○ Yes ○ No
**Occupation and Duties:**
**Place of Employment:**
**Years w/ Current Employer:**
**Earned Annual Income (from last year's W-2):**
**Drivers License Number and Issue State:**
**Daytime Phone:**
**Evening Phone:**
**Best Time to Call:**
**Email Address:**

## OWNER(S)
(UNLESS OTHERWISE NOTED, THE OWNER WILL BE THE PRIMARY INSURED.)

**Name (First, M.I., Last):**
**Relationship to Primary Insured:**
**Home Address:**
**Home Phone:**
**Email Address:**
**Birth Date:**
**Social Security No. or Tax I.D. No.:**

## BENEFICIARY DESIGNATION - Primary Insured Coverage
FOR EACH BENEFICIARY, LIST FULL NAME, RELATIONSHIP TO PRIMARY INSURED AND % SHARE.

| Primary Beneficiary(ies) | % | Contingent Beneficiary(ies) | % |
|---|---|---|---|
| Rosa Rivera-Keel, Spouse | | All surviving children of insured equal shares | |

## BENEFICIARY DESIGNATION - Other Insured Coverage
Unless otherwise noted in the Additional Information section, the beneficiary of other persons proposed for coverage will be the Primary Insured.

FIDELITY & GUARANTY LIFE INSURANCE COMPANY Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY, Houston, Texas

ADMIN 4952 (04-2003)   FDIS Reg# 05-998-04847

# Life Insurance Application (page 2 of 8)

## POLICY/CERTIFICATE INFORMATION

**Product Name:** Sav Select Term 20/20 ROP
**Amount of Insurance:** $620,000
**Initial Premium:** $
☒ Nontobacco  ☐ Tobacco

**TERM:** ☒ Level  ☐ Decreasing
**Term Period (Number of Years):** 20
**Premium Guarantee Period:** 20

**UNIVERSAL LIFE:** ☐ Level  ☐ Increasing
**Planned Premium:** $
**Initial Allocation Percentage (for equity-indexed UL products only)**
Equity Indexed Interest Option ____% Fixed Interest Option ____%

**Mode of Payment** (For bank draft, complete Bank Draft Plan authorization, and initial payment required.)
☐ Annual   ☒ Quarterly         ☐ Bi-Weekly Bank Draft
☐ Semi-Annual  ☐ Monthly Bank Draft   ☐ Other ____

**Payment in Exchange for Conditional Receipt:** $ 0

Credit Card (See Instructions Page for current company practice)   Account Number   Expiration Date   Signature to Authorize Credit Card Charge
☐ Visa  ☐ Mastercard

(No coverage will be effective except in accordance with the terms of the Receipt and unless full initial modal premium payment is submitted.)

## ADDITIONAL BENEFITS – Primary Insured
(Not all riders are available with all products or in all states)

☐ Accelerated Benefit Rider

☐ Accidental Death Benefit Rider   Amount: $

☐ Critical Illness Rider   Amount: $   *Supplemental questionnaire required.*

☐ Disability Income Rider
Class: ____
Monthly Payout: $ ____
☐ 3 month elimination, 2 year benefit
☐ 6 month elimination, 5 year benefit

☒ Return of Premium Rider

☐ Ultimate Income Option Rider   *Illustration required.*
Initial Lump Sum: $
Monthly Income of: $
for ____ years.
Final Lump Sum: $

☐ Waiver of Monthly Deduction Rider (UL only)

☐ Waiver of Premium Rider (Term only)

☐ Child Rider   Amount: $   *Supplemental questionnaire required.*

☐ Other: ____

FIDELITY & GUARANTY LIFE INSURANCE COMPANY, Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY, Houston, Texas

# Life Insurance Application (page 3 of 8)

## OTHER INSURED BENEFITS
(Not all riders are available with all products or in all states)

○ Other Insured/Dependent Rider    Amount: $ _____    For term products, term period must match base policy term period.
Term Period: _____ yrs.

○ Disability Income Rider    Class: _____
Monthly Payout: $ _____
○ 3 month elimination, 2 year benefit
○ 6 month elimination, 5 year benefit

○ Other: _____

## EXISTING INSURANCE
List existing, personal and business life insurance, disability income, annuity, and long term care coverage. Write NONE if there is no coverage.

| Insurance Company | Policy Type | Policy # | Life Insurance or Disability Income Amount | ADB Amount | Year Issued |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

|   | Primary Insured | Other Insured |
|---|---|---|
| 1. Will this policy/certificate, if issued, replace, or change any existing life insurance or annuity? If "Yes", circle which policy/certificate(s) listed above are to be replaced or changed. Amount being replaced $ _____ | ○ Y ● N | ○ Y ○ N |
| 2. Is any other insurance application pending? (If yes, provide details): _____ | ○ Y ● N | ○ Y ○ N |
| 3. Have you had any insurance application declined, postponed, rated, modified, or refused for reinstatement? (If yes, provide details): _____ | ○ Y ● N | ○ Y ○ N |

FIDELITY & GUARANTY LIFE INSURANCE COMPANY, Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY, Houston, Texas

# Life Insurance Application (page 4 of 8)

## PERSONAL HISTORY QUESTIONS

| # | Question | Primary Insured | Other Insured |
|---|---|---|---|
| 1. | Are you a citizen of the United States? If "No", what is your citizenship? Immigration status? Type of visa? | ●Y ○N | ○Y ○N |
| 2. | Have you traveled or resided outside the United States or Canada within the past 2 years or plan to do so within the next 2 years? | ○Y ●N | ○Y ○N |
| 3. | Have you been convicted of a felony or are currently on parole for any offense? | ○Y ●N | ○Y ○N |
| 4. | In the past 10 years have you been convicted of DWI/DUI? In the past 5 years have you had any speeding tickets or other driving violations? | ○Y ●N | ○Y ○N |
| 5. | In the past 5 years have you participated in ballooning, bungee jumping, cliff diving, hang gliding, motorized racing, parachuting, mountain or rock climbing, skin or scuba diving, or any similar avocation? | ○Y ●N | ○Y ○N |
| 6. | In the past 5 years have you flown as a pilot, student pilot, or crew member of an aircraft? | ○Y ●N | ○Y ○N |
| 7. | In the past 10 years have you ever sought or received treatment, advice, or counseling for the use of alcohol? | ○Y ●N | ○Y ○N |
| 8. | Have you ever sought or received treatment, advice, or counseling for the use of any narcotic, barbiturate, stimulant, amphetamine, hallucinogenic, street, or prescription drugs? Have you ever been arrested for the use or possession of such drug or are you currently using these drugs? | ○Y ●N | ○Y ○N |
| 9. | Within the past 10 years have you made a claim or received benefits for disability or worker's compensation as a result of a sickness or injury? | ○Y ●N | ○Y ○N |
| 10. | Within the past 7 years, have you filed for bankruptcy? | ○Y ●N | ○Y ○N |
| 11. | (Only required when applying for HomeCertain term insurance) In the past 13 months have you contracted for a home mortgage, or refinanced an existing mortgage? If the answer is yes, please list the amount of the mortgage or refinancing, and the name and address of the lending institution. | ○Y ○N | ○Y ○N |

Detail all Yes answers below (additional information may be required).
In addition, complete questionnaires for YES answers to Questions 2, 5, and 6.

**Primary Insured**

Client earns 60,000 & wife earns $65,000 combined income $122,000

**Other Insured**

FIDELITY & GUARANTY LIFE INSURANCE COMPANY Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY Houston, Texas

# Life Insurance Application (page 5 of 8)

## PERSONAL PHYSICIAN INFORMATION – Primary Insured

*(Provide full name, address, and phone number of personal physician. Please write "NONE" if primary insured does not have a personal physician.)*

**Name:** Judith Welch M.D.

**Date Last Seen:**

**Address:**

**Phone:**

**Reason for Last Visit:**

**Result of Last Visit:**

## PERSONAL PHYSICIAN INFORMATION – Other Insured

*(Provide full name, address, and phone number of personal physician. Please write "NONE" if primary insured does not have a personal physician.)*

**Name:**

**Date Last Seen:**

**Address:**

**Phone:**

**Reason for Last Visit:**

**Result of Last Visit:**

FIDELITY & GUARANTY LIFE INSURANCE COMPANY, Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY, Houston, Texas

# Life Insurance Application (page 6 of 8)

## MEDICAL HISTORY QUESTIONS

| | Primary Insured | Other Insured |
|---|---|---|
| 1. Have you ever been treated for or diagnosed with: | | |
| a) Any heart disease, heart attack, chest pain, high blood pressure, high cholesterol, murmur, palpitations, or any other disorder of the heart or blood vessels? | ◯Y ●N | ◯Y ◯N |
| b) Any circulatory disease, stroke, TIA, aneurysm, or any other disorder of the veins or arteries? | ◯Y ●N | ◯Y ◯N |
| c) Any breathing or lung disorders, COPD, asthma, bronchitis, sleep apnea, or emphysema? | ◯Y ●N | ◯Y ◯N |
| d) Diabetes, disorder of the immune system, blood disorder, or disorder of the glands? | ◯Y ●N | ◯Y ◯N |
| e) Cancer, tumor, or cyst? | ◯Y ●N | ◯Y ◯N |
| f) Depression, anxiety, dementia, Alzheimer's, or any other mental or nervous disease or disorder? | ◯Y ●N | ◯Y ◯N |
| g) Hepatitis, gastritis, colitis, or any disease or disorder of the liver, stomach, pancreas, or intestines? | ◯Y ●N | ◯Y ◯N |
| h) Any disease or disorder of the kidneys, bladder, prostate, urinary, or reproductive systems? | ◯Y ●N | ◯Y ◯N |
| i) Arthritis or any disease or disorder of the muscles (to include strains or sprains), tendons, bones, spine, back, or joints? | ◯Y ●N | ◯Y ◯N |
| j) Any disease or disorder of the skin, eyes, or ears? | ◯Y ●N | ◯Y ◯N |
| k) Acquired Immune Deficiency Syndrome (AIDS), AIDS Related Complex (ARC), or positive test results indicating the presence of the AIDS virus? | ◯Y ●N | ◯Y ◯N |
| 2. Are you currently prescribed any medication? | ◯Y ●N | ◯Y ◯N |
| 3. Have you been prescribed medication in the past 5 years not previously mentioned? | ◯Y ●N | ◯Y ◯N |
| 4. In the past 10 years, have you: | | |
| a) Been hospitalized or had surgery? | ◯Y ●N | ◯Y ◯N |
| b) Had any electrocardiograms, x-rays, laboratory tests, treatments, or procedures? | ◯Y ●N | ◯Y ◯N |
| c) Been recommended to have any test, treatment, or surgery which has not been performed? | ◯Y ●N | ◯Y ◯N |
| d) Had any illness, disease, or injury that is not included in other answers? | ◯Y ●N | ◯Y ◯N |
| 5. Has any parent, brother, or sister died from or had any occurrence of cancer, heart disease, diabetes, or any hereditary disease prior to age 60? | ◯Y ●N | ◯Y ◯N |
| 6. Have you smoked cigarettes, pipes, or cigars, used snuff, chewed tobacco, or used any nicotine based product such as patch or gum? If yes, please detail the type(s) of tobacco product used and date of last use below. | ◯Y ●N | ◯Y ◯N |

*Detail all Yes answers (include name of treating physician, diagnosis, date of diagnosis, and location of medical records)*

**Primary Insured**

**Other Insured**

FIDELITY & GUARANTY LIFE INSURANCE COMPANY, Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY, Houston, Texas

# Life Insurance Application (page 7 of 8)

## AUTHORIZATION

I have read the questions and answers on this application. The statements made in this application are: complete; true; and correctly recorded. I agree that: a copy of this application will form a part of any certificate/policy issued; and that no agent can pass on insurability or modify any certificate issued by the Insurer. I also agree that, except as provided in this application's Receipt, if issued, no insurance will take effect unless and until both of the following conditions are satisfied during each proposed insured's lifetime and while each proposed insured's health is as stated in this application: (1) this certificate/policy is delivered to and accepted by the Owner; and (2) the full initial premium for the mode of payment chosen is paid at our Home Office.

I acknowledge that I have received, read and understand the notices required by: the Medical Information Bureau, Inc.; and the Federal Fair Credit Reporting Act regarding investigative consumer reports.

I authorize any licensed physician, medical practitioner, hospital, clinic, the Veterans Administration, laboratory or other medical or medically-related facility, the Medical Information Bureau, Inc., insurance companies, a consumer reporting agency, prescription records, Pharmacy Benefit Manager, and my employer to give to the Insurer, its reinsurers, or other designee, medical and other information which may be pertinent to the evaluation regarding me or any member of my family who is applying for life insurance.

I also authorize the Insurer to obtain an investigative consumer report on me or on any member of my family who is also applying for life insurance. I understand that I am entitled to be interviewed by any consumer reporting agency which may be requested to prepare such a report as long as I can reasonably be contacted during normal business hours. Check if interview requested: ○

I understand that if my coverage includes the Accelerated Benefit Rider and I am later diagnosed with a terminal illness as defined in the rider, I may receive up to 50% of the certificate or policy's death benefit. Since I would receive a portion of my benefits early, the amount payable at the time of my death will be reduced. There is no premium charged for this rider. I understand that receipt of benefits may be taxable, and that the Insurer recommends consultation of a tax advisor prior to exercising this benefit.

I further understand that if I am purchasing a HomeCertain term life product, the mortgage information I supplied will be relied upon to determine my insurability for that product, in conjunction with my health information. As such, inaccurate information about my mortgage may result in a denial, rating, or rescission of my insurance coverage.

I authorize the Insurer and/or its reinsurer(s) to release information in my file to other insurance companies to which I may apply for life or health insurance coverage or to which a claim may be submitted.

This Authorization will be valid from the date signed for a period of 30 months; a photographic copy of this Authorization will be as valid as the original; I, or any of our representatives are entitled to receive a copy of this Authorization.

I understand that the information obtained by use of this authorization will be used to determine eligibility for insurance and/or benefits.

Certification: Under the penalties of perjury, I certify that my Social Security or Tax Identification Numbers provided on this form are true, correct and complete.

Signed at (City and State): San Francisco, CA
(Date): 9/27/05

Signature of Primary Insured age 15 or more: Sean K. Keel

Signature(s) of Additional Insured(s) age 15 or more: _____

Signature of Owner(s) (if not the Primary Insured or if Primary Insured is less than age 18): _____

## AGENT CERTIFICATION

1) I have asked the questions contained in this application of the Insured(s) and Owner and duly recorded the answers; 2) to the best of my knowledge there is nothing affecting the insurability of any persons proposed for insurance as stated in this application; 3) if the initial premium was paid with the application, I have remitted it to the Insurer and delivered a Conditional Receipt to the Owner; 4) if Disclosure Statements are required by the state, I have given them to the applicant; 5) I have witnessed the signatures on this application.

To the best of my knowledge, this application ○ does replace ● does not replace existing life insurance or annuities.
If so, will this replacement be considered a 1035 Exchange? ○ Yes ○ No

Signature of Agent: Patrice A Pfitzer
Date: 9-19-05

Print Agent's Name: Patrice Pfitzer
Agent Number: 000204836

Agent's Phone Number: (916) 932-3210
Agent's Fax Number: (916) 932-3269
Agent's Email Address: ppfitzer@familydirect.com

If Bank Representative: Name of Financial Institution: _____   Branch #: _____   Employee #: _____

FIDELITY & GUARANTY LIFE INSURANCE COMPANY, Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY, Houston, Texas