# Exhibit B

# *FamilyDirect*
### INSURANCE SERVICES, INC.

Sean K. Keel
1450 Oakdale Avenue
San Francisco, CA 94124

Dear Mr. Keel:

Your application has been received. Thank you for your participation. Please note that your check for the initial premium was not included with your materials. **YOUR APPLICATION CANNOT BE PROCESSED UNTIL YOUR PREMIUM CHECK HAS BEEN RECEIVED.** Please select a plan from below:

## MONTHLY PAYMENT SYSTEM

Your premium can be automatically withdrawn from your checking account each month. The monthly premium is only $97.47. If you want to utilize this system, please do the following:

1) Sign the enclosed authorization where indicated by the "**X**", and highlighted in yellow.

2) Write "**VOID**" on a check from your checking account and return it with your signed authorization.

3) Write a check payable to "**F&G 20/20 ROP**" for **$97.47.** This will pay for the first month after the policy is issued. Future payments will be drawn from your checking account.

## OTHER PREMIUM MODES

If you prefer to be billed directly at your home, you may pay premiums on either a quarterly, semiannual, or an annual premium mode. The respective amounts are:

**Quarterly: $281.58**     **Semi-annual: $552.33**     **Annual: $1083.00**

If you choose one of these direct payment modes, please enclose a check made payable to "**F&G 20/20 ROP**" for the amount representing the mode you've chosen. All future premium notices will be sent to your home.

**TO ASSIST IN ASSURING YOUR PARTICIPATION AT THE LOW RATES YOU'VE BEEN QUOTED, AND TO FACILITATE THE PROCESSING OF YOUR POLICY, YOU ARE ENCOURAGED TO RETURN THE ABOVE REQUIREMENTS IN THE ENCLOSED ENVELOPE TODAY.** As always, if you should need assistance, please feel free to call me at 1-800-259-3430 ext.121. **Thank you.**

Sincerely,
Patrice Pfitzer
Family Direct Insurance Services, Inc.