# Exhibit D



October 19, 2005

Sean K. Keel
1450 Oakdale Avenue
San Francisco, CA 94124


Dear Mr. Keel:

Please find your new policy attached. This **sensible and economical** coverage can be used to **pay off your $620,000 mortgage if you die.** It provides **quality protection** for your family - **affordability** and **peace of mind** for you.


<u>**Please make a record of the following information:**</u>
Your policy number is:L0531119
Your policy date is:10/10/2005
The coverage amount is:$620,000
The current quarterly premium is:$378.30


We at Family Direct consider our greatest strength to be our people. Because we have families, just like you, we know you need good service and value. If you should have questions or need service, **please call us**. You'll find us to be friendly and helpful. **<u>Thank you</u>.**


Very Truly Yours,
**Patrice Pfitzer**
**Customer Service Representative**

P.S. You can reach me personally at 1-800-259-3430 ext. 121.


870 Glenn Drive – Folsom, CA 95630
PROTECTION FOR YOUR FAMILY.... PEACE OF MIND FOR YOU