Exhibit E



**FIDELITY AND GUARANTY LIFE INSURANCE COMPANY**

**A STOCK COMPANY**

Home Office:  Baltimore, Maryland

---

This certificate is issued to the Owner named on the Certificate Information page and evidences the Insured's coverage under the Group Policy.  You may examine the Group Policy at the office of the policyholder.  This certificate is issued in consideration of the application and payment of premiums.

While this certificate is in effect, we will pay the death benefit if the Insured dies before the Expiration Date of any term.  Any payment will be made subject to this certificate's provisions.

READ YOUR CERTIFICATE CAREFULLY.  This certificate of life insurance is part of a legal contract between the policyholder and the Company.  This certificate contains terms and provisions that are applicable to all Owners under the Group Policy.

Signed for the Company.

*Bruce D. Parker Jr.*

President

AGENT NAME AND ADDRESS:
PATRICE PFITZER
P.O. BOX 127
FOLSOM, CA  95763

*(If applicable)*
Countersigned at:
City: _____  State: _____  Date: _____
By Agent: _____

RIGHT TO CANCEL.  If you decide not to keep this certificate, return it within 20 days after you receive it.  It may be returned to any of our agents or it may be mailed to us.  The return of this certificate will void it from the beginning.  Any premium paid will be refunded.  We will make any refund within 10 days of our receipt of this certificate.

GROUP LEVEL TERM LIFE INSURANCE CERTIFICATE

TERM LIFE

NOTICE TO OWNER:  If you have questions or need information about this certificate or if you need assistance in resolving a complaint, please call us at 1-888-513-8797.

Premiums are payable in advance while the Insured is alive and until the Expiration Date of each term.  After the Premium Guarantee Period, each renewal premium will not be more than the Guaranteed Maximum Total Premium shown in the TABLE OF ANNUAL RENEWAL PREMIUMS.  Renewable to age 95.  Death benefit is payable if Insured dies before the Expiration Date and while this certificate is in effect.  Nonparticipating:  dividends are not payable

FGL RTRC-C (12-99)

# INDEX

Page

**BENEFICIARY** ........................................................ 8
    Change of Beneficiary(ies) ................................. 8
    Irrevocable Beneficiary(ies) .............................. 8
    Payment to Beneficiary(ies) .............................. 8

**CERTIFICATE INFORMATION** .......................... 3-4
    Certificate Data ............................................... 3
    Certificate, Premium, and Rider Information .......... 3
    Table of Annual Renewal Premiums ................... 4

**CONVERSION** ........................................................ 12
    New Individual Policy ....................................... 12
    Suicide and Incontestability ............................. 12

**DEATH BENEFIT** ..................................................... 13
    Interest Paid on Death Benefit .......................... 13
    Payment of Death Benefit ................................ 13
    Suicide Exclusion ........................................... 13

**DEFINITIONS** .......................................................... 5

**GENERAL PROVISIONS** ......................................... 6-7
    Arbitration ...................................................... 7
    Assignment ..................................................... 7
    Certificate Changes ......................................... 7
    Claims of Creditors .......................................... 7
    Effective Date ................................................. 7
    Entire Contract ............................................... 6
    Incontestability ............................................... 6
    Misstatement of Birth Date or Sex ..................... 6
    Nonparticipating ............................................. 7
    Representations .............................................. 6
    Termination of Certificate ................................. 7

Pag

**METHODS OF SETTLEMENT** ........................... 14-1
    Amount of Payment ........................................ 1
    Election of Option ........................................... 1
    Interest Paid on Proceeds ................................ 1
    Options ....................................................... 14-1
    Payee ......................................................... 1
    Payment ...................................................... 1
    Payment of Proceeds ..................................... 1
    Table of Guaranteed Monthly Payments ............ 1

**OWNERSHIP** ...........................................................
    Change of Owner and Contingent Owner ...........
    Ownership Rights ...........................................
    Ownership Succession ....................................

**PREMIUMS** .............................................................
    Adjustment of Renewal Premiums .....................
    Grace Period .................................................
    Premium Payments ........................................
    Renewal .......................................................

**REENTRY OPTION** .................................................. 1
    New Certificate .............................................. 1
    Suicide and Incontestability ............................. 1

**REINSTATEMENT** ................................................... 1
    Effective Date of Reinstatement ........................ 1
    Reinstatement Requirements ........................... 1

Any endorsements, restrictions, riders, or additional benefits follow Page 16.

FGL RTRC-C (12-99)

# CERTIFICATE INFORMATION

## CERTIFICATE DATA

INSURED
SEAN K KEEL

DATE OF ISSUE
OCTOBER 10, 2005

EXPIRATION DATE
OCTOBER 10, 2025

CERTIFICATE NUMBER
L0531119

CERTIFICATE DATE
OCTOBER 10, 2005

POLICYHOLDER
TRUSTEE FOR FIDELITY AND GUARANTY
GROUP INSURANCE TRUST

PREMIUM CLASS
NON-TOBACCO

AGE/SEX AT ISSUE
34    MALE

FINAL REENTRY DATE
OCTOBER 10, 2026

OWNER
SEAN K KEEL

FACE AMOUNT
$620,000

PREMIUM GUARANTEE PERIOD
20 YEARS FROM POLICY DATE

*(OWNER INFORMATION IS SUBJECT TO ANY CHANGE SUBMITTED AND ON RECORD.)*

## CERTIFICATE, PREMIUM, AND RIDER INFORMATION

|  | FIRST ANNUAL* PREMIUM | COVERAGE CAN CONTINUE THROUGH |
|---|---|---|
| LEVEL TERM LIFE INSURANCE<br>    INITIAL TERM - 20 YEARS<br>    NON-TOBACCO PREMIUM | $ 762.60 | OCTOBER 10, 2066 |
| ACCELERATED BENEFIT RIDER<br>    EFFECTIVE - OCTOBER 10, 2005 |  |  |
| RETURN OF PREMIUM RIDER<br>    NON-TOBACCO PREMIUM | $632.40 |  |
| ANNUAL CERTIFICATE FEE: | $60.00 |  |
| TOTAL FIRST ANNUAL PREMIUM: | $1,455.00 |  |

*FOR OTHER PREMIUM PAYMENT INTERVALS, MULTIPLY THE FIRST ANNUAL PREMIUM BY:
- .51 FOR SEMI-ANNUAL;
- .26 FOR QUARTERLY;
- .09 FOR MONTHLY.

RENEWAL PREMIUMS ARE SHOWN IN THE TABLE OF ANNUAL RENEWAL PREMIUMS WHICH FOLLOWS.

FGL RTRC-C (12-99)

## CERTIFICATE INFORMATION *(Cont'd)*

### TABLE OF ANNUAL RENEWAL PREMIUMS

CERTIFICATE NUMBER: L0531119

| CERTIFICATE YEAR BEGINNING OCT 10 | CURRENT LEVEL TERM LIFE INSURANCE** | CURRENT TOTAL PREMIUM*** | GUARANTEED MAXIMUM TOTAL PREMIUM*** | CERTIFICATE YEAR BEGINNING OCT 10 | CURRENT LEVEL TERM LIFE INSURANCE** | CURRENT TOTAL PREMIUM*** | GUARANTEED MAXIMUM TOTAL PREMIUM*** |
|---|---|---|---|---|---|---|---|
| 2006 | 822.60* | 1,455.00* | 1,455.00 | 2036 | 26,515.40 | 26,515.40 | 32,188.40 |
| 2007 | 822.60* | 1,455.00* | 1,455.00 | 2037 | 28,952.00 | 28,952.00 | 35,710.00 |
| 2008 | 822.60* | 1,455.00* | 1,455.00 | 2038 | 31,314.20 | 31,314.20 | 39,523.00 |
| 2009 | 822.60* | 1,455.00* | 1,455.00 | 2039 | 33,856.20 | 33,856.20 | 43,615.00 |
| 2010 | 822.60* | 1,455.00* | 1,455.00 | 2040 | 36,807.40 | 36,807.40 | 48,079.00 |
| 2011 | 822.60* | 1,455.00* | 1,455.00 | 2041 | 40,422.00 | 40,422.00 | 53,119.60 |
| 2012 | 822.60* | 1,455.00* | 1,455.00 | 2042 | 44,768.20 | 44,768.20 | 59,753.60 |
| 2013 | 822.60* | 1,455.00* | 1,455.00 | 2043 | 49,691.00 | 49,691.00 | 65,408.00 |
| 2014 | 822.60* | 1,455.00* | 1,455.00 | 2044 | 55,066.40 | 55,066.40 | 72,972.00 |
| 2015 | 822.60* | 1,455.00* | 1,455.00 | 2045 | 60,795.20 | 60,795.20 | 81,466.00 |
| 2016 | 822.60* | 1,455.00* | 1,455.00 | 2046 | 66,759.60 | 66,759.60 | 90,580.00 |
| 2017 | 822.60* | 1,455.00* | 1,455.00 | 2047 | 73,003.00 | 73,003.00 | 100,283.00 |
| 2018 | 822.60* | 1,455.00* | 1,455.00 | 2048 | 79,599.80 | 79,599.80 | 110,482.00 |
| 2019 | 822.60* | 1,455.00* | 1,455.00 | 2049 | 86,488.00 | 86,488.00 | 121,071.60 |
| 2020 | 822.60* | 1,455.00* | 1,455.00 | 2050 | 93,599.40 | 93,599.40 | 132,306.00 |
| 2021 | 822.60* | 1,455.00* | 1,455.00 | 2051 | 100,859.60 | 100,859.60 | 144,625.40 |
| 2022 | 822.60* | 1,455.00* | 1,455.00 | 2052 | 107,295.20 | 107,295.20 | 158,346.00 |
| 2023 | 822.60* | 1,455.00* | 1,455.00 | 2053 | 112,943.40 | 112,943.40 | 173,846.00 |
| 2024 | 822.60* | 1,455.00* | 1,455.00 | 2054 | 119,279.80 | 119,279.80 | 191,317.60 |
| 2025 | 7,338.80 | 7,338.80 | 10,432.60 | 2055 | 127,780.00 | 127,780.00 | 210,413.60 |
| 2026 | 8,182.00 | 8,182.00 | 11,561.00 | 2056 | 139,919.60 | 139,919.60 | 230,700.00 |
| 2027 | 9,198.80 | 9,198.80 | 12,819.60 | 2057 | 155,692.40 | 155,692.40 | 251,780.00 |
| 2028 | 10,352.00 | 10,352.00 | 14,152.60 | 2058 | 174,118.80 | 174,118.80 | 273,461.40 |
| 2029 | 11,666.40 | 11,666.40 | 15,591.00 | 2059 | 195,198.80 | 195,198.80 | 295,316.40 |
| 2030 | 13,173.00 | 13,173.00 | 17,221.60 | 2060 | 218,932.40 | 218,932.40 | 317,636.40 |
| 2031 | 14,890.40 | 14,890.40 | 19,032.00 | 2061 | 234,792.00 | 234,792.00 | 340,737.60 |
| 2032 | 16,862.00 | 16,862.00 | 21,047.00 | 2062 | 251,451.40 | 251,451.40 | 364,992.00 |
| 2033 | 19,075.40 | 19,075.40 | 23,341.00 | 2063 | 269,450.00 | 269,450.00 | 391,205.60 |
| 2034 | 21,462.40 | 21,462.40 | 25,963.60 | 2064 | 289,544.20 | 289,544.20 | 420,469.60 |
| 2035 | 23,967.20 | 23,967.20 | 28,921.00 | 2065 | 315,113.00 | 315,113.00 | 457,694.40 |

FGL RTRC-C (12-99)

*(TABLE CONTINUED ON NEXT PAGE)*

# CERTIFICATE INFORMATION *(Cont'd)*

## TABLE OF ANNUAL RENEWAL PREMIUMS *(Cont'd)*

FOR OTHER PREMIUM PAYMENT INTERVALS, MULTIPLY THE FIRST ANNUAL PREMIUM BY:
- .51 FOR SEMI-ANNUAL;
- .26 FOR QUARTERLY;
- .09 FOR MONTHLY.

\* THESE PREMIUMS ARE PAID DURING THE PREMIUM GUARANTEE PERIOD AND WILL NOT CHANGE. WE RESERVE THE RIGHT TO CHANGE THE CURRENT LIFE INSURANCE PREMIUM FOR EACH CERTIFICATE YEAR AFTER THE PREMIUM GUARANTEE PERIOD SHOWN UNDER CERTIFICATE DATA IN THE CERTIFICATE INFORMATION SECTION. IT MAY BE MORE OR LESS THAN THAT SHOWN, BUT THE CURRENT TOTAL PREMIUM WILL NEVER BE MORE THAN THE GUARANTEED MAXIMUM TOTAL PREMIUM. SEE PREMIUMS SECTION.

\*\* $60.00 CERTIFICATE FEE INCLUDED

\*\*\* IF APPLICABLE, THESE PREMIUMS INCLUDE THE ANNUAL RIDER PREMIUMS AS SHOWN IN THE TABLE WHICH FOLLOWS, TABLE OF ANNUAL RENEWAL PREMIUMS - RIDERS.

FGL RTRC-C (12-99)

# CERTIFICATE INFORMATION *(Cont'd)*

## TABLE OF ANNUAL RENEWAL PREMIUMS - RIDERS

CERTIFICATE NUMBER: L0531119

| CERTIFICATE YEAR BEGINNING OCT 10 | RETURN OF PREMIUM |
|---|---|
| 2006 | 632.40 |
| 2007 | 632.40 |
| 2008 | 632.40 |
| 2009 | 632.40 |
| 2010 | 632.40 |
| 2011 | 632.40 |
| 2012 | 632.40 |
| 2013 | 632.40 |
| 2014 | 632.40 |
| 2015 | 632.40 |
| 2016 | 632.40 |
| 2017 | 632.40 |
| 2018 | 632.40 |
| 2019 | 632.40 |
| 2020 | 632.40 |
| 2021 | 632.40 |
| 2022 | 632.40 |
| 2023 | 632.40 |
| 2024 | 632.40 |
| 2025 | 0.00 |
| 2026 | 0.00 |
| 2027 | 0.00 |
| 2028 | 0.00 |
| 2029 | 0.00 |
| 2030 | 0.00 |
| 2031 | 0.00 |
| 2032 | 0.00 |
| 2033 | 0.00 |
| 2034 | 0.00 |
| 2035 | 0.00 |
| 2036 | 0.00 |
| 2037 | 0.00 |
| 2038 | 0.00 |
| 2039 | 0.00 |
| 2040 | 0.00 |
| 2041 | 0.00 |
| 2042 | 0.00 |
| 2043 | 0.00 |
| 2044 | 0.00 |
| 2045 | 0.00 |
| 2046 | 0.00 |
| 2047 | 0.00 |
| 2048 | 0.00 |
| 2049 | 0.00 |
| 2050 | 0.00 |

*(TABLE CONTINUED ON NEXT PAGE)*

FGL RTRC-C (12-99)

# CERTIFICATE INFORMATION *(Cont'd)*

## TABLE OF ANNUAL RENEWAL PREMIUMS - RIDERS *(Cont'd)*

| CERTIFICATE YEAR BEGINNING OCT 10 | RETURN OF PREMIUM |
|---|---|
| 2051 | 0.00 |
| 2052 | 0.00 |
| 2053 | 0.00 |
| 2054 | 0.00 |
| 2055 | 0.00 |
| 2056 | 0.00 |
| 2057 | 0.00 |
| 2058 | 0.00 |
| 2059 | 0.00 |
| 2060 | 0.00 |
| 2061 | 0.00 |
| 2062 | 0.00 |
| 2063 | 0.00 |
| 2064 | 0.00 |
| 2065 | 0.00 |

FOR OTHER PREMIUM PAYMENT INTERVALS, MULTIPLY THE FIRST ANNUAL PREMIUM BY:
- .51 FOR SEMI-ANNUAL;
- .26 FOR QUARTERLY;
- .09 FOR MONTHLY.

FGL RTRC-C (12-99)

# DEFINITIONS

| | |
|---|---|
| Age | Insured's Age on his or her nearest or last birthday. |
| Beneficiary | The person(s) named in the application or in the most recent change on record to receive the death benefit. |
| Certificate Date | The date on which the initial premium is due and on which coverage starts.  Premium due dates, certificate months, years, and anniversaries are measured from this date. |
| Contingent Beneficiary | The person(s) named in the application or in the most recent change on record to receive the death benefit if the Beneficiary is not alive at the Insured's death. |
| Contingent Owner | The person(s) named in the application or in the most recent change on record to become the Owner of this certificate if the Owner dies before the Insured. |
| Expiration Date | The date on which coverage is no longer in effect.  The initial Expiration Date is shown under CERTIFICATE DATA in the CERTIFICATE INFORMATION section.  The Expiration Date for any renewal term is one year after the preceding Expiration Date. |
| Face Amount | The amount of term life insurance coverage in effect and which is shown under CERTIFICATE DATA in the CERTIFICATE INFORMATION section. |
| Group Policy | The Group Term Life Insurance Policy under which this certificate is issued. |
| Insured | The person named under CERTIFICATE DATA in the CERTIFICATE INFORMATION section whose life is insured under this certificate. |
| Owner | The person(s) named as Owner in the application, or in the most recent change on record, who is entitled to the ownership rights stated in this certificate. |
| Policyholder | The owner of the Group Policy as shown under CERTIFICATE INFORMATION section. |
| We, Our, Us, Company | Fidelity and Guaranty Life Insurance Company. |
| Written Request | A request written to us and received by us.  That request must be signed, dated, and notarized (if required by the form) on a form satisfactory to us. |
| You, Your | The Owner. |

FGL RTRC-C (12-99)

# GENERAL PROVISIONS

Any reference to Beneficiary, Contingent Beneficiary, irrevocable Beneficiary, Owner, Contingent Owner, and/or payee, may include multiple persons.

**Entire Contract**

The entire contract between the Contractholder and us consists of:
1. The Group contract;
2. The Contractholder's application, a copy of which is attached and made a part of the Contract;
3. All amendments, endorsements and riders, which are attached; and
4. The entire contract as to each participant.

The entire contract as to each participant consists of:
1. The Group contract;
2. This Certificate;
3. The application, a copy of which is attached and made a part of this Certificate; and
4. All amendments, endorsements, riders or any CERTIFICATE INFORMATION page(s) which is attached to or mailed to your last known address.

Only the President, the Secretary, or a Vice President in our Home Office can agree to change or waive any provisions which are part of the entire contract. The change or waiver must be in writing.

**Representations**

We will rely on all statements made in an application. Those statements will be considered *representations and not warranties.* We will not use any statement in defense of a claim unless that statement is made in an application which is part of the entire contract.

**Incontestability**

We will not contest this certificate based on statements made in an application after this certificate has been in effect during the Insured's lifetime for 2 years from the Date of Issue. We can contest its validity for failure to pay premiums at any time.

A new period of contestability will apply if reinstatement occurs or additional coverage is added by rider. We will not contest this certificate based on statements made in the application for reinstatement or for additional coverage after this certificate has been in effect during the Insured's lifetime for 2 years from the effective date of reinstatement or from the effective date of the additional coverage. For any increase in coverage, only the additional coverage added by rider will be contestable.

This **Incontestability** provision applies to any rider unless that rider has its own **Incontestability** provision, in which case that rider's provision will apply.

If this certificate was issued as a result of a prior certificate's **REENTRY OPTION** being exercised, the amount of insurance that we may contest will be limited to:
• The Face Amount of this certificate; less
• The amount of insurance that the first year premium for this certificate would have purchased as the
• next annual premium under the prior certificate.

However, the above limitation will not apply if this certificate has been reinstated.

**Misstatement of Birth Date or Sex**

If there has been a misstatement as to the Insured's birth date or sex, this certificate's death benefit will be adjusted to what the premiums paid would have bought for the correct birth date or sex.

FGL RTRC-C (12-99)

# GENERAL PROVISIONS *(Cont'd)*

**Assignment**

We will not be responsible for the validity or sufficiency of any assignment. To be binding on us, an executed assignment must be by Written Request and consented to by any irrevocable Beneficiary. Your rights and any Beneficiary's interest will be subject to the assignment. Assignment of the certificate may subject you to income and gift tax.

**Effective Date**

The effective date for:
- Coverage provided in the original application will be the Certificate Date.
- Reinstatement will be as stated in the **Effective Date of Reinstatement** provision.

**Certificate Changes**

Any Written Request to change the Owner, Contingent Owner, or Beneficiary will take effect on the date the request was originally signed, even if the Owner who signed the request or the Insured has since died. However, the change will be subject to any payments made or actions taken by us before the request was received and recorded.

We may require the return of this certificate for endorsement or otherwise in the event of a change in the Owner, Contingent Owner, Beneficiary, settlement option, or other change.

**Claims of Creditors**

To the extent permitted by law and except to the extent you have assigned this certificate, no benefit paid, or to become payable, will be subject to any claim or process of law by any creditor.

**Arbitration**

Any controversy arising under this certificate, or any amendments to or breach of this certificate, will be determined and settled exclusively by final and binding arbitration held in your state of residence, in accordance with the arbitration rules and procedures of JAMS/Endispute or its successor. The arbitrators will be selected from JAMS/Endispute's panel of retired judges. Any award rendered through arbitration will be final and binding on each and all parties involved, and judgment may be entered thereon in any court of competent jurisdiction.

**Termination of Certificate**

This certificate will end at the earliest of the following events:
- The grace period ends without receipt of required payment.
- The certificate is exchanged for a new certificate.
- The Expiration Date of the current term unless the certificate is renewed for another term.
- The Insured dies.
- The Group Contract terminates.

Coverage is not in effect on the Expiration Date of any term unless this certificate is renewed for another term.

**Nonparticipating**

This certificate does not share in our profits or surplus. No dividends will be paid.

FGL RTRC-C (12-99)

# OWNERSHIP

**Ownership Succession**

If you die before the Insured, at your death, ownership of this certificate will pass to the person(s) then living in the order which follows:
- Any joint Owner(s).
- Any Contingent Owner.
- Estate of the last Owner to Die.

If more than one natural person succeeds to the ownership rights of this certificate, then such persons will own this certificate as joint Owners. Any instructions or designations of the prior Owner will continue unless changed in accordance with this certificate by the succeeding Owner.

**Ownership Rights**

While the Insured is alive, you may:
- Exercise any of the rights under this certificate.
- Assign this certificate.
- Subject to our agreement, change or amend this certificate.

The exercise of any ownership right is subject to the written consent of any joint Owner(s).

**Change of Owner and Contingent Owner**

While the Insured is alive, you may transfer ownership by Written Request . If you transfer ownership, any earlier choice of any Contingent Owner will be canceled. A change in ownership may subject you to income and gift tax.

# BENEFICIARY

**Irrevocable Beneficiary**

Any Beneficiary may be named an irrevocable Beneficiary. The consent of any irrevocable Beneficiary is needed to exercise any ownership right, including assigning the certificate,  except the following:
- Change the frequency of premium payment.
- Reinstate this certificate.

**Change of Beneficiary**

While the Insured is alive, you may change the Beneficiary and any Contingent or irrevocable Beneficiary by Written Request. Irrevocable Beneficiary(ies) must give written consent to any such change.

**Payment to Beneficiary**

Before making any payment, we may require evidence as to the identity, age, and other facts about any person or class designated as the Beneficiary. We are entitled to make payments based on that evidence.

FGL RTRC-C (12-99)

# PREMIUMS

**Premium Payments**

All premium payments:
- Must be paid on or before their due date.
- Must be made at our Home Office or any administrative office that we maintain.
- Must be in the currency of the United States of America.
- May be made by a currently dated check or money order made payable to Fidelity and Guaranty Life Insurance Company.

Before any insurance becomes effective, the first premium for each term must be paid while the Insured is alive.

We will issue a receipt on request.

Premiums may be paid at annual, semi-annual, quarterly, or monthly intervals. The charge for different premium payment intervals is shown under CERTIFICATE, PREMIUM, AND RIDER INFORMATION in the CERTIFICATE INFORMATION section. You may change the premium payment interval on any certificate anniversary. Our consent is needed if any change results in a premium of less than $25.

**Renewal**

The first premium for each term is due on the Expiration Date of the preceding term.

The life insurance and rider coverage will automatically renew for a 1 year term if:
- Under CERTIFICATE, PREMIUM, AND RIDER INFORMATION in the CERTIFICATE INFORMATION section it indicates that the coverage may be continued.
- All premiums for the preceding expired term have been paid and the renewal premium for the new term has been paid.
- The Expiration Date of the new term is on or before the certificate anniversary on which the Insured is Age 95.

**Adjustment of Renewal Premiums**

Renewal premiums are shown in the TABLE OF ANNUAL RENEWAL PREMIUMS in the CERTIFICATE INFORMATION section. For each certificate year after the Premium Guarantee Period shown under CERTIFICATE DATA in the CERTIFICATE INFORMATION section, we reserve the right to change the Current Life Insurance Premium shown in the table. It may be more or less than that shown, but the Current Total Premium will never be more than the Guaranteed Maximum Total Premium shown in that table. Before each certificate year, we will send to you at your last known address written notice of the premium due for the next certificate year.

Any change in premium will be made on the same basis for all certificates in effect the same length of time, issued to Insureds of the same Premium Class and issue age. No change in Premium Class or premium will occur on renewal because the Insured's health has worsened or occupation has changed. Each change will be based on our expectations as to future mortality, investment earnings, expense, and persistency experience.

**Grace Period**

We will allow a 31 day grace period after the premium due date to pay each premium after the first. This certificate remains in effect during any grace period. If a premium is not paid by the end of that period, this certificate will terminate as of the premium due date. If the Insured dies during a grace period, the overdue premium from its due date to the end of that period will be deducted from the death benefit. As used here, "premium" means the premium actually billed in the premium notice.

FGL RTRC-C (12-99)

# REINSTATEMENT

**Reinstatement Requirements**

If this certificate terminates as provided in the **Grace Period** provision, it may be reinstated within 3 years from the due date of the first unpaid premium. "Reinstatement" means to put this certificate's coverage back into effect.

We will require for each life insured under this certificate and any attached rider:
- Written application for reinstatement;
- Evidence satisfactory to us that each Insured is insurable at the Premium Class shown under CERTIFICATE DATA and CERTIFICATE, PREMIUM, and RIDER INFORMATION sections in the CERTIFICATE INFORMATION section at the time the certificate terminated; and
- Payment of overdue premiums with interest from their due dates at 6% compounded annually.

**Effective Date of Reinstatement**

The effective date of reinstatement will be the date we approve the application for reinstatement. Once approved, we will mail to you at your last known address:
- A copy of the reinstatement application showing the effective date of reinstatement; and
- A copy of any supplemental application which may have been required as evidence of insurability

FGL RTRC-C (12-99)

# REENTRY OPTION

**New Certificate**

Subject to the requirements stated below, this certificate may be exchanged for a new certificate of the same plan on the life of the Insured at a premium rate based on evidence of insurability at that time.

This option cannot be exercised before the later of:
- The tenth certificate anniversary; or
- The end of the Initial Term.

This option cannot be exercised after the Final Reentry Date shown under CERTIFICATE DATA in the CERTIFICATE INFORMATION section.

Any new certificate issued under this provision will be in lieu of, and not in addition to, coverage provided under this certificate. Coverage under this certificate ends when coverage under the new certificate begins.

We will require:
- That this certificate be in effect at the time of written application for exchange.
- Your written application for exchange (including payment of the initial premium on the new certificate) before the Final Reentry Date stated under CERTIFICATE DATA in the CERTIFICATE INFORMATION section.
- That the Insured not be disabled on the date of written application for exchange.
- Evidence satisfactory to us, and at our expense, that the Insured is insurable.
- Surrender of this certificate to us.

Any new certificate will be issued:
- With a Certificate Date as of the date we approved the reentry.
- At the Insured's age on the new Certificate Date.
- At the premium rate in effect for new issues at the Insured's Age on the new Certificate Date.
- At the Premium Class the Insured qualifies for based on evidence of insurability.
- For an amount equal to or less than the Face Amount of this certificate, but not less than the minimum required for this plan.

Your written application for exchange may request that any available rider providing additional benefits be attached to the new certificate. Any rider is subject to the rules and premium rates we are using on the new Certificate Date.

**Suicide and Incontestability**

The **Suicide Exclusion** provision in the **DEATH BENEFIT** section and the **Incontestability** provision in the **GENERAL PROVISIONS** section describe how those provisions apply if a new certificate is issued under the **REENTRY OPTION**.

FGL RTRC-C (12-99)

# CONVERSION

**New Individual Policy**

1. If the Insured's coverage or any portion of it ends for a reason other than non-payment of premium, the Insured's age, or those reasons described in number 2 below, you may have us issue a policy of individual life insurance on the life of the Insured.

   Any new policy:
   - Must be on a plan being offered by us for this purpose at the time of conversion.
   - May not be term insurance.
   - May not be an amount greater than the Insured's coverage under the group certificate.

   Evidence of insurability satisfactory to us will be required only if the new policy is to include:
   - Any rider providing additional benefits.
   - An option to apply dividends to purchase one year term insurance additions.

   The Insured must apply for the individual policy within 31 days after his/her coverage under the group policy ends and pay the required premium, based on our table of rates for such policies, the Insured's age and class of risk.

   The individual policy will take effect at the end of the 31 day conversion period. If the Insured dies during this 31 day period, then we will pay under the Group Policy the amount of life insurance that you were entitled to convert. It does not matter whether the Insured applied for the individual policy. If such policy is issued, it will be in exchange for any further benefits under the Group Policy.

2. If the Insured's coverage ends because the Group Policy is terminated, or is amended to terminate coverage for the Insured's class, and the Insured has been covered under the Group Policy for at least 5 years, we will issue a policy of individual life insurance subject to the same conditions and limitations listed above. The face amount of the individual policy will be equal to the face amount under the Group Policy, less any amount of group life insurance for which he/she is eligible on the date the Group Policy is terminated, or for which he/she becomes eligible within 31 days of such termination.

3. During the first 10 certificate years, and while this certificate is in effect, the Insured may request us to convert his/her group coverage to an individual life insurance policy. We will issue that policy subject to the same conditions stated in number 1 above.

**Suicide and Incontestability**

Any new policy's provisions for suicide and incontestability will have the same effective dates as those provisions have in this certificate. However, if the new policy contains any new benefits provided by rider, any provisions for suicide and incontestability in such new rider will start on that rider's effective date.

FGL RTRC-C (02-2003)

# DEATH BENEFIT

**Payment of
Death Benefit**

Payment of the death benefit will be made at our Home Office.

We will require:
- That death occur while this certificate is in effect and before the Expiration Date of any term;
- Return of this certificate or a certification (on a form we accept) stating that this certificate has been lost or destroyed;
- Proof of the Insured's death on a form we accept; and
- A Written Request for the death benefit.

The death benefit to be paid at the Insured's death will be:
- The Face Amount in effect; plus
- Any additional benefit provided by rider; plus
- The part of any premium paid beyond the Insured's month of death, unless the premium was waived; less
- The unpaid premium from its due date to the end of the grace period if death occurs within the grace period.

Subject to any assignment, any death benefit due will be paid to the person(s) living on the date of such death in the order which follows:
- The Beneficiary.
- Any Contingent Beneficiary.
- The Insured's estate.

If any Beneficiary or Contingent Beneficiary dies at the same time as the Insured or within 10 days after the death of the Insured, the death benefit will be paid as if the Insured had survived such Beneficiary or Contingent Beneficiary.

**Interest Paid on
Death Benefit**

Interest will be paid on the death benefit as required by state law.

**Suicide Exclusion**

If the Insured dies by suicide, while sane or insane, within 2 years from the Date of Issue or from the effective date of the last reinstatement, if any, no death benefit will be paid.  Instead, we will limit payment to:
- The premiums paid for benefits on the Insured's life; less
- The premiums paid for benefits on any person other than the Insured.

This certificate must be in effect on the date of the Insured's suicide.

However, the exclusion will not apply if:
- This certificate was issued as a result of a prior certificate's **REENTRY OPTION** being exercised; and
- More than 2 years have passed from the effective date of the last reinstatement, if any, under this certificate or the prior certificate.

This provision does not apply if this certificate was issued to a Missouri citizen unless it can be proven that the Insured intended suicide when this certificate was applied for.

# METHODS OF SETTLEMENT

**Payment of Proceeds**

When the Insured dies, all or part of any proceeds payable may be paid under a settlement option rather than in a lump sum.

We may issue an annuity contract to provide payments under settlement options 1, 2, 3, or 4. If the payee(s) elect(s) to receive a lump sum, at our option, payment will be made into an interest-bearing checking account established in the name(s) of the payee(s). The payee(s) will be able to withdraw all or part of the proceeds in the account at any time.

**Interest Paid on Proceeds**

Interest will be paid on the proceeds as required by state law.

**Payee**

The payee(s) will be the recipient of the death benefit.

**Election of Option**

While the Insured is alive, you may, by Written Request, elect or change a settlement option to take effect at the Insured's death. The recipient of the death benefit may not change the election you make. If no option is in effect at the Insured's death, the recipient of the death benefit may elect one by Written Request.

An election to receive proceeds under options 1, 2, 3, or 4 cannot be changed after payments start.

After we record any option election or change, it will take effect on the date the request was signed. That election or change will be subject to any payment made or action taken by us before we receive the request and record the change.

Descriptions of the settlement options follow. A table showing the guaranteed monthly payments under each option follows the descriptions of settlement options. Additional settlement options may be offered at the time proceeds are payable.

**Option 1
Income for a
Fixed Period**

Payments are guaranteed for the number of years and months chosen, which may not be less than 5 years nor more than 25 years. If the payee dies before the end of the fixed period, a death benefit consisting of the remaining guaranteed annuity payments, as scheduled, will be paid.

**Option 2
Life Income With a
Guaranteed Period**

Payments are guaranteed for the number of years chosen, which may not be less than 5 years nor more than 25 years. If the payee is alive at the end of the guaranteed period, payments will continue for as long as the payee is alive. If the payee dies before the end of the guaranteed period, a death benefit, consisting of the remaining guaranteed annuity payments, as scheduled, will be paid.

**Option 3
Life Income**

Payments will be made for as long as the payee is alive. No payments will be made after the payee's death.

**Option 4
Joint and Survivor
Life Income**

Payments will be made for as long as either the payee or joint payee is alive. The payments will:
- Be paid in a joint life income amount while both the payee and joint payee are alive.
- Continue to be paid after the death of either payee at the rate requested and for as long as the remaining payee or joint payee survives.
- Cease at the death of both the payee and joint payee.

FGL RTRC-C (12-99)

# METHODS OF SETTLEMENT *(Cont'd)*

**Option 5**
**Interest**

We will hold the proceeds until withdrawn by the payee or we have made payment at the payee's death. Interest credited on those proceeds will be paid out as elected. On request, we will hold the interest for up to 10 years without payment. Interest payments may be paid no more frequently than monthly.

The payee may withdraw all or part of the proceeds at any time. Also, by request, we will stop payments under this option and the remaining proceeds and interest to date will be paid as described under Option 1.

If the payee dies, any amount not yet paid, plus any unpaid interest, will be paid in one sum to the Payee's estate.

**Amount of Payment**

The amount of payments received under a settlement option will depend on the:
- Amount of proceeds payable;
- Settlement option chosen;
- Payment frequency chosen; and
- Sex and age nearest birthday of the person over whose life payments are made if Options 2, 3, or 4 are chosen.

We will then compare the mortality and interest rate factors reflected in the **TABLE OF GUARANTEED MONTHLY PAYMENTS** to the factors reflected in the current rates for any single premium immediate annuities which we may then offer and which the payee would be eligible to purchase. The payments will be based on whichever factors result in higher payments.

Any annuity contract sent to the payee will show the settlement option and amount and frequency of annuity payments, all of which will be fixed as of the date the annuity contract is issued.

**Payment**

Payments for an option will:
- Be made at the Home Office.
- Be paid by check or draft.

Before making any payment, we may require proof of existence and/or birth date of any payee or the Insured.

In all cases, our written consent for payment under any option will be required if:
- Any payee is a corporation, partnership, association, trustee, or assignee.
- The amount left with us is less than $2,000.
- Any annuity or interest payment is less than $20.

FGL RTRC-C (12-99)

# METHODS OF SETTLEMENT *(Cont'd)*

## TABLE OF GUARANTEED MONTHLY PAYMENTS
Minimum Amount for Each $1,000 Applied

The Guaranteed Monthly Payments are based on a 3% effective annual interest rate and the 1983 Table "a" for Individual Annuities.

### Option 1. Income For a Fixed Period

| Period (Years) | Payment | Period (Years) | Payment | Period (Years) | Payment |
|---|---|---|---|---|---|
| 5 | $17.95 | 8 | $11.71 | 15 | $6.89 |
| 6 | 15.18 | 9 | 10.56 | 20 | 5.53 |
| 7 | 13.20 | 10 | 9.64 | 25 | 4.72 |

### Option 2. Life Income With a 10 Year Guaranteed Period

| Age | Male | Female | Age | Male | Female | Age | Male | Female |
|---|---|---|---|---|---|---|---|---|
| 50 | $4.24 | $3.90 | 55 | $4.65 | $4.24 | 60 | $5.17 | $4.68 |
| 51 | 4.31 | 3.96 | 56 | 4.74 | 4.32 | 65 | 5.84 | 5.25 |
| 52 | 4.39 | 4.03 | 57 | 4.84 | 4.40 | 70 | 6.65 | 6.00 |
| 53 | 4.47 | 4.09 | 58 | 4.94 | 4.49 | 75 | 7.54 | 6.93 |
| 54 | 4.56 | 4.16 | 59 | 5.05 | 4.58 | | | |

### Option 3. Life Income

| Age | Male | Female | Age | Male | Female | Age | Male | Female |
|---|---|---|---|---|---|---|---|---|
| 50 | $4.29 | $3.92 | 55 | $4.72 | $4.27 | 60 | $5.31 | $4.74 |
| 51 | 4.36 | 3.98 | 56 | 4.83 | 4.36 | 65 | 6.14 | 5.39 |
| 52 | 4.45 | 4.05 | 57 | 4.94 | 4.44 | 70 | 7.29 | 6.29 |
| 53 | 4.53 | 4.12 | 58 | 5.05 | 4.54 | 75 | 8.91 | 7.63 |
| 54 | 4.63 | 4.19 | 59 | 5.18 | 4.64 | | | |

### Option 4. Joint and 50% Survivor Life Income

| Male Payee Age | Female Joint Payee | | | | | |
|---|---|---|---|---|---|---|
| | 50 | 55 | 60 | 65 | 70 | 75 |
| 50 | $4.10 | $4.28 | $4.50 | $4.77 | $5.10 | $5.49 |
| 55 | 4.29 | 4.49 | 4.73 | 5.03 | 5.40 | 5.83 |
| 60 | 4.51 | 4.74 | 5.01 | 5.35 | 5.76 | 6.26 |
| 65 | 4.78 | 5.04 | 5.35 | 5.74 | 6.21 | 6.80 |
| 70 | 5.10 | 5.39 | 5.75 | 6.19 | 6.75 | 7.45 |
| 75 | 5.44 | 5.78 | 6.19 | 6.71 | 7.37 | 8.22 |

Payment amounts for other combinations of years, ages, sex, and rates will be furnished on request.

FGL RTRC-C (12-99)

# Accelerated Benefit Rider

*This rider is part of the certificate to which it is attached.*

THE DEATH BENEFIT WILL BE REDUCED WHEN THE ACCELERATED BENEFIT IS PAID. ACCELERATED BENEFIT PAYMENTS MAY BE TAXABLE. YOU SHOULD CONTACT A TAX ADVISOR FOR SPECIFIC ADVICE.

**Definitions**

Insured. The Insured(s) as shown under CERTIFICATE DATA in the CERTIFICATE INFORMATION section of the certificate.

You, Your. The Owner of the certificate.

Accelerated Benefit. The amount payable to you under this rider if the Insured has a Terminal Illness.

Eligible Amount. The amount payable under the certificate's Death Benefit on the date we approve your request for the Accelerated Benefit.

Accelerated Amount. The portion of the Eligible Amount you request. The Accelerated Amount may not exceed the lesser of:
- 50% of the Eligible Amount; or
- $250,000.

Physician. A doctor of medicine who is:
- Duly qualified;
- Licensed in the United States of America; and
- Performing within the scope of his or her license.

A Physician must not be: you, the Insured; the brother, sister, parent, spouse or child of either you or the Insured; or any spouse of any of the above.

Terminal Illness. Illness or physical condition that results in the Insured having a life expectancy of 12 months or less.

**Effective Date**

This rider is effective on the date shown under CERTIFICATE, PREMIUM, AND RIDER INFORMATION in the CERTIFICATE INFORMATION section of the certificate.

**Written Request and Proof of Terminal Illness**

We will require a Written Request for the Accelerated Benefit. Before we pay the Accelerated Benefit, we will require that you provide us with proof satisfactory to us that the Insured has a Terminal Illness. This proof will include, but is not limited to, certification by a Physician who provides medical care to the Insured in connection with the Insured's Terminal Illness. We reserve the right to obtain a second medical certification, at our expense, from a Physician selected by us.

**Benefit**

If we approve your request, we will pay the Accelerated Benefit to you in a lump sum. No further benefit under this rider will be paid. If the Insured dies before the Accelerated Benefit is paid, the entire death benefit will be paid in accordance with the certificate; no benefit will be paid under this rider.

FGL AB5-C (3-96)

# Accelerated Benefit Rider *(Cont'd)*

---

**Benefit *(Cont'd)***

The Accelerated Benefit is:
- The value of the Accelerated Amount discounted over a 12 month period; less
- An administrative fee of $350; less
- A portion of any unpaid loans and loan interest, if any, on the date we approve your request for the Accelerated Benefit. (That portion is determined by dividing the Accelerated Amount by the Eligible Amount, and then multiplying that percentage by the sum of unpaid loans and loan interest.)

We will consider the following when we discount the Accelerated Amount:
- The expected future monthly premiums for the certificate; and
- Interest at an annual rate declared by us which will not be higher than the greater of:
  - The current yield on 90-day United States Treasury bills; or
  - The current maximum statutory adjustable certificate loan interest rate.

**Adjustments to Certificate Values**

Payment of the Accelerated Benefit does not terminate the certificate. The following amounts under the certificate will be reduced in the same proportion that the Accelerated Amount bears to the Eligible Amount:
- The Face Amount;
- The account value or cash value, as applicable; and
- Any unpaid loans and load interest.

Premiums will be reduced to reflect the reduced Face Amount.

In addition, we will reduce the monthly amount payable under any rider which is a part of the certificate and which provides benefits for disability.

We will issue revised CERTIFICATE INFORMATION page(s) reflecting changes due to payment of the Accelerated Benefit.

**Conditions**

Payment of the Accelerated Benefit is subject to the following conditions:
- Any amount needed to keep the certificate from terminating must be paid before we approve your Written Request.
- We will require the written consent (on a form we accept) of any joint Owner or Irrevocable Beneficiary having an interest in the certificate.
- The certificate must not be assigned to any person, except to us, as security for a loan.

Payment of the Accelerated Benefit is not meant to allow third parties to cause you to involuntarily invade the death benefit ultimately payable to the named Beneficiary. Therefore, you are not eligible for this benefit:
- If you are required by law to use this benefit to meet the claims of creditors, whether in bankruptcy or otherwise; or
- You are required by a government agency to use this benefit in order to apply for, obtain, or keep a government benefit or entitlement.

# Accelerated Benefit Rider *(Cont'd)*

| | |
|---|---|
| **Nonparticipating** | Dividends are not payable. |
| **Rider Termination** | This rider will end at the earliest of the following events:<br>• The certificate terminates.<br>• The Accelerated Benefit is paid.<br>• Your Written Request. |
| **Confirmation of Changes** | We will mail to your last known address confirmation of any changes to this rider's benefits, including the effective date of any change. |

*Signed for the Company.*

## Fidelity and Guaranty Life Insurance Company

President

# Return of Premium Rider

*This rider is part of the certificate to which it is attached. The premium is shown under CERTIFICATE, PREMIUM, AND RIDER INFORMATION in the CERTIFICATE INFORMATION section of the certificate. Except as stated in this rider, all other certificate provisions apply.*

**Additional Definitions**      <u>Covered Dependent</u>. The Covered Dependent(s) as shown under CERTIFICATE, PREMIUM, AND RIDER INFORMATION in the CERTIFICATE INFORMATION section of the certificate.

**Effective Date**      This rider is effective on the certificate's Date of Issue.

**Benefit**      While this rider is in effect, we will pay a Return of Premium benefit if the certificate ends after the fifth certificate year and on or before the initial Expiration Date. The amount of the Return of Premium benefit will be the total of premiums paid on the certificate (including any rider premiums) times the percentage shown below. The percentage differs depending upon the term period shown under CERTIFICATE, PREMIUM, AND RIDER INFORMATION in the CERTIFICATE INFORMATION section of the certificate. The Return of Premium benefit will be reduced by any amount paid under any rider attached to the certificate, such reduction not to exceed the Return of Premium benefit. However, no Return of Premium benefit is payable if any Insured or Covered Dependent dies while this rider is in effect.

If the Return of Premium benefit is greater than the amount of insurance in effect on the certificate, the amount of insurance will be increased to be 105% of the Return of Premium benefit.

| end of certificate year | 15-year certificate term | 20-year certificate term | 25-year certificate term | 30-year certificate term |
|---|---|---|---|---|
| 1-5 | 0% | 0% | 0% | 0% |
| 6 | 5% | 3% | 2% | 1% |
| 7 | 10% | 6% | 4% | 2% |
| 8 | 15% | 9% | 6% | 3% |
| 9 | 20% | 12% | 8% | 4% |
| 10 | 25% | 15% | 10% | 5% |
| 11 | 40% | 22% | 13% | 7% |
| 12 | 55% | 29% | 16% | 9% |
| 13 | 70% | 36% | 19% | 11% |
| 14 | 85% | 43% | 22% | 13% |
| 15 | 100% | 50% | 25% | 15% |
| 16 | | 60% | 30% | 17% |
| 17 | | 70% | 35% | 19% |
| 18 | | 80% | 40% | 21% |
| 19 | | 90% | 45% | 23% |
| 20 | | 100% | 50% | 25% |
| 21 | | | 60% | 30% |
| 22 | | | 70% | 35% |
| 23 | | | 80% | 40% |
| 24 | | | 90% | 45% |
| 25 | | | 100% | 50% |
| 26 | | | | 60% |
| 27 | | | | 70% |
| 28 | | | | 80% |
| 29 | | | | 90% |
| 30 | | | | 100% |

# Return of Premium Rider *(Cont'd)*

| | |
|---|---|
| **New Certificate Benefit Option** | If you terminate this certificate, any benefit payable under the Return of Premium rider may be transferred to a new policy, provided the Return of Premium rider is part of the new policy. The new benefit will be the greater of: |

- The sum of the premiums paid under this certificate and the new policy, multiplied by the percentage shown in the table (under this rider's **Benefit** provision) for the policy term and the then current number of years the new policy has been in effect; or
- The Return of Premium benefit payable under this certificate if a new policy is not purchased.

| | |
|---|---|
| **Nonforfeiture Options** | After the 5th certificate year and if the certificate lapses as provided in the certificate's Grace Period provision, the certificate will have a cash value equal to the Return of Premium benefit. If not more than 60 days have passed since the unpaid premium's due date, one of two options will be available: |

- <u>Cash Surrender</u> - The certificate may be surrendered for its cash value. The cash value is equal to the Return of Premium benefit. We will require your Written Request and return of the certificate or a certification (on a form we accept) stating that the certificate has been lost or destroyed.
- <u>Extended Level Term Insurance</u> - If no option is selected, this option will be automatic. Under this option, you may continue the certificate as nonparticipating extended level term insurance. The term period will start on the due date of the unpaid premium. That period will be determined by applying the cash value as a net single premium for such insurance. At the end of that period, the insurance will terminate and there will be no cash value remaining.

| | |
|---|---|
| **Surrender of Insurance Under Extended Level Term Insurance Option** | Any insurance provided under the Extended Level Term Insurance Option may be surrendered for its cash valu The cash value will equal the net single premium for the insurance remaining. If such surrender occurs within ? days after a certificate anniversary, the value will not be less than the cash value on that anniversary.<br><br>We will require:<br>• Your Written Request.<br>• Return of the certificate or a certification (on a form we accept) stating that the certificate has been lost or destroyed. |

| | |
|---|---|
| **Deferral of Cash Value Payment** | We reserve the right to defer payment of the cash value for up to 6 months after we receive your Written Request. We will pay interest at a rate not less than the minimum rate required by state law, if the deferral period is 30 days or more. |

| | |
|---|---|
| **Basis of Certificate Values** | Cash value amounts equal or exceed the values based on: |

- 1980 CSO Nonsmoker and Smoker Tables;
- Age Last Birthday;
- Interest rate of 5.75% per year;
- Death occurring at the end of the certificate year

Extended Level Term Insurance Option is based on:
- 1980 CET Nonsmoker and Smoker Tables;
- Age Last Birthday;
- Interest rate of 5.75% per year;
- Death occurring at the end of the certificate year

Certificate values equal or exceed those required by the state in which this certificate is delivered. A detailed statement of the method used to compute those values has been filed with the insurance department of that state.

# Return of Premium Rider *(Cont'd)*

**Nonparticipating**  Dividends are not payable.

**Rider Termination**  This rider will end at the earliest of the following events:
- Expiration Date of the initial term period.
- Any Nonforfeiture Option goes into effect.
- Your Written Request.
- The certificate terminates.
- Any Other Insured dies.

**Confirmation of Changes**  We will mail to your last known address confirmation of any changes to this rider's benefit, including the effective date of any change.

*Signed for the Company.*

Fidelity and Guaranty Life Insurance Company

President

# Fidelity & Guaranty Life Insurance Company
## Service Center

**P.O. Box 81497**
**Lincoln, NE 68501-1497**

## DELIVERY REQUIREMENT(S)
### October 12, 2005

Policy Number:  L0531119.  Sean K Keel, the following requirements must be met within 30 days to activate your policy.  If you have any questions feel free to call our Service Center at 1-888-513-8797.

**Policy is being issued with a quarterly premium of  $378.30.**

**Need initial premium in the amount of $378.30.**

GROUP LEVEL TERM LIFE INSURANCE CERTIFICATE

TERM LIFE

Premiums are payable in advance while the Insured is alive and until the Expiration
Date of each term.  After the Premium Guarantee Period, each renewal premium will
not be more than the Guaranteed Maximum Total Premium shown in the TABLE OF
ANNUAL RENEWAL PREMIUMS.  Renewable to age 95.  Death benefit is payable if
Insured dies before the Expiration Date and while this certificate is in effect.
Nonparticipating:  dividends are not payable.

# Paramedical Supplement to Application

Insurer

☒ Fidelity and Guaranty Life Insurance Company ⃝ Americom Life and Annuity Insurance Company

| Insured | | |
|---|---|---|
| First Name | Middle Initial | Last Name |
| Sean | R | Keal |
| Birth Date | | Birth Place |
| 06 – 14 – 71 | | CA |

### Medical History Questions

1. Have you ever been treated for or diagnosed with:

| | | | |
|---|---|---|---|
| a) | Any heart disease, heart attack, chest pain, high blood pressure, high cholesterol, murmur, palpitations, or any other disorder of the heart or blood vessels? | ⃝ Y | ☒ N |
| b) | Any circulatory disease, stroke, TIA, aneurysm, or any other disorder of the veins or arteries? | ⃝ Y | ☒ N |
| c) | Any breathing or lung disorder, COPD, asthma, bronchitis, sleep apnea, or emphysema? | ⃝ Y | ☒ N |
| d) | Diabetes, disorder of the immune system, blood disorder, or disorder of the glands? | ⃝ Y | ☒ N |
| e) | Cancer, tumor, or cysts? | ⃝ Y | ☒ N |
| f) | Depression, anxiety, dementia, Alzheimer's, or any other mental or nervous disease or disorder? | ⃝ Y | ☒ N |
| g) | Hepatitis, gastritis, colitis, or any disease or disorder of the liver, stomach, pancreas, or intestines? | ⃝ Y | ☒ N |
| h) | Any disease or disorder of the kidneys, bladder, prostate, urinary, or reproductive systems? | ⃝ Y | ☒ N |
| i) | Arthritis or any disease or disorder of the muscles (to include strains or sprains), tendons, bones, spine, back, or joints? | ⃝ Y | ☒ N |
| j) | Any disease or disorder of the skin, eyes, or ears? | ⃝ Y | ☒ N |
| k) | Acquired Immune Deficiency Syndrome (AIDS), AIDS related Complex (ARC) or positive test results indicating the presence of the AIDS virus? | ⃝ Y | ☒ N |
| 2. | Are you currently prescribed any medication? | ⃝ Y | ☒ N |
| 3. | Have you been prescribed medication in the past 5 years not previously mentioned? | ⃝ Y | ☒ N |
| 4. | In the past 10 years, have you: | | |
| a) | Been hospitalized or had surgery? | ⃝ Y | ☒ N |
| b) | Had any electrocardiograms, x-rays, laboratory tests, treatment, or surgery, or been advised to and not done so? | ⃝ Y | ☒ N |
| c) | Been recommended to have any test, treatment, or surgery, which has not been performed? | ⃝ Y | ☒ N |
| d) | Had any illness, disease, or injury that is not included in other answers? | ⃝ Y | ☒ N |
| 5. | Has any parent, brother, or sister died from or had any occurrence of cancer, heart disease, diabetes, or any hereditary disease prior to age 60? | ⃝ Y | ☒ N |
| 6. | Have you smoked cigarettes, pipes, or cigars, used snuff, chewed tobacco, or used any nicotine-based products such as the patch, or gum? If yes, please detail the type(s) of tobacco product used and date of last use below. | ⃝ Y | ☒ N |
| 7. | In the past 10 years, have you sought or received treatment, advice, or counseling for the use of alcohol? | ⃝ Y | ☒ N |
| 8. | Have you ever sought or received treatment, advice, or counseling for the use of any narcotic, barbiturate, stimulant, amphetamine, hallucinogenic, street, or prescription drugs? Have you ever been arrested for the use or possession of such drug or are you currently using these drugs? | ⃝ Y | ☒ N |
| 9. | Within the past 10 years, have you made a claim or received benefits for disability or worker's compensation as a result of a sickness or injury? | ⃝ Y | ☒ N |

CONTINUED

## Paramedical Supplement to Application - Continued

10. Personal Physician's Name and Address: _Judith Walsh_    _2355 Sutter_
_San Francisco, CA   94115_

Date and Reason Last Consulted: _about  1 yr ago - Routine_
_Check up_    _- well_

What treatment was given or medication prescribed? _None_

11. Give details of "Yes" answers. State question number and include where appropriate: diagnosis, date, duration, names and addresses of all attending physicians and medical facilities: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I have read the questions and answered on this Paramedical Supplement to Application. The statements made herein are complete, true and correctly recorded.

I agree that a copy of this Paramedical Supplement to Application will form a part of any policy or certificate issued, and that no agent or medical examiner can pass upon insurability or modify any policy or certificate issued by the Company.

_San Francisco, CA_    _2-27-07_
Signed at (City and State) on (Date)

_(Ileana Gutiérrez)_

Witness (Medical Examiner)
_P. Sen Lau_
Signature of Proposed Insured age 15 or more; otherwise Parent or Legal Guardian of Proposed Insured

Fidelity and Guaranty Life Insurance Company, Baltimore MD  •  American Life and Annuity Insurance Company, Houston TX

ADMIN 2449 (05-2003)

# Life Insurance Application (page 1 of 8)

FAMILY DIRECT
INSURANCE SERVICES

**INSURER**

● Fidelity & Guaranty Life Insurance Company          ○ Americom Life & Annu          L0531119

**PRIMARY INSURED**

Name (First, M.I., Last)
**Sean K. Keel**

Home Address
**1450 Oakdale Avenue   San Francisco, CA  94124**

| Social Security No. | Sex | Marital Status | Date of Birth | Place of Birth | Height (ft., in.) | Weight (lbs.) |
|---|---|---|---|---|---|---|
| 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 | M | Married | 06-14-71 | CA | 5' 10" | 200 |

| Currently Employed? | Occupation and Duties | | Place of Employment | Years w/ Current Employer |
|---|---|---|---|---|
| ● Yes  ○ No | Construction | | Pacific Erectors | 5 |

| Earned Annual Income (from last year's W-2) | Drivers License Number and Issue State | |
|---|---|---|
| 60000 | A6215539 | CA |

| Daytime Phone | Evening Phone | Best Time to Call | Email Address |
|---|---|---|---|
| 415   671-0162 | 415   368-8034 | 2:00 pm | |

**OTHER INSURED**

Name (First, M.I., Last)                                   Relationship to Primary Insured

Home Address

| Social Security No. | Sex | Marital Status | Date of Birth | Place of Birth | Height (ft., in.) | Weight (lbs.) |
|---|---|---|---|---|---|---|
| | | | | | | |

| Currently Employed? | Occupation and Duties | Place of Employment | Years w/ Current Employer |
|---|---|---|---|
| ○ Yes  ○ No | | | |

Earned Annual Income (from last year's W-2)                Drivers License Number and Issue State

| Daytime Phone | Evening Phone | Best Time to Call | Email Address |
|---|---|---|---|
| | | | |

**OWNER(S)**
*(UNLESS OTHERWISE NOTED, THE OWNER WILL BE THE PRIMARY INSURED.)*

Name (First, M.I., Last)                                   Relationship to Primary Insured

Home Address

Home Phone                          Email Address

Birth Date                    Social Security No. or Tax I.D. No.

**BENEFICIARY DESIGNATION - Primary Insured Coverage**
*FOR EACH BENEFICIARY, LIST FULL NAME, RELATIONSHIP TO PRIMARY INSURED AND % SHARE.*

| Primary Beneficiary(ies) | % | Contingent Beneficiary(ies) | % |
|---|---|---|---|
| Rosa Rivera-Keel, Spouse | | All surviving children of Insured equal shares | |

**BENEFICIARY DESIGNATION - Other Insured Coverage**
*Unless otherwise noted in the Additional Information section, the beneficiary of other persons proposed for coverage will be the Primary Insured.*

FIDELITY & GUARANTY LIFE INSURANCE COMPANY, Baltimore, Maryland ● AMERICOM LIFE & ANNUITY INSURANCE COMPANY, Houston, Texas

ADMIN 4952 (04-2003)  FDIS Reg# 05-898-04847

# Life Insurance Application (page 2 of 8)

## POLICY/CERTIFICATE INFORMATION

Product Name:
**Sav Select Term 20/20 ROP**

Amount of Insurance
$ **620,000**

Initial Premium
$

○ **Nontobacco**
○ Tobacco

**TERM:**   ● Level   ○ Decreasing

Term Period (Number of Years)
**20**

Premium Guarantee Period
**20**

**UNIVERSAL LIFE:**   ○ Level   ○ Increasing

Planned Premium
$

Initial Allocation Percentage (for equity-indexed UL products only)
Equity Indexed Interest Option _____% Fixed Interest Option _____%

Mode of Payment (For bank draft, complete Bank Draft Plan authorization, and initial payment required.)
○ Annual
○ Semi-Annual
✗ Quarterly
○ Monthly Bank Draft
○ Bi-Weekly Bank Draft
○ Other _____

Payment in Exchange for Conditional Receipt
$

Credit Card   (See Instructions Page for current company practice)   Account Number

○ Visa   ○ Mastercard

Expiration Date

Signature to Authorize Credit Card Charge

*(No coverage will be effective except in accordance with the terms of the Receipt and unless full initial modal premium payment is submitted.)*

## ADDITIONAL BENEFITS - Primary Insured
(Not all riders are available with all products or in all states)

○ Accelerated Benefit Rider

○ Accidental Death Benefit Rider   Amount: $ _____

○ Critical Illness Rider   Amount: $ _____   *Supplemental questionnaire required.*

○ Disability Income Rider
Class: _____
Monthly Payout: $ _____
○ 3 month elimination, 2 year benefit
○ 6 month elimination, 5 year benefit

● Return of Premium Rider

○ Ultimate Income Option Rider
Initial Lump Sum: $ _____
Monthly Income of: $ _____
for _____ years.
Final Lump Sum: $ _____

*Illustration required.*

○ Waiver of Monthly Deduction Rider
(UL only)

○ Waiver of Premium Rider
(Term only)

○ Child Rider   Amount: $ _____   *Supplemental questionnaire required.*

○ Other: _____

# Life Insurance Application (page 3 of 8)

## OTHER INSURED BENEFITS
(Not all riders are available with all products or in all states)

○ Other Insured/Dependent Rider    Amount: $ _____    *For term products, term period must*
                               Term Period: _____ yrs.    *match base policy term period.*

○ Disability Income Rider    Class: _____
                                Monthly Payout: $ _____
                                ○ 3 month elimination, 2 year benefit
                                ○ 6 month elimination, 5 year benefit

○ Other: _____

## EXISTING INSURANCE

*List existing, personal and business life insurance, disability income, annuity, and long term care coverage. Write NONE if there is no coverage.*

| Insurance Company | Policy Type | Policy # | Life Insurance or Disability Income Amount | ADB Amount | Year Issued |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

|  | Primary Insured | Other Insured |
|---|---|---|
| 1. Will this policy/certificate, if issued, replace, or change any existing life insurance or annuity? If "Yes", circle which policy/certificate(s) listed above are to be replaced or changed. Amount being replaced $_____ | ○ Y ● N | ○ Y ○ N |
| 2. Is any other insurance application pending? (If yes, provide details): | ○ Y ● N | ○ Y ○ N |
| 3. Have you had any insurance application declined, postponed, rated, modified, or refused for reinstatement? (If yes, provide details): | ○ Y ● N | ○ Y ○ N |

# Life Insurance Application (page 4 of 8)

| PERSONAL HISTORY QUESTIONS | Primary Insured | Other Insured |
|---|---|---|
| 1. Are you a citizen of the United States? If "No", what is your citizenship? Immigration status? Type of visa? | ●Y ○N | ○Y ○N |
| 2. Have you traveled or resided outside the United States or Canada within the past 2 years or plan to do so within the next 2 years? | ○Y ●N | ○Y ○N |
| 3. Have you been convicted of a felony or are currently on parole for any offense? | ○Y ●N | ○Y ○N |
| 4. In the past 10 years have you been convicted of DWI/DUI? In the past 5 years have you had any speeding tickets or other driving violations? | ○Y ●N | ○Y ○N |
| 5. In the past 5 years have you participated in ballooning, bungee jumping, cliff diving, hang gliding, motorized racing, parachuting, mountain or rock climbing, skin or scuba diving, or any similar avocation? | ○Y ●N | ○Y ○N |
| 6. In the past 5 years have you flown as a pilot, student pilot, or crew member of an aircraft? | ○Y ●N | ○Y ○N |
| 7. In the past 10 years have you ever sought or received treatment, advice, or counseling for the use of alcohol? | ○Y ●N | ○Y ○N |
| 8. Have you ever sought or received treatment, advice, or counseling for the use of any narcotic, barbiturate, stimulant, amphetamine, hallucinogenic, street, or prescription drugs? Have you ever been arrested for the use or possession of such drug or are you currently using these drugs? | ○Y ●N | ○Y ○N |
| 9. Within the past 10 years have you made a claim or received benefits for disability or worker's compensation as a result of a sickness or injury? | ○Y ●N | ○Y ○N |
| 10. Within the past 7 years, have you filed for bankruptcy? | ○Y ●N | ○Y ○N |
| 11. (Only required when applying for HomeCertain term insurance) In the past 13 months have you contracted for a home mortgage, or refinanced an existing mortgage? If the answer is yes, please list the amount of the mortgage or refinancing, and the name and address of the lending institution. | ○Y ○N | ○Y ○N |

*Detail all Yes answers below (additional information may be required).*
*In addition, complete questionnaires for YES answers to Questions 2, 5, and 6.*

**Primary Insured**

Client earns 60,000 & wife earns $65,000 combined income $122,000

**Other Insured**

FIDELITY & GUARANTY LIFE INSURANCE COMPANY Baltimore, Maryland • AMERICOM LIFE & ANNUITY INSURANCE COMPANY Houston, Texas

# Life Insurance Application (page 5 of 8)

**PERSONAL PHYSICIAN INFORMATION – Primary Insured**

*(Provide full name, address, and phone number of personal physician. Please write "NONE" if primary insured does not have a personal physician.)*

Name

Judith Welch M.D.

Date Last Seen

Address

Phone

Reason for Last Visit

Result of Last Visit

**PERSONAL PHYSICIAN INFORMATION – Other Insured**

*(Provide full name, address, and phone number of personal physician. Please write "NONE" if primary insured does not have a personal physician.)*

Name

Date Last Seen

Address

Phone

Reason for Last Visit

Result of Last Visit

# Life Insurance Application (page 6 of 8)

## MEDICAL HISTORY QUESTIONS

|  | | Primary Insured | Other Insured |
|---|---|---|---|
| 1. | Have you ever been treated for or diagnosed with: | | |
| a) | Any heart disease, heart attack, chest pain, high blood pressure, high cholesterol, murmur, palpitations, or any other disorder of the heart or blood vessels? | ○ Y ● N | ○ Y ○ N |
| b) | Any circulatory disease, stroke, TIA, aneurysm, or any other disorder of the veins or arteries? | ○ Y ● N | ○ Y ○ N |
| c) | Any breathing or lung disorders, COPD, asthma, bronchitis, sleep apnea, or emphysema? | ○ Y ● N | ○ Y ○ N |
| d) | Diabetes, disorder of the immune system, blood disorder, or disorder of the glands? | ○ Y ● N | ○ Y ○ N |
| e) | Cancer, tumor, or cyst? | ○ Y ● N | ○ Y ○ N |
| f) | Depression, anxiety, dementia, Alzheimer's, or any other mental or nervous disease or disorder? | ○ Y ● N | ○ Y ○ N |
| g) | Hepatitis, gastritis, colitis, or any disease or disorder of the liver, stomach, pancreas, or intestines? | ○ Y ● N | ○ Y ○ N |
| h) | Any disease or disorder of the kidneys, bladder, prostate, urinary, or reproductive systems? | ○ Y ● N | ○ Y ○ N |
| i) | Arthritis or any disease or disorder of the muscles (to include strains or sprains), tendons, bones, spine, back, or joints? | ○ Y ● N | ○ Y ○ N |
| j) | Any disease or disorder of the skin, eyes, or ears? | ○ Y ● N | ○ Y ○ N |
| k) | Acquired Immune Deficiency Syndrome (AIDS), AIDS Related Complex (ARC), or positive test results indicating the presence of the AIDS virus? | ○ Y ● N | ○ Y ○ N |
| 2. | Are you currently prescribed any medication? | ○ Y ● N | ○ Y ○ N |
| 3. | Have you been prescribed medication in the past 5 years not previously mentioned? | ○ Y ● N | ○ Y ○ N |
| 4. | In the past 10 years, have you: | | |
| a) | Been hospitalized or had surgery? | ○ Y ● N | ○ Y ○ N |
| b) | Had any electrocardiograms, x-rays, laboratory tests, treatments, or procedures? | ○ Y ● N | ○ Y ○ N |
| c) | Been recommended to have any test, treatment, or surgery which has not been performed? | ○ Y ● N | ○ Y ○ N |
| d) | Had any illness, disease, or injury that is not included in other answers? | ○ Y ● N | ○ Y ○ N |
| 5. | Has any parent, brother, or sister died from or had any occurrence of cancer, heart disease, diabetes, or any hereditary disease prior to age 60? | ○ Y ● N | ○ Y ○ N |
| 6. | Have you smoked cigarettes, pipes, or cigars, used snuff, chewed tobacco, or used any nicotine based product such as patch or gum? If yes, please detail the type(s) of tobacco product used and date of last use below. | ○ Y ● N | ○ Y ○ N |

*Detail all Yes answers (include name of treating physician, diagnosis, date of diagnosis, and location of medical records)*

**Primary Insured**

_____

_____

_____

_____

**Other Insured**

_____

_____

_____

_____

# Life Insurance Application (page 7 of 8)

## AUTHORIZATION

I have read the questions and answers on this application. The statements made in this application are: complete; true; and correctly recorded. **I agree that: a copy of this application will form a part of any certificate/policy issued; and that no agent can pass on insurability or modify any certificate issued by the Insurer. I also agree that, except as provided in this application's Receipt, if issued, no insurance will take effect unless and until both of the following conditions are satisfied during each proposed insured's lifetime and while each proposed insured's health is as stated in this application: (1) this certificate/policy is delivered to and accepted by the Owner; and (2) the full initial premium for the mode of payment chosen is paid at our Home Office.** I acknowledge that I have received, read and understand the notices required by: the Medical Information Bureau, Inc.; and the Federal Fair Credit Reporting Act regarding investigative consumer reports.

I authorize any licensed physician, medical practitioner, hospital, clinic, the Veterans Administration, laboratory or other medical or medically-related facility, the Medical Information Bureau, Inc., insurance companies, a consumer reporting agency, prescription records, Pharmacy Benefit Manager, and my employer to give to the Insurer, its reinsurers, or other designee, medical and other information which may be pertinent to the evaluation regarding me or any member of my family who is applying for life insurance.

I also authorize the Insurer to obtain an investigative consumer report on me or on any member of my family who is also applying for life insurance. I understand that I am entitled to be interviewed by any consumer reporting agency which may be requested to prepare such a report as long as I can reasonably be contacted during normal business hours. Check if interview requested: ○

I understand that if my coverage includes the Accelerated Benefit Rider and I am later diagnosed with a terminal illness as defined in the rider, I may receive up to 50% of the certificate or policy's death benefit. Since I would receive a portion of my benefits early, the amount payable at the time of my death will be reduced. There is no premium charged for this rider. I understand that receipt of benefits may be taxable, and that the Insurer recommends consultation of a tax advisor prior to exercising this benefit.

I further understand that if I am purchasing a HomeCertain term life product, the mortgage information I supplied will be relied upon to determine my insurability for that product, in conjunction with my health information. As such, inaccurate information about my mortgage may result in a denial, rating, or rescission of my insurance coverage.

I authorize the Insurer and/or its reinsurer(s) to release information in my file to other insurance companies to which I may apply for life or health insurance coverage or to which a claim may be submitted.

This Authorization will be valid from the date signed for a period of 30 months; a photographic copy of this Authorization will be as valid as the original; I, or any of our representatives are entitled to receive a copy of this Authorization.

I understand that the information obtained by use of this authorization will be used to determine eligibility for insurance and/or benefits.

**Certification:** Under the penalties of perjury, I certify that my Social Security or Tax Identification Numbers provided on this form are true, correct and complete.

San Francisco, CA _____ 8/27/05 _____

Signed at (City and State) and (Date)                                                            **Sean K. Keel**

_____
Signature of Primary Insured age 15 or more

_____
Signature(s) of Additional Insured(s) age 15 or more

_____
Signature of Owner(s) (if not the Primary Insured or if Primary Insured is less than age 18)

## AGENT CERTIFICATION

1) I have asked the questions contained in this application of the Insured(s) and Owner and duly recorded the answers; 2) to the best of my knowledge there is nothing affecting the insurability of any persons proposed for insurance as stated in this application; 3) if the initial premium was paid with the application, I have remitted it to the Insurer and delivered a Conditional Receipt to the Owner; 4) if Disclosure Statements are required by the state, I have given them to the applicant; 5) I have witnessed the signatures on this application.

**To the best of my knowledge, this application ○ does replace ● does not replace existing life insurance or annuities.**

If so, will this replacement be considered a 1035 Exchange?   ○ Yes   ○ No

Signature of Agent                                                                 Date
Patrice A. Pfitzer                                                               9-19-05

Print Agent's Name:                            Agent Number
**Patrice Pfitzer**                            000204836

Agent's Phone Number        Agent's Fax Number        Agent's Email Address
**(916) 932-3210**          **(916) 932-3269**        ppfitzer@familydirect.com

                                            Branch #        Employee #

If Bank Representative:    Name of Financial Institution

