# Exhibit F

**Washington Mutual, Inc.**

# Payment Confirmation

\* PLEASE NOTE - Your Initiation Date(s) have been adjusted to valid Init(s). If this does not meet your needs, you must edit your payment(s).

| | | | | |
|---|---|---|---|---|
| 0000000004 | FREE CHECKING/#1853702760 | F+G | $378.30 | 1/22/2006* |

EQUAL HOUSING LENDER

Copyright 1998 - 2006, Washington Mutual, Inc. All Rights Reserved

