# Exhibit H

SEAN K KEEL
1450 OAKDALE AVE
SAN FRANCISCO  , CA 94124

L0531119

No. 7465843  PD02

| DATE | ACCT. NO. | DESCRIPTION | DR. | CR. |
|---|---|---|---|---|
| 02/07/2006 | 220010 | POLICY SUSPENSE    L0531119 | 378.30 | |

Please retain this portion for your records    Fidelity & Guaranty Life Insurance Company  PO Box 81497  Lincoln, NE  68501

🔒 THE FACE OF THIS DOCUMENT HAS A GREEN BACKGROUND-NOT A WHITE BACKGROUND, A TRUE WATERMARK AND VISIBLE FIBERS 🔒

**FIDELITY AND GUARANTY LIFE INSURANCE COMPANY**
P.O. Box 1137 Baltimore, MD 21203-1137

Bank of America
Northbrook, IL

No. **7465843**
70-2328
719 CA

Void if Not Cashed Within 60 Days

Date: February 07, 2006

$********378.30

Pay  Three Hundred Seventy-Eight and 30/100 -------------------------------------------------- Dollars

To The Order Of
SEAN K KEEL
1450 OAKDALE AVE
SAN FRANCISCO, CA  94124

*John M. Vou[...]*
Authorized Signature

⑈7465843⑈ ⑆071923284⑆    8765015791⑈



ENDORSE HERE

X

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

"FEDERAL RESERVE BANK REGULATION CC

Security features on this document include a
Micro-Print Border and Security Screen.
Absence of these features may indicate alteration.