# Exhibit I

ROSA RIVERA KEEL
1450 Oakdale Avenue, San Francisco, CA 94124

(415) 368-8034 cellular

February 9, 2006

Fidelity and Guaranty Life Service Center
421 South 9th Street
Suite 222
Lincoln, NE 68508

    Re: Certificate No: L0531119

Dear Benefits Coordinator:

    I am writing to you regarding the above-policy and I enclose a copy for your review of same. My spouse, Sean K. Keel passed away on January 21, 2006. His death occurred during the policy grace period. Please forward the necessary forms to open a death benefit claim.

                                Sincerely,

                                Rosa Rivera Keel

Enclosures

Cc: Patrice Pfitzer
Family Direct Insurance Services, Inc.

