REED SMITH LLP; Henry C. Wang (SBN 196537)
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213/457-8000
Facsimile: 213/457-8080
hwang@reedsmith.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OM FINANCIAL LIFE INSURANCE COMPANY | CASE NUMBER: C 07 04723 |
| v. Plaintiff(s) | |
| ROSA RIVERA KEEL, and DOES 1 through 10, inclusive | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

OM FINANCIAL LIFE INSURANCE COMPANY  [X] Plaintiff  [ ] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes REED SMITH LLP, HENRY C. WANG who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  355 SOUTH GRAND AVENUE, SUITE 2900
*Street Address*

LOS ANGELES, CA 90071-1514   213/457-8000   213/457-8080   196537
*City, State, Zip Code*   *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of MANATT PHELPS & PHILLIPS, LLP
*Present Attorney*

Dated: 2/8/08        _____
                     *Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: Feb. 11, 2008   _____
                       *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: Feb. 11, 2008   _____
                       *Signature of New Attorney*

Substitution of Attorney is hereby  [X] Approved.  [ ] Denied.

Dated: 3/4/2008        _____
                       United States District Judge / Magistrate Judge

**IT IS SO ORDERED**
Judge Marilyn H. Patel

NOTICE TO COUNSEL: If you are currently enrolled in the Optical Scanning Program and have changed address since your enrollment, you must complete an Enrollment/Update Form G-06 to ensure the proper facsimile number or e-mail address. This form, as well as information about the program, is available on the Court's website at www.cacd.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                    G01

# PROOF OF SERVICE

*OM Financial Services Company v. Rosa Rivera Keel, et al.*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is Reed Smith, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071.

On March 3, 2008, I served the following document(s) described as **SUBSTITUTION OF ATTORNEY** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

| | |
|---|---|
| Frank S. Moore, Esq.<br>Law Offices of Frank S. Moore, APC<br>Suzy C. Moore, Esq.<br>Law Offices of Suzy C. Moore<br>1374 Pacific Avenue<br>San Francisco, CA 94109 | Telephone: (415) 292-6091<br>Facsimile:  (415) 292-6694<br><br>**ATTORNEYS FOR<br>ROSA RIVERA-KEEL** |

☒ **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Los Angeles, California.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☐ **(By Overnight Courier)** served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court as whose direction the service is made.

Executed on March 3, 2008, at Los Angeles, California.

_____
SANDRA GARCIA