| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| Frank S Moore, 158029<br>LAW OFFICE OF FRANK S MOORE<br>757 Rockdale Drive<br>San Francisco, CA 941271721 | (415) 292-6091 | FILED<br>08 MAR 11 PM 3:28<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| | Ref No or File No: | |
| ATTORNEY FOR (Name): Defendant | none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF
Om Financial Service Company

DEFENDANT
Rosa Rivera Keel, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 3:07-cv-04723-MHP |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons in a Civil Action, Complaint, Summons in a Civil Case, Cross Complaint

2. Party Served: Family Direct Insurance Services, Inc., a California Corporation

3. Person Served: John R. Harris - Person authorized to accept service of process

   a. Left with: Amy Dixon, Receptionist- Person in Charge of Office

4. Date & Time of Delivery: 3/6/2008    1:50 PM

5. Address, City and State: 870 Glenn Drive
   Folsom, CA 95630

6. Manner of Service: By leaving the copies with or in the presence of Amy Dixon, Receptionist, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

BY FAX

79.50

Registered California process server.
County: SACRAMENTO
Registration No.: 2005-35

Scott Oliver
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/10/2008 at Oakland, California.

Signature: _____
Scott Oliver

FF# 6657978

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| Frank S Moore, 158029<br>LAW OFFICE OF FRANK S MOORE<br>757 Rockdale Drive<br>San Francisco, CA 941271721 | (415) 292-6091<br><br>Ref No or File No<br>none | |
| ATTORNEY FOR (Name): Defendant | | |

Insert name of court, judicial district or branch court, if any

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

**PLAINTIFF**

Om Financial Service Company

**DEFENDANT**

Rosa Rivera Keel, et al.

| **PROOF OF SERVICE BY MAIL** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER<br>3:07-cv-04723-MHP |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 3/10/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Summons in a Civil Action, Complaint, Summons in a Civil Case, Cross Complaint

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

Family Direct Insurance Services, Inc., a California Corporation
John R. Harris
870 Glenn Drive
Folsom, CA 95630

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

79.50

Lee Major
Scott Oliver
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/10/2008 at Oakland, California.

_____
Lee Major

FF# 6657978