| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Frank S Moore, 158029<br>LAW OFFICE OF FRANK S MOORE<br>757 Rockdale Drive<br>San Francisco, CA 941271721 | (415) 292-6091 | FILED<br>08 MAR 11 PM 3:28<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>N.D. DISTRICT OF CALIFORNIA |
| | Ref. No. or File No.<br>none | |
| ATTORNEY FOR (Name): Defendant | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Om Financial Service Company

DEFENDANT:
Rosa Rivera Keel, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:07-cv-04723-MHP |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons in a Civil Action, Complaint, Summons in a Civil Case, Cross Complaint

2. Party Served:    PATRICE ANN PFITZER, an individual

3. Person Served:    party in item 2

4. Date & Time of Delivery:    3/6/2008        12:49 PM

5. Address, City and State:    2934 GOLD PAN COURT SUITE 26
                                RANCHO CORDOVA, CA 95670

6. Manner of Service:    Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 44.00

Registered California process server.
County: SACRAMENTO
Registration No.: 2005-35

Scott Oliver
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/10/2008 at Oakland, California.

Signature: _____
Scott Oliver

FF# 6657977