– 1 –

1 | Henry C. Wang (SBN 196537)
2 | Email: hwang@reedsmith.com
  | REED SMITH LLP
3 | 355 South Grand Avenue, Suite 2900
  | Los Angeles, CA 90071-1514
4 | Telephone: +1 213 457 8000
  | Facsimile: +1 213 457 8080

5 | Attorney for Plaintiff
  | OM Financial Life Insurance Company

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| OM FINANCIAL LIFE INSURANCE COMPANY, | No.: C 07 04723 MHP |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING TIME FOR PLAINTIFF OM FINANCIAL LIFE INSURANCE COMPANY TO FILE RESPONSIVE PLEADINGS TO DEFENDANT'S ANSWER AND COUNTER-CLAIM** |
| v. | |
| ROSA RIVERA KEEL, and DOES 1 through 10, inclusive, | |
| Defendants. | Compl. Filed: September 13, 2007 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –

1   IT IS HEREBY STIPULATED by and between Plaintiff OM Financial
2   Life Insurance Company, on the one hand, and Defendant Rosa Rivera Keel, on the
3   other hand, by and through their attorneys of record, Reed Smith LLP and Frank S.
4   Moore, respectively, that OM Financial Life Insurance Company may file responsive
5   pleadings to Defendant Rosa Rivera Keel's Answer and Counter-Complaint on or
6   before April 9, 2008.

8   IT IS SO STIPULATED

10  DATED: April 7, 2008        REED SMITH LLP

13                              By /s/
                                    Henry C. Wang
                                Attorney for Plaintiff
14                              OM Financial Life Insurance Company

15  DATED: April 7, 2008

17                              By /s/
                                    Frank S. Moore
18                              Attorney for Defendant
                                Rosa Rivera Keel

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –
STIPULATION EXTENDING TIME FOR PLAINTIFF OM FINANCIAL SERVICES COMPANY TO FILE
RESPONSIVE PLEADINGS TO DEFENDANT'S ANSWER AND COUNTERCLAIM