– 1 –

Henry C. Wang (SBN 196537)
Email:  hwang@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  +1 213 457 8000
Facsimile:   +1 213 457 8080

Attorney for Plaintiff
OM Financial Life Insurance Company

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OM FINANCIAL LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>ROSA RIVERA KEEL, and DOES 1 through 10, inclusive,<br><br>          Defendants. | No.: C 07 04723 MHP<br><br>**STIPULATION EXTENDING TIME FOR PLAINTIFF OM FINANCIAL LIFE INSURANCE COMPANY TO FILE RESPONSIVE PLEADINGS TO DEFENDANT'S ANSWER AND COUNTER-CLAIM**<br><br>Compl. Filed:   September 13, 2007 |

1  IT IS HEREBY STIPULATED by and between Plaintiff OM Financial Life Insurance Company, on the one hand, and Defendant Rosa Rivera Keel, on the other hand, by and through their attorneys of record, Reed Smith LLP and Frank S. Moore, respectively, that OM Financial Life Insurance Company may file responsive pleadings to Defendant Rosa Rivera Keel's Answer and Counter-Complaint on or before April 9, 2008.

IT IS SO STIPULATED

DATED:  April 7, 2008                REED SMITH LLP

By /s/
        Henry C. Wang
Attorney for Plaintiff
OM Financial Life Insurance Company

DATED:  April 7, 2008

By /s/
        Frank S. Moore
Attorney for Defendant
Rosa Rivera Keel

Dated:  April 7, 2008



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION EXTENDING TIME FOR PLAINTIFF OM FINANCIAL SERVICES COMPANY TO FILE RESPONSIVE PLEADINGS TO DEFENDANT'S ANSWER AND COUNTERCLAIM

REED SMITH LLP
A limited liability partnership formed in the State of Delaware