Henry C. Wang (SBN 196537)
Email: hwang@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorney for Plaintiff
OM Financial Life Insurance Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OM FINANCIAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROSA RIVERA KEEL, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | No.: C 07 04723 MHP<br><br>**STIPULATION EXTENDING TIME FOR PLAINTIFF OM FINANCIAL LIFE INSURANCE COMPANY TO FILE RESPONSIVE PLEADINGS TO DEFENDANT'S ANSWER AND COUNTER-CLAIM**<br><br>Compl. Filed:　September 13, 2007 |

– 1 –

1  IT IS HEREBY STIPULATED by and between Plaintiff OM Financial
2  Life Insurance Company, on the one hand, and Defendant Rosa Rivera Keel, on the
3  other hand, by and through their attorneys of record, Reed Smith LLP and Frank S.
4  Moore, respectively, that OM Financial Life Insurance Company may file responsive
5  pleadings to Defendant Rosa Rivera Keel's Answer and Counter-Complaint on or
6  before April 9, 2008.

IT IS SO STIPULATED

DATED:  April 7, 2008        REED SMITH LLP

By /s/
      Henry C. Wang
Attorney for Plaintiff
OM Financial Life Insurance Company

DATED:  April 7, 2008

By /s/
     Frank S. Moore
Attorney for Defendant
Rosa Rivera Keel

Dated:  April 7, 2008



IT IS SO ORDERED
Judge Marilyn H. Patel

– 2 –
STIPULATION EXTENDING TIME FOR PLAINTIFF OM FINANCIAL SERVICES COMPANY TO FILE
RESPONSIVE PLEADINGS TO DEFENDANT'S ANSWER AND COUNTERCLAIM