1    Henry C. Wang (SBN 196537)
     Email:  hwang@reedsmith.com
2    REED SMITH LLP
     355 South Grand Avenue, Suite 2900
3    Los Angeles, CA  90071-1514
     Telephone:    +1 213 457 8000
4    Facsimile:     +1 213 457 8080

5    Attorney for Plaintiff and Counter-defendant
     OM Financial Life Insurance Company

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11   OM FINANCIAL LIFE INSURANCE          No.: C 07 04723 MHP
     COMPANY,
12
                    Plaintiff,            **STIPULATION AND [PROPOSED]**
13                                        **ORDER FOR DISMISSAL OF ENTIRE**
           v.                             **ACTION WITH PREJUDICE**
14
     ROSA RIVERA KEEL, and DOES 1 through 10,   [Fed. R. Civ. Pro. 41(a).]
15   inclusive,
16                  Defendants.
                                          Compl. Filed:      September 13, 2007
17

18   ROSA RIVERA KEEL,

19                  Defendant and
                    Cross-Complainant,
20
           v.
21
     OM FINANCIAL SERVICES COMPANY, a
22   Maryland company and the successor in interest
     to FIDELITY AND GUARANTY LIFE
23   INSURANCE COMPANY, PATRICE ANN
     PFITZER, and individual, FAMILY DIRECT
24   INSURANCE SERVICES, INC., a California
     Corporation, and ROSE 1 through 25,
25
                    Plaintiffs and
26                  Cross-Defendants.

27

28

– 1 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    IT IS HEREBY STIPULATED by and amongst Plaintiff and Counter-Defendant

2    OM Financial Life Insurance Company, Defendant and Counter-Plaintiff and Cross-Plaintiff Rosa

3    River Keel, and Cross-Defendants Patrice Ann Pfitzer and Family Direct Insurance Services, Inc. by

4    and through their attorneys of record, that the above-entitled actions, including all counter-claims

5    and cross-claims, be dismissed with prejudice and each party is to bear its own costs.

6        IT IS SO STIPULATED

7

8    DATED:  June 23, 2008        REED SMITH LLP

9

10        By_____
                    Henry C. Wang

11    Attorneys for Plaintiff and Counter-Defendant
    OM Financial Life Insurance Company

12    DATED:  June 23, 2008        LAW OFFICES OF FRANK S. MOORE

13

14

15        By_____
                    Frank S. Moore

16    Attorneys for Defendant, Counter-Plaintiff and Cross-
    Plaintiff Rosa Rivera Keel

17

18    DATED:  June 23, 2008        LEWIS BRISBOIS BISGAARD & SMITH, LLP

19

20        By_____
                    Alex Graft

21    Attorneys for Cross-Defendants Patrice Ann Pfitzer
    and Family Direct Insurance Services

22

23        **ORDER**

24

25        IT IS SO ORDERED.

26    DATED: _____, 2008    _____

27        The Honorable Marilyn H. Patel
        United States District Court Judge

28    DOCSLA-15645056.1-HCWANG

– 2 –

STIPULATION FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE/C 07 04723 MHP