Henry C. Wang (SBN 196537)
Email: hwang@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorney for Plaintiff and Counter-defendant
OM Financial Life Insurance Company

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OM FINANCIAL LIFE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>     v.<br><br>ROSA RIVERA KEEL, and DOES 1 through 10, inclusive,<br><br>             Defendants. | No.: C 07 04723 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. Pro. 41(a).]<br><br>Compl. Filed:    September 13, 2007 |
| ROSA RIVERA KEEL,<br><br>             Defendant and<br>             Cross-Complainant,<br><br>     v.<br><br>OM FINANCIAL SERVICES COMPANY, a Maryland company and the successor in interest to FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, PATRICE ANN PFITZER, and individual, FAMILY DIRECT INSURANCE SERVICES, INC., a California Corporation, and ROSE 1 through 25,<br><br>             Plaintiffs and<br>             Cross-Defendants. | |

IT IS HEREBY STIPULATED by and amongst Plaintiff and Counter-Defendant OM Financial Life Insurance Company, Defendant and Counter-Plaintiff and Cross-Plaintiff Rosa River Keel, and Cross-Defendants Patrice Ann Pfitzer and Family Direct Insurance Services, Inc. by and through their attorneys of record, that the above-entitled actions, including all counter-claims and cross-claims, be dismissed with prejudice and each party is to bear its own costs.

IT IS SO STIPULATED

DATED: June 23, 2008                    REED SMITH LLP

By _____
Henry C. Wang

Attorneys for Plaintiff and Counter-Defendant
OM Financial Life Insurance Company

DATED: June 23, 2008                    LAW OFFICES OF FRANK S. MOORE

By _____
Frank S. Moore

Attorneys for Defendant, Counter-Plaintiff and Cross-Plaintiff Rosa Rivera Keel

DATED: June 23, 2008                    LEWIS BRISBOIS BISGAARD & SMITH, LLP

By _____
Alex Graft

Attorneys for Cross-Defendants Patrice Ann Pfitzer and Family Direct Insurance Services

**ORDER**

IT IS SO ORDERED.

DATED: __July 3__, 2008              _____
The Honorable
United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSLA-15645056.1-HCWANG

– 2 –

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE/C 07 04723 MHP