1  Henry C. Wang (SBN 196537)
   Email: hwang@reedsmith.com
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA  90071-1514
   Telephone:   +1 213 457 8000
4  Facsimile:   +1 213 457 8080

5  Attorney for Plaintiff and Counter-defendan*t*
   OM Financial Life Insurance Company

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OM FINANCIAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>ROSA RIVERA KEEL, and DOES 1 through 10, inclusive,<br><br>            Defendants. | No.: C 07 04723 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. Pro. 41(a).]<br><br>Compl. Filed:      September 13, 2007 |
| ROSA RIVERA KEEL,<br><br>            Defendant and<br>            Cross-Complainant,<br><br>      v.<br><br>OM FINANCIAL SERVICES COMPANY, a Maryland company and the successor in interest to FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, PATRICE ANN PFITZER, and individual, FAMILY DIRECT INSURANCE SERVICES, INC., a California Corporation, and ROSE 1 through 25,<br><br>            Plaintiffs and<br>            Cross-Defendants. | |

– 1 –

IT IS HEREBY STIPULATED by and amongst Plaintiff and Counter-Defendant OM Financial Life Insurance Company, Defendant and Counter-Plaintiff and Cross-Plaintiff Rosa River Keel, and Cross-Defendants Patrice Ann Pfitzer and Family Direct Insurance Services, Inc. by and through their attorneys of record, that the above-entitled actions, including all counter-claims and cross-claims, be dismissed with prejudice and each party is to bear its own costs.

IT IS SO STIPULATED

DATED: June 23, 2008          REED SMITH LLP

By_____
          Henry C. Wang

Attorneys for Plaintiff and Counter-Defendant
OM Financial Life Insurance Company

DATED: June 23, 2008          LAW OFFICES OF FRANK S. MOORE

By_____
          Frank S. Moore

Attorneys for Defendant, Counter-Plaintiff and Cross-Plaintiff Rosa Rivera Keel

DATED: June 23, 2008          LEWIS BRISBOIS BISGAARD & SMITH, LLP

By_____
          Alex Graft

Attorneys for Cross-Defendants Patrice Ann Pfitzer and Family Direct Insurance Services

**ORDER**

IT IS SO ORDERED.

DATED: ___July 3___, 2008          _____
The Honorable
United States District Judge

*IT IS SO ORDERED* — Judge Marilyn H. Patel